Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | Debtor's name | **Professional Technical Security Services, Inc.** |

| | | |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  ProTech Bay Area** |

| | | |
|---|---|---|
| 3. | Debtor's federal Employer Identification Number (EIN) | **94-3204647** |

4. **Debtor's address**

**Principal place of business**

**111 Sutter St.**
**Suite 550**
**San Francisco, CA 94104**
Number, Street, City, State & ZIP Code

**San Francisco**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)   **www.protechbayarea.com/**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    __5617__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Case: 22-30062   Doc# 1   Filed: 02/01/22   Entered: 02/01/22 16:46:06   Page 2 of 51

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

---

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
                           Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

          Contact name _____

          Phone _____

---

<div style="background:black">**Statistical and administrative information**</div>

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Case: 22-30062   Doc# 1   Filed: 02/01/22   Entered: 02/01/22 16:46:06   Page 3 of 51

☐ $50,001 - $100,000          ■ $10,000,001 - $50 million          ☐ $1,000,000,001 - $10 billion

☐ $100,001 - $500,000          ☐ $50,000,001 - $100 million          ☐ $10,000,000,001 - $50 billion

☐ $500,001 - $1 million          ☐ $100,000,001 - $500 million          ☐ More than $50 billion

| | Request for Relief, Declaration, and Signatures |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __February  1, 2022__
                    MM / DD / YYYY

**X** **/s/ Sergio Reyes, Jr.** _____          **Sergio Reyes, Jr.** _____
Signature of authorized representative of debtor          Printed name

Title    **President** _____

**18. Signature of attorney**

**X** **/s/ Stephen D. Finestone** _____          Date **February  1, 2022** _____
Signature of attorney for debtor                                          MM / DD / YYYY

**Stephen D. Finestone 125675** _____
Printed name

**Finestone Hayes LLP** _____
Firm name

**456 Montgomery St., 20th Floor**
**San Francisco, CA 94104**
Number, Street, City, State & ZIP Code

Contact phone   **415 421-2624** _____          Email address   **sfinestone@fhlawllp.com** _____

**125675 CA** _____
Bar number and State

**ACTION BY UNANIMOUS WRITTEN CONSENT**
**OF THE BOARD OF DIRECTORS**
**OF**
**PROFESSIONAL TECHNICAL SECURITY SERVICES, INC.**
**a California corporation**

The undersigned, constituting all of the members of the board of directors (the "Board") of Professional Technical Security Services, Inc. (the "Company"), acting by unanimous written consent without a meeting pursuant to Section 307(b) of the California Corporations Code and the Company's bylaws, do hereby consent to the adoption of the following resolutions and agree that such resolutions shall have the same force and effect as if they were approved and adopted at a duly constituted meeting of the Board.

**<u>APPROVAL OF BANKRUPTCY FILING</u>**

**RECITALS**

A.  The Board has reviewed the Company's performance and the current and long-term liabilities of the Company as of the date hereof.

B.  The Board has been monitoring the performance of the Company and exploring various alternatives for the Company in connection with its relationship with its creditors.

C.  The Board has determined that it is advisable and in the best interests of the Company, its creditors, its shareholders, and other interested parties that a voluntary petition (the "Bankruptcy Case") be filed by the Company under the provisions of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

D.  The Board has decided to retain the firm of Finestone Hayes LLP (the "Firm") as its general bankruptcy counsel to represent it in the Chapter 11 case.

E.  The Board has determined that it is advisable and in the best interests of the Company, its creditors, its shareholders, and other interested parties that the Company file all petitions, motions, declarations, schedules, lists, and other papers or documents necessary or proper to obtain relief under the Bankruptcy Case (the "Bankruptcy Filings").

F.  The Board has determined that it is advisable and in the best interests of the Company, its creditors, its shareholders, and other interested parties that the Company take any and all actions necessary or proper to obtain relief under the Bankruptcy Case, including retaining legal counsel to take any and all action necessary and proper in connection with the Bankruptcy Case (collectively, the "Bankruptcy Actions").

Case: 22-30062   Doc# 1   Filed: 02/01/22   Entered: 02/01/22 16:46:06   Page 6 of 51

# RESOLUTIONS

In light of the above, it is resolved:

1. That the filing, execution, negotiation, delivery, and performance of the Bankruptcy Filings and the Bankruptcy Actions on behalf of the Company be, and hereby is, approved, confirmed and ratified, including the retention of the Firm.

2. That Sergio Reyes (the "Authorized Officer") be, and hereby is, authorized, empowered, and directed, in the name of and on behalf of the Company, to execute, deliver, and perform the Bankruptcy Filings, the Bankruptcy Actions, and such other ancillary agreements, documents, and certificates as the Authorized Officer executing the same determines is necessary or appropriate.

3. That all acts lawfully done, or actions lawfully taken by the Authorized Officer of the Company to seek relief under the Bankruptcy Code or in connection with the Bankruptcy Case, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed, and approved in all respects as the acts and deeds of the Company.

4. That the Authorized Officer of the Company are authorized and directed to engage legal counsel, execute appropriate retention agreements, and pay an appropriate retainer prior to the filing of the Bankruptcy Case.

5. That this consent may be executed in one or more counterparts, and each counterpart shall be deemed an original together constituting one instrument.

The undersigned members of the Board agree that the actions taken by this Unanimous Written Consent shall have the same force and effect as though taken at a meeting duly noticed and held.

# SIGNATURES

The undersigned, being all of the members of the Board of the Company, have executed this Unanimous Written Consent on and as of the date first set forth above.

| /s/ Sergio Reyes, Jr. | |
| --- | --- |
| Director | Director |

Case: 22-30062   Doc# 1   Filed: 02/01/22   Entered: 02/01/22 16:46:06   Page 7 of 51

**Fill in this information to identify the case:**

Debtor name    **Professional Technical Security Services, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule* _____

■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 1, 2022**     *X* **/s/ Sergio Reyes, Jr.**
                                   Signature of individual signing on behalf of debtor

                                    **Sergio Reyes, Jr.**
                                   Printed name

                                    **President**
                                   Position or relationship to debtor

| Fill in this information to identify the case: |

| Debtor name | **Professional Technical Security Services, Inc.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim *If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim.* | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **111 Sutter Street Owner, LP P.O. Box 889176 Los Angeles, CA 90088** | | **Rent** | | | | **$47,689.00** |
| **340 Pine Street LLC 465 California St, Ste 1600 San Francisco, CA 94104** | | **Rent** | | | | **$11,516.00** |
| **ABM Parking Services Attn: 55 2nd Garage 55 2nd St San Francisco, CA 94105** | | | | | | **$1,700.00** |
| **American Express P.O. Box 981535 El Paso, TX 79998** | | **credit card charges** | | | | **$353.00** |
| **Capital One P.O. Box 60599 City of Industry, CA 91716** | | **business expenses** | | | | **$3,219.00** |
| **Chase P.O. Box 15123 Wilmington, DE 19850** | | **business expenses** | | | | **$578.00** |
| **Citibank P.O. Box 790057 Saint Louis, MO 63179** | | **business expenses** | | | | **$3,038.00** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                              Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| City and County of San Francisco Treasurer & Tax Collector 1 Dr. Carlton B. Goodlett Pl. City Hall - Room 140 San Francisco, CA 94102 | | Business and payroll taxes and unsecured property taxes Amount shown is an estimate | Unliquidated Disputed | | | $550,000.00 |
| Constangy Brooks, Smith & Prophete, LLP 1801 NE 123rd St Miami, FL 33181 | | Legal fees | | | | $154,160.00 |
| Employment Development Dept. Bankruptcy Unit - MIC 92E P.O. Box 826880 Sacramento, CA 94280-0001 | | Tax lien on Debtor's property based on estimate of secured amount of claim. Asset value below is estimate of Debtor's tangible asset value as of the | | $2,600,000.00 | $5,500,000.00 | $1,643,000.00 |
| Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7316 | | Unpaid payroll taxes - amount is an estimate | | | | $17,000,000.00 |
| Mullberrys Cleaners 244 Townsend St San Francisco, CA 94107 | | Trade debt | | | | $2,149.00 |
| OLSE Attn: Bernice Casey 1 Dr. Carlton B. Goodlett Pl City Hall - Room 430 San Francisco, CA 94102 | | Claim for violation of San Francisco wage and benefit ordinance (includes asserted penalties of $661,850) | Disputed | | | $1,159,908.00 |
| Pension Management Consultants, Inc 1165 Scenic Dr, Ste B1 Modesto, CA 95350 | | Trade debt | | | | $2,622.00 |
| SEIU National Industry Pension Fund BSEP P.O. Box 5361 Carol Stream, IL 60197 | | Pension fund contributions | | | | $35,440.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Sergio Reyes, Jr. c/o Chris Kuhner 1970 Broadway, Ste. 600 Oakland, CA 94612** | | **Loans** | | | | $206,148.00 |
| **Toyota Motor Credit P.O. Box 105386 Atlanta, GA 30348** | | **2018 Toyota C-HR - 31,000 miles** | | $20,000.00 | $17,000.00 | $3,000.00 |
| **Toyota Motor Credit P.O. Box 105386 Atlanta, GA 30348** | | **2019 Toyota C-HR - 39,000 miles** | | $21,000.00 | $19,000.00 | $2,000.00 |
| **TYS, LLP 800 S Broadway, Ste 450 Walnut Creek, CA 94596** | | **Accounting Services** | | | | $2,600.00 |
| **Wells Fargo Vendor Financial Services P.O. Box 650073 Dallas, TX 75265** | | **lease payments** | | | | $685.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

     1a. **Real property:**
     Copy line 88 from *Schedule A/B*..........................................................................    $      **0.00**

     1b. **Total personal property:**
     Copy line 91A from *Schedule A/B*........................................................................    $      **14,236,875.55**

     1c. **Total of all property:**
     Copy line 92 from *Schedule A/B*..........................................................................    $      **14,236,875.55**

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $      **7,184,193.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

     3a. **Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................    $      **18,709,908.00**

     3b. **Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............    +$      **471,897.00**

4. **Total liabilities** ...........................................................................................
     Lines 2 + 3a + 3b    $      **26,365,998.00**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case: 22-30062    Doc# 1    Filed: 02/01/22    Entered: 02/01/22 16:46:06    Page 12 of 51

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Bank of America** **Balance varies** | **Checking** | **9492** | $23.55 |
| 3.2. | **Bank of America** **Balance varies** | **Checking** | **1925** | $160,917.00 |
| 3.3. | **Bank of America** **Balance varies** | **Checking** | **5191** | $262,672.00 |
| 3.4. | **Bank of America** **Balance varies** | **Checking** | **2808** | $754,452.00 |
| 3.5. | **Bank of America** | **Savings for 401k** | **4827** | $5,000.00 |
| 3.6. | **Bank of America** | **Checking** | **2851** | $967.00 |

Case: 22-30062    Doc# 1    Filed: 02/01/22    Entered: 02/01/22 16:46:06    Page 13 of 51

|   | Bank of America | | | |
|---|---|---|---|---|
| 3.7. | Balance varies | checking | 7636 | $240,938.00 |

**4.**    **Other cash equivalents** *(Identify all)*

**5.**    **Total of Part 1.**

|   |   |
|---|---|
|   | **$1,424,969.55** |

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

**7.**    **Deposits, including security deposits and utility deposits**
          Description, including name of holder of deposit

| | 7.1. | **Security deposits** | **Unknown** |
|---|---|---|---|

**8.**    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
          Description, including name of holder of prepayment

**9.**    **Total of Part 2.**

|   |   |
|---|---|
|   | **$0.00** |

Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

**11.**    **Accounts receivable**

| 11a. 90 days old or less: | **3,400,000.00** | - | **0.00** | = .... | **$3,400,000.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**12.**    **Total of Part 3.**

|   |   |
|---|---|
|   | **$3,400,000.00** |

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

☐ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Amount is an estimate** | $0.00 | | $125,000.00 |
| 40. | **Office fixtures**<br>**Amount is an estimate** | $0.00 | | $100,830.00 |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Amount is an estimate** | $0.00 | | $150,000.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.**<br>Add lines 39 through 42. Copy the total to line 86. | $375,830.00 |
|---|---|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **2013 Mercedes C-Class**<br>**Title is held in the name of Sergio Reyes** | $0.00 | | $10,000.00 |

Case: 22-30062   Doc# 1   Filed: 02/01/22   Entered: 02/01/22 16:46:06   Page 15 of 51

| | | | |
|---|---|---|---|
| 47.2. | **2013 Toyota Prius - 176,000 miles**<br>**Title is held in the name of Sergio Reyes** | $0.00 | $4,300.00 |
| 47.3. | **2010 Toyota FJ Cruiser**<br>**Title is held in the name of Sergio Reyes** | $0.00 | $10,000.00 |
| 47.4. | **2018 Toyota Rav4 - 94,000 miles** | $0.00 | $13,000.00 |
| 47.5. | **2018 Jeep Renegade - 37,000 miles** | $0.00 | $19,000.00 |
| 47.6. | **2017 Hyundai Elantra - 48,000 miles** | $0.00 | $13,000.00 |
| 47.7. | **2020 Grand Jeep Cherokee** | $0.00 | $21,000.00 |
| 47.8. | **2018 Toyota C-HR - 31,000 miles** | $0.00 | $17,000.00 |
| 47.9. | **2019 Toyota C-HR - 39,000 miles** | $0.00 | $19,000.00 |
| 47.10. | **2016 Toyota Rav4 - 48,000 miles** | $0.00 | $18,000.00 |

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.  **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

| $144,300.00 |
|---|

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** company url | $0.00 | | Unknown |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** general goodwill | $9,333.00 | | Unknown |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$0.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable** Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) **Net Operating Losses for past tax year** **Amount is estimated**      Tax year _____ | $8,882,918.00 |
| 73. **Interests in insurance policies or annuities** **Various policies: auto, workers comp, business liability policies** **Through Arch Insurance and The Hartford Insurance** | Unknown |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case: 22-30062   Doc# 1   Filed: 02/01/22   Entered: 02/01/22 16:46:06   Page 17 of 51

74.     **Causes of action against third parties (whether or not a lawsuit
        has been filed)**

75.     **Other contingent and unliquidated claims or causes of action of
        every nature, including counterclaims of the debtor and rights to
        set off claims**

76.     **Trusts, equitable or future interests in property**

77.     **Other property of any kind not already listed** *Examples:* Season tickets,
        country club membership

        **Employee advances and undeposited funds** _____    $8,858.00

        _____

78.     **Total of Part 11.**                                          | $8,891,776.00 |

        Add lines 71 through 77. Copy the total to line 90.

79.     **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                               Best Case Bankruptcy

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,424,969.55 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $3,400,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $375,830.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $144,300.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.....................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $8,891,776.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $14,236,875.55 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92          $14,236,875.55

Case: 22-30062    Doc# 1    Filed: 02/01/22    Entered: 02/01/22 16:46:06    Page 19 of 51

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Professional Technical Security Services, Inc.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION |
| Case number (if known) | |

☐ Check if this is an amended filing

<u>Official Form 206D</u>
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:  List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|
| 2.1 | **City National Bank**<br><sub>Creditor's Name</sub><br><br>**PO Box 60938**<br>**Los Angeles, CA 90060**<br><sub>Creditor's mailing address</sub><br><br><br><sub>Creditor's email address, if known</sub><br><br>**Date debt was incurred**<br>**2016**<br>**Last 4 digits of account number**<br>**2584**<br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**Blanket Lien on Debtor's property. Asset value below is estimate of Debtor's tangible asset value as of the date of filing and does not include going concern value.**<br><br>**Describe the lien**<br>**UCC-1**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | **$501,000.00** | **$5,500,000.00** |
| 2.2 | **Employment Development Dept.**<br><sub>Creditor's Name</sub><br><br>**Bankruptcy Unit - MIC 92E**<br>**P.O. Box 826880**<br>**Sacramento, CA 94280-0001**<br><sub>Creditor's mailing address</sub><br><br><br><sub>Creditor's email address, if known</sub><br><br>**Date debt was incurred** | **Describe debtor's property that is subject to a lien**<br>**Tax lien on Debtor's property based on estimate of secured amount of claim. Asset value below is estimate of Debtor's tangible asset value as of the date of filing and does not include going concern value.**<br><br>**Describe the lien**<br>**tax lien**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | $2,600,000.00 | $5,500,000.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Case: 22-30062   Doc# 1   Filed: 02/01/22   Entered: 02/01/22 16:46:06   Page 20 of 51

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **Internal Revenue Service** | | |
|---|---|---|---|
| | Creditor's Name | | |

| **Internal Revenue Service** | Describe debtor's property that is subject to a lien | $4,042,193.00 | $5,500,000.00 |
|---|---|---|---|
| Creditor's Name | **Amount is estimate of secured portion of claim.  Value below is estimate of Debtor's hard asset value as of the date of filing and does not include going concern value.** | | |
| **P.O. Box 7346** | | | |
| **Philadelphia, PA** | | | |
| **19101-7316** | | | |
| Creditor's mailing address | Describe the lien | | |
| | **Tax lien** | | |
| | Is the creditor an insider or related party? | | |
| Creditor's email address, if known | ■ No | | |
| | ☐ Yes | | |
| | Is anyone else liable on this claim? | | |
| **Date debt was incurred** | ■ No | | |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | **Toyota Motor Credit** | Describe debtor's property that is subject to a lien | $21,000.00 | $19,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2019 Toyota C-HR - 39,000 miles** | | |
| | **P.O. Box 105386** | | | |
| | **Atlanta, GA 30348** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **Purchase Money Security** | | |
| | | Is the creditor an insider or related party? | | |
| | Creditor's email address, if known | ■ No | | |
| | | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ■ No | | |
| | **Jan 2021** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.5 | **Toyota Motor Credit** | Describe debtor's property that is subject to a lien | $20,000.00 | $17,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2018 Toyota C-HR - 31,000 miles** | | |
| | **P.O. Box 105386** | | | |
| | **Atlanta, GA 30348** | | | |
| | Creditor's mailing address | Describe the lien | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case: 22-30062   Doc# 1   Filed: 02/01/22   Entered: 02/01/22 16:46:06   Page 21 of 51

**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Creditor's email address, if known

**Date debt was incurred**

**Jan 2021**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**  | $7,184,193.0 |
                                                                                                                      | 0 |

---

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
<div align="right">12/15</div>

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$550,000.00** | **$550,000.00** |
| | **City and County of San Francisco Treasurer & Tax Collector 1 Dr. Carlton B. Goodlett Pl. City Hall - Room 140 San Francisco, CA 94102** | ☐ Contingent ☑ Unliquidated ☑ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Business and payroll taxes and unsecured property taxes Amount shown is an estimate** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? ☑ No ☐ Yes | | |

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
| | **Employment Development Dept. Bankruptcy Unit - MIC 92E P.O. Box 826880 Sacramento, CA 94280-0001** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Unpaid payroll taxes** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? ☑ No ☐ Yes | | |

Case: 22-30062   Doc# 1   Filed: 02/01/22   Entered: 02/01/22 16:46:06   Page 23 of 51

| | | |
|---|---|---|
| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |

| 2.3 | Priority creditor's name and mailing address<br>**Franchise Tax Board**<br>**State of California**<br>**P.O. Box 2952**<br>**Sacramento, CA 95812-5000** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7316** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$17,000,000.0<br>0** | **$17,000,000<br>.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid payroll taxes - amount is an estimate** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address<br>**OLSE**<br>**Attn: Bernice Casey**<br>**1 Dr. Carlton B. Goodlett Pl**<br>**City Hall - Room 430**<br>**San Francisco, CA 94102** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$1,159,908.00** | **$1,159,908.<br>00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Claim for violation of San Francisco wage and<br>benefit ordinance (includes asserted penalties<br>of $661,850)** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | **Amount of claim** |
|---|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**111 Sutter Street Owner, LP**<br>**P.O. Box 889176**<br>**Los Angeles, CA 90088** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$47,689.00** |
| | Date(s) debt was incurred <u>2021</u><br>Last 4 digits of account number _ | Basis for the claim: <u>Rent</u><br>Is the claim subject to offset? ■ No ☐ Yes | |

Case: 22-30062   Doc# 1   Filed: 02/01/22   Entered: 02/01/22 16:46:06   Page 24 of 51

| | | |
|---|---|---|
| **3.2** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,516.00** |

**340 Pine Street LLC**
**465 California St, Ste 1600**
**San Francisco, CA 94104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Rent**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.3** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,700.00** |

**ABM Parking Services**
**Attn: 55 2nd Garage**
**55 2nd St**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.4** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Alvin Carlisle**
**c/o Daniel Gaines**
**27200 Agoura Rd., Ste. 101**
**Agoura Hills, CA 91301**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Labor Claims**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.5** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Amer Vilogorac**
**c/o Stephanie Baker**
**475 Washington Blvd.**
**Marina Del Rey, CA 90292**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **potential employee claim**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.6** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**American Express**
**P.O. Box 981535**
**El Paso, TX 79998**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **revolving**

Basis for the claim:  **business expenses**

Last 4 digits of account number  **2006**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.7** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**American Express**
**P.O. Box 981535**
**El Paso, TX 79998**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **revolving use**

Basis for the claim:  **Business expenses**

Last 4 digits of account number  **3007**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.8** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**American Express**
**P.O. Box 981535**
**El Paso, TX 79998**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **revolving use**

Basis for the claim:  **business expenses**

Last 4 digits of account number  **1001**

Is the claim subject to offset? ■ No  ☐ Yes

Case: 22-30062   Doc# 1   Filed: 02/01/22   Entered: 02/01/22 16:46:06   Page 25 of 51

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$353.00** |
|---|---|---|---|

**American Express**
P.O. Box 981535
El Paso, TX 79998

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number **1008**

Basis for the claim: **credit card charges**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Anthony Brown**
c/o Victor Beauchamp
3580 Wilshire Blvd., Ste. 1260
Los Angeles, CA 90010

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim: **potential employee claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,219.00** |
|---|---|---|---|

**Capital One**
P.O. Box 60599
City of Industry, CA 91716

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **revolving use**

Last 4 digits of account number **3933**

Basis for the claim: **business expenses**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$578.00** |
|---|---|---|---|

**Chase**
P.O. Box 15123
Wilmington, DE 19850

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **revolving use**

Last 4 digits of account number **1475**

Basis for the claim: **business expenses**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,038.00** |
|---|---|---|---|

**Citibank**
P.O. Box 790057
Saint Louis, MO 63179

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **revolving use**

Last 4 digits of account number **3695**

Basis for the claim: **business expenses**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$154,160.00** |
|---|---|---|---|

**Constancy Brooks, Smith & Prophete, LLP**
1801 NE 123rd St
Miami, FL 33181

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim: **Legal fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Destiny Hall**
c/o Robin C. Hall
4100 West Alameda Ave., Third Fl.
Burbank, CA 91505

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim: **potential employee claim**

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                   Best Case Bankruptcy

Case: 22-30062   Doc# 1   Filed: 02/01/22   Entered: 02/01/22 16:46:06   Page 26 of 51

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Edward Lawson**
**c/o Adam Witkin**
**3580 Wilshire Blvd., Ste. 1260**
**Los Angeles, CA 90010**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **potential employee claim**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**General Employees Trust Fund**
**P.O. Box 55037**
**Hayward, CA 94545-0037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Johnny Boyer et al.**
**c/o Daniel Gaines**
**27200 Agoura Rd., Ste. 101**
**Agoura Hills, CA 91301**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Labor claim**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Logmein.com**
**333 Summer St.**
**Boston, MA 02210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,149.00** |
|---|---|---|---|

**Mullberrys Cleaners**
**244 Townsend St**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Patrick Bradford et al.**
**c/o Zachary Crosner**
**9440 Santa Monica Blvd., Ste. 301**
**Beverly Hills, CA 90210**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Labor claim**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,622.00** |
|---|---|---|---|

**Pension Management Consultants, Inc**
**1165 Scenic Dr, Ste B1**
**Modesto, CA 95350**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

Case: 22-30062   Doc# 1   Filed: 02/01/22   Entered: 02/01/22 16:46:06   Page 27 of 51

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Richard Hines**
c/o Matthew J. Matern
1230 Rosecrans Ave., Ste. 200
Manhattan Beach, CA 90266

☐ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _____

Basis for the claim:  __Labor claim__

Last 4 digits of account number _____

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,440.00 |
|---|---|---|---|

**SEIU National Industry Pension Fund BSEP**
P.O. Box 5361
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  __Pension fund contributions__

Last 4 digits of account number _____

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $206,148.00 |
|---|---|---|---|

**Sergio Reyes, Jr.**
c/o Chris Kuhner
1970 Broadway, Ste. 600
Oakland, CA 94612

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2020-2021__

Basis for the claim:  __Loans__

Last 4 digits of account number _____

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,600.00 |
|---|---|---|---|

**TYS, LLP**
800 S Broadway, Ste 450
Walnut Creek, CA 94596

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  __Accounting Services__

Last 4 digits of account number _____

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $685.00 |
|---|---|---|---|

**Wells Fargo Vendor Financial Services**
P.O. Box 650073
Dallas, TX 75265

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  __lease payments__

Last 4 digits of account number _____

Is the claim subject to offset? ☒ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Corey B. Bennett**<br>One Market St., Ste. 3676<br>San Francisco, CA 94105 | Line  __3.23__<br><br>☐ Not listed. Explain _____ | _____ |
| 4.2 | **Debra Lew**<br>City and County of Franicsco<br>P.O. Box 7426<br>San Francisco, CA 94120 | Line  __2.1__<br><br>☐ Not listed. Explain _____ | _____ |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

Case: 22-30062    Doc# 1    Filed: 02/01/22    Entered: 02/01/22 16:46:06    Page 28 of 51

Debtor      **Professional Technical Security Services, Inc.**          Case number *(if known)*
            Name

**5a. Total claims from Part 1**                                    5a.    $                    **18,709,908.00**
**5b. Total claims from Part 2**                                    5b.  + $                       **471,897.00**

**5c. Total of Parts 1 and 2**                                     5c.    $                    **19,181,805.00**
     Lines 5a + 5b = 5c.

Case: 22-30062     Doc# 1     Filed: 02/01/22     Entered: 02/01/22 16:46:06     Page 29 of 51

| Fill in this information to identify the case: |

Debtor name    **Professional Technical Security Services, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO
DIVISION

Case number (if known)    _____

☐ Check if this is an
   amended filing

Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for office premises - 111 Sutter St., San Francisco, CA** | |
| | State the term remaining | **Expires Nov. 2023** | **340 Pine Street LLC**<br>**Attn: Clinton Reilly Holdings**<br>**465 California St., Ste. 1600**<br>**San Francisco, CA 94104** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Contract to provide consulting and advisory services related to debtor's financial performance and related matters. Fee is $8,500 per month.** | |
| | State the term remaining | **open ended** | **Brickell Avenue Consulting LLC**<br>**Attn: David Lefkowitz**<br>**1581 Brickell Ave., Unit 1603**<br>**Miami, FL 33129** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for office 1970 Broadway, Oakland, CA Includes one 5-year option** | |
| | State the term remaining | **Expires June 2024** | **CEP Investors XII LLC**<br>**c/o LaSalle Investment Management**<br>**Attn: Brian Tague**<br>**330 Madison Ave.**<br>**New York, NY 10017** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Management contract related to CEO** | |
| | State the term remaining | **month to month contract** | **GAB Holdings, Inc.**<br>**60 Amberwood Circle**<br>**South San Francisco, CA 94080** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                  Best Case Bankruptcy

Case: 22-30062    Doc# 1    Filed: 02/01/22    Entered: 02/01/22 16:46:06    Page 30 of 51

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Contract to provide mergers and acquisition services to explore sale or new capital investment in the debtor. Debtor paid an engagement fee and any further fees are based upon a success fee schedule.** | |
|---|---|---|---|
| | State the term remaining | **open** | **Generational Equity, LLC** |
| | List the contract number of any government contract | | **3400 North Central Expressway Suite 100 Richardson, TX 75080** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Union collective bargaining agreement for onsite employees** | |
|---|---|---|---|
| | State the term remaining | **Expires in June 2022** | **Service Employees Int'l Union** |
| | List the contract number of any government contract | | **828 West Washington Blvd. Los Angeles, CA 90015** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Ricoh copier** | |
|---|---|---|---|
| | State the term remaining | **Expires Feb. 2025** | **Wells Fargo Vendor Financial** |
| | List the contract number of any government contract | | **P.O. Box 650073 Dallas, TX 75265** |

Case: 22-30062    Doc# 1    Filed: 02/01/22    Entered: 02/01/22 16:46:06    Page 31 of 51

Debtor name    **Professional Technical Security Services, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

Case number (if known)    _____

☐ Check if this is an amended filing

# Official Form 206H
## Schedule H: Your Codebtors      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | _____ | Street _____ <br><br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | _____ | Street _____ <br><br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | _____ | Street _____ <br><br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | _____ | Street _____ <br><br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Professional Technical Security Services, Inc.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1: Income

**1. Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$35,006,924.00** |
| **For year before that:**<br>From **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other _____ | **$36,501,857.00** |
| **For the fiscal year:**<br>From **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | **$33,337,867.00** |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Case: 22-30062  Doc# 1  Filed: 02/01/22  Entered: 02/01/22 16:46:06  Page 33 of 51

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Internal Revenue Service**<br>P.O. Box 7346<br>Philadelphia, PA 19101-7316 | **Numerous ongoing payments - info to be provided** | **Unknown** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Tax debts** |
| 3.2. **Employment Development Dept.**<br>Bankruptcy Unit - MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | **Numerous ongoing payments - info to be provided** | **Unknown** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **payroll taxes** |
| 3.3. **Simpluris, Inc.**<br>P.O. Box 26170<br>Santa Ana, CA 92799 | **October 18, 2021** | **$10,500.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Payment for settlement of lawsuit** |
| 3.4. **SEIU National Industry Pension Fund BSEP**<br>P.O. Box 5361<br>Carol Stream, IL 60197 | **Nov and Dec 2021 and Jan. 2022** | **$150,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Estimate of amounts paid for pension benefits for union employees** |
| 3.5. **General Employees Trust Fund**<br>2323 Eastlake Ave. E<br>Seattle, WA 98102 | **Nov and Dec 2021 and Jan 2022** | **$41,446.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Employee benefits paid monthly** |
| 3.6. **Crystal Cleaners**<br>1323 Fulton St<br>San Francisco, CA 94117 | **October 4, 2021 October 19, 2021** | **$15,252.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. **Constangy Brooks, Smith & Prophete, LLP**<br>1801 NE 123rd St<br>Miami, FL 33181 | **October 20, 2021** | **$40,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Payment of legal fees** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.8. **Boon Adminstrative Services** P.O. Box 671227 Dallas, TX 75267 | Nov and Dec 2021 and Jan 2022 | $49,781.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☑ Other **Monthly Healthy SF (health coverage)** |
| 3.9. **BOMA Oakland/East Bay** 436 14th St, Ste 1216 Oakland, CA 94612 | October 18, 2021 | $8,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ☑ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.10. **111 Sutter Street Owner, LP** P.O. Box 889176 Los Angeles, CA 90088 | Nov 2021, Dec. 2021 and Jan. 2022 | $47,689.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☑ Other **Monthly rent** |
| 3.11. **340 Pine Street LLC** 465 California St, Ste 1600 San Francisco, CA 94104 | November 2021, Dec. 2021, Jan. 2022 | $11,516.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☑ Other **monthly rent** |
| 3.12. **Proguard Security Services** 300 Montgomery St., #817 San Francisco, CA 94104 | Dec 2021 - $200,000 Jan 13, 2022 - $200,000 | $400,000.00 | ☐ Secured debt ☑ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.13. **American Express** P.O. Box 981535 El Paso, TX 79998 | Jan 2022 | $56,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☑ Other **business charges** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☑ None.

   | Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
   |---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Case: 22-30062   Doc# 1   Filed: 02/01/22   Entered: 02/01/22 16:46:06   Page 35 of 51

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Employment Development Dept. Bankruptcy Unit - MIC 92E P.O. Box 826880 Sacramento, CA 94280-0001** | **Funds levied from account** | **November 12, 2021** | **$50,000.00** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **City and County of San Francisco v. Professional Technical Security Services, Inc. CPF-21-517450** | **Tax collection case** | **San Francisco Superior Court 400 MacAllister St. San Francisco, CA 94102** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Carlisle, Boyer et al. v. Professional Technical Security Services, Inc. CGC-18-569791** | **Wage and Hour claims** | **San Francisco Superior Court 400 McAllister St. San Francisco, CA 94102** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.3. | **Bradford v. Professional Technical Security Services, Inc. CGC-20-583328** | **Wage and Hour claims** | **San Francisco Superior Court 400 McAllister St. San Francisco, CA 94102** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.4. | **Okonji v. Professional Technical Security Services, Inc. CGC-20-586481** | **Personal Injury claim** | **San Francisco Superior Court 400 McAllister St. San Francisco, CA 94102** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.5. | **Hines v. Professional Technical Security Services, Inc. CGC-18-567020** | **Wage and hour** | **San Francisco Superior Court 400 McAllister St. San Francisco, CA 94102** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.6. | **Carlisle v. Professional Technical Security Services, Inc. CGC-17-561211** | **Labor Code Claims** | **San Francisco Superior Court 400 McAllister St. San Francisco, CA 94102** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a

Case: 22-30062    Doc# 1    Filed: 02/01/22    Entered: 02/01/22 16:46:06    Page 36 of 51

receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---------|---------------------------------------------|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---------|----------------|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

| Part 6: | Certain Payments or Transfers |
|---------|-------------------------------|

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Finestone Hayes LLP**<br>**456 Montgomery St., 20th Floor**<br>**San Francisco, CA 94104** | | **October 2, 2021 ($100,000) and January 28, 2022 ($75,000)** | **$175,000.00** |
| | Email or website address<br>**sfinestone@fhlawllp.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:    Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:    Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.
    ☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Professional Technical Services Inc. 401(k) Profit Sharing Plan and Trust** | EIN: |

Has the plan been terminated?
☑ No
☐ Yes

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case: 22-30062    Doc# 1    Filed: 02/01/22    Entered: 02/01/22 16:46:06    Page 38 of 51

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com　　　　　　　　Best Case Bankruptcy

Case: 22-30062　Doc# 1　Filed: 02/01/22　Entered: 02/01/22 16:46:06　Page 39 of 51

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Lefkowitz & Company** 1581 Brickell Ave Suite 1603 Miami, FL 33129 | 1/1/2019 - 12/31/2019 |
| 26a.2. **Ledgers, Inc** 2551 San Ramon Valley Blvd, Ste 238-B San Ramon, CA 94583 | 1/1/2020 to present |
| 26a.3. **TYS, LLP** 800 S Broadway, Ste 450 Walnut Creek, CA 94596 | 1/1/2020 to 10/1/2021 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Sergio Reyes and Bianca Flamenco** 111 Sutter St. Suite 550 San Francisco, CA 94104 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

Case: 22-30062    Doc# 1    Filed: 02/01/22    Entered: 02/01/22 16:46:06    Page 40 of 51

■ None

**Name and address**

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Sergio Reyes, Jr.** | **60 Amberwood Circle**<br>**South San Francisco, CA 94080** | **CEO, CFO and director** | |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Sergio Reyes, Jr.**<br>**c/o Chris Kuhner**<br>**1970 Broadway, Ste. 600**<br>**Oakland, CA 94612** | **$175,000 plus expense reimbursements** | **Calendar year 2021** | **Payments have been made to GAB, Inc. as a management consulting fee rather than to Mr. Reyes.** |
| | **Relationship to debtor**<br>**President** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Name of the pension fund | Employer Identification number of the parent corporation |
| --- | --- |

**Part 14:** Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this _Statement of Financial Affairs_ and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **February  1, 2022**

**/s/ Sergio Reyes, Jr.**                                                  **Sergio Reyes, Jr.**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor      **President**

**Are additional pages to** _Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy_ **(Official Form 207) attached?**

■ No
☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                        Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of California - San Francisco Division

In re   __Professional Technical Security Services, Inc.__

                                          Debtor(s)

Case No.                          

Chapter    __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **GAB Holdings, Inc.**<br>**60 Amberwood Circle**<br>**South San Francisco, CA 94080** | | **100% owner** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   __February 1, 2022__

Signature   __/s/ Sergio Reyes, Jr.__

                                __Sergio Reyes, Jr.__

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

In re                                                    Case No.

**Professional Technical Security Services, Inc.**


_____ Debtor(s).          /

### CREDITOR MATRIX COVER SHEET


I declare that the attached Creditor Mailing Matrix, consisting of __5__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.




Date:    **February 1, 2022**                    **/s/ Sergio Reyes, Jr.**
                                                 **Sergio Reyes, Jr./President**
                                                 Signer/Title

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

```
111 Sutter Street Owner, LP
P.O. Box 889176
Los Angeles, CA 90088


340 Pine Street LLC
465 California St, Ste 1600
San Francisco, CA 94104


340 Pine Street LLC
Attn: Clinton Reilly Holdings
465 California St., Ste. 1600
San Francisco, CA 94104


ABM Parking Services
Attn: 55 2nd Garage
55 2nd St
San Francisco, CA 94105


Alvin Carlisle
c/o Daniel Gaines
27200 Agoura Rd., Ste. 101
Agoura Hills, CA 91301


Amer Vilogorac
c/o Stephanie Baker
475 Washington Blvd.
Marina Del Rey, CA 90292


American Express
P.O. Box 981535
El Paso, TX 79998


Anthony Brown
c/o Victor Beauchamp
3580 Wilshire Blvd., Ste. 1260
Los Angeles, CA 90010
```

Brickell Avenue Consulting LLC
Attn: David Lefkowitz
1581 Brickell Ave., Unit 1603
Miami, FL 33129


Capital One
P.O. Box 60599
City of Industry, CA 91716


CEP Investors XII LLC
c/o LaSalle Investment Management
Attn: Brian Tague
330 Madison Ave.
New York, NY 10017


Chase
P.O. Box 15123
Wilmington, DE 19850


Citibank
P.O. Box 790057
Saint Louis, MO 63179


City and County of San Francisco
Treasurer & Tax Collector
1 Dr. Carlton B. Goodlett Pl.
City Hall - Room 140
San Francisco, CA 94102


City National Bank
PO Box 60938
Los Angeles, CA 90060


Constangy Brooks, Smith & Prophete, LLP
1801 NE 123rd St
Miami, FL 33181

Corey B. Bennett
One Market St., Ste. 3676
San Francisco, CA 94105


Debra Lew
City and County of San Franicsco
P.O. Box 7426
San Francisco, CA 94120


Destiny Hall
c/o Robin C. Hall
4100 West Alameda Ave., Third Fl.
Burbank, CA 91505


Edward Lawson
c/o Adam Witkin
3580 Wilshire Blvd., Ste. 1260
Los Angeles, CA 90010


Employment Development Dept.
Bankruptcy Unit - MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001


Franchise Tax Board
State of California
P.O. Box 2952
Sacramento, CA 95812-5000


GAB Holdings, Inc.
60 Amberwood Circle
South San Francisco, CA 94080


General Employees Trust Fund
P.O. Box 55037
Hayward, CA 94545-0037

Generational Equity, LLC
3400 North Central Expressway
Suite 100
Richardson, TX 75080


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7316


Johnny Boyer et al.
c/o Daniel Gaines
27200 Agoura Rd., Ste. 101
Agoura Hills, CA 91301


Logmein.com
333 Summer St.
Boston, MA 02210


Mullberrys Cleaners
244 Townsend St
San Francisco, CA 94107


OLSE
Attn: Bernice Casey
1 Dr. Carlton B. Goodlett Pl
City Hall - Room 430
San Francisco, CA 94102


Patrick Bradford et al.
c/o Zachary Crosner
9440 Santa Monica Blvd., Ste. 301
Beverly Hills, CA 90210


Pension Management Consultants, Inc
1165 Scenic Dr, Ste B1
Modesto, CA 95350

Richard Hines
c/o Matthew J. Matern
1230 Rosecrans Ave., Ste. 200
Manhattan Beach, CA 90266


SEIU National Industry Pension Fund BSEP
P.O. Box 5361
Carol Stream, IL 60197


Sergio Reyes, Jr.
c/o Chris Kuhner
1970 Broadway, Ste. 600
Oakland, CA 94612


Service Employees Int'l Union
828 West Washington Blvd.
Los Angeles, CA 90015


Toyota Motor Credit
P.O. Box 105386
Atlanta, GA 30348


TYS, LLP
800 S Broadway, Ste 450
Walnut Creek, CA 94596


Wells Fargo Vendor Financial
P.O. Box 650073
Dallas, TX 75265


Wells Fargo Vendor Financial Services
P.O. Box 650073
Dallas, TX 75265

# United States Bankruptcy Court

## Northern District of California - San Francisco Division

In re    **Professional Technical Security Services, Inc.**      Case No.

                Debtor(s)          Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Professional Technical Security Services, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**GAB Holdings, Inc.**
**60 Amberwood Circle**
**South San Francisco, CA 94080**

☐ None [*Check if applicable*]

**February 1, 2022**
_____
Date

/s/ Stephen D. Finestone
_____
**Stephen D. Finestone 125675**

Signature of Attorney or Litigant

Counsel for   **Professional Technical Security Services, Inc.**

**Finestone Hayes LLP**
**456 Montgomery St., 20th Floor**
**San Francisco, CA 94104**
**415 421-2624 Fax:415 398-2820**
**sfinestone@fhlawllp.com**

# United States Bankruptcy Court
## Northern District of California - San Francisco Division

In re __Professional Technical Security Services, Inc.__      Case No. _____

Debtor(s)      Chapter   __11__

## STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1.     The undersigned is the attorney for the debtor(s) in this case.

2.     The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
   - a)   For legal services rendered or to be rendered in contemplation of and in connection with this case       $     **175,000.00**
   - b)   Prior to the filing of this statement, debtor(s) have paid       $     **175,000.00**
   - c)   The unpaid balance due and payable is       $     **0.00**

3.     $ __1,738.00__ of the filing fee in this case has been paid.

4.     The Services rendered or to be rendered include the following:
   - a.   Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
   - b.   Preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.
   - c.   Representation of the debtor(s) at the meeting of creditors.

5.     The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and

6.     The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and

7.     The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:

8.     The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:

Dated: __February 1, 2022__         Respectfully submitted,

__/s/ Stephen D. Finestone__

Attorney for Debtor: **Stephen D. Finestone 125675**
**Finestone Hayes LLP**
**456 Montgomery St., 20th Floor**
**San Francisco, CA 94104**
**415 421-2624  Fax: 415 398-2820**
**sfinestone@fhlawllp.com**

Case: 22-30062   Doc# 1   Filed: 02/01/22   Entered: 02/01/22 16:46:06   Page 51 of 51