POLSINELLI LLP
Randye B. Soref (SBN 99146)
Tanya Behnam (SBN 322593)
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone:   310.556.1801
Facsimile:   310.556.1802
Email:       rsoref@polsinelli.com
Email:       tbehnam@polsinelli.com

Attorneys for Creditor City National Bank

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>PROFESSIONAL TECHNICAL SECURITY SERVICES, INC.,<br><br>Debtor. | Case No: 3:22-bk-30062-HLB<br><br>Chapter 11<br><br>NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE |

**PLEASE TAKE NOTICE** that the undersigned appears in the above-captioned case on behalf of Creditor City National Bank and pursuant to Rules 2002 of the Federal Rules of Bankruptcy Procedure and section 1109(b) of the Bankruptcy Code, requests that all notices given or required to be given and all papers served in this case be delivered to and served upon:

Tanya Behnam
POLSINELLI LLP
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone: (310) 556-1801
Facsimile: (310) 566-1802
Email: *tbehnam@polsinelli.com*

**PLEASE TAKE FURTHER NOTICE** the foregoing request includes, without limitation, not only the notices and papers referred to in the above-captioned Bankruptcy Rules, but also includes, without limitation, all notice of any orders, applications, demands, complaints, hearings, motions, objections, petitions, pleadings, requests, plans and any other documents brought before the Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telecopier, e-mail, or otherwise. This entry of appearance and request for notice shall not be deemed or construed to be a waiver of any right to: (i) have final orders in non-core matters entered only after *de novo* review by a United States District Court judge; (ii) trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation of such matters as "core proceedings" pursuant to 28 U.S.C. 157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution; (iii) have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) assert any other rights, claims, actions, setoffs, or recoupments to which such party is or may be entitled, all of which are expressly reserved.

Also this entry shall not be deemed to be implied consent to jurisdiction for any *Stern v. Marshall* category claims that the bankruptcy court may not have authority to enter.

Dated: March 3, 2022

                                                **POLSINELLI LLP**

                                    By:   */s/Tanya Behnam*

                                                Tanya Behnam
                                     *Attorneys for Creditor City National Bank*

# CERTIFICATE OF SERVICE

I, the undersigned declare:

I am employed in Los Angeles County, Los Angeles, California. I am over the age of eighteen years and not a party to this action. My business address is 2049 Century Park East, Suite 2900, Los Angeles, California 90067. On March 3, 2022, I served the within:

**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE**

TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): through the CM/ECF system for the United States Bankruptcy Court for the Northern District of California on March 3, 2022, on all CM/ECF participants registered to receive electronic notices in the above-captioned Bankruptcy Case.

Jay D. Crom jcrom@bachcrom.com

Trevor Ross Fehr on behalf of U.S. Trustee Office of the U.S. Trustee / SF
trevor.fehr@usdoj.gov

Kimberly S. Fineman on behalf of Debtor Professional Technical Security Services, Inc.
kfineman@fhlawllp.com

Stephen D. Finestone on behalf of Debtor Professional Technical Security Services, Inc.
sfinestone@fhlawllp.com

Catherine Holzhauser on behalf of Creditor General Employees Trust Fund
cholzhauser@beesontayer.com, nmounir@beesontayer.com

Chris D. Kuhner on behalf of Creditor Sergio Reyes
c.kuhner@kornfieldlaw.com, g.michael@kornfieldlaw.com

Office of the U.S. Trustee / SF   USTPRegion17.SF.ECF@usdoj.gov

Randye B. Soref on behalf of Creditor City National Bank
rsoref@polsinelli.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 3, 2022 | Cindy Cripe | *[signature: Cindy M Cripe]* |
|---|---|---|
| Date | Printed Name | Signature |