

Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
Kimberly S. Fineman (184433)
FINESTONE HAYES LLP
456 Montgomery Street, 20th Floor
San Francisco, California 94104
Tel. (415) 421-2624
Fax (415) 398-2820
sfinestone@fhlawllp.com

Counsel for Debtor
Professional Technical Security Services, Inc.

**CHANGES MADE BY COURT**

Signed and Filed: March 18, 2022

_____
**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PROFESSIONAL TECHNICAL SECURITY SERVICES, INC., dba PROTECH BAY AREA,<br><br>Debtor. | Case No. 22-30062 HLB<br><br>Chapter 11<br><br>**ORDER APPROVING APPLICATION TO EMPLOY BRICKELL AVENUE CONSULTING LLC AS CONTROLLER FOR THE DEBTOR**<br><br>Hearing held:<br>Date: March 17, 2022<br>Time: 10:00 a.m. |

Debtor's application to employ Brickell Avenue Consulting LLC ("BAC") as Controller (the "Application") [ECF No. 33] was heard on March 17, 2022, with appearances as noted on the record. The Court has considered the Application, the supporting declaration of David Lefkowitz [ECF No. 34], the objection to the Application filed by the U.S. Trustee (the "Objection") [ECF No. 39], the supplemental declaration of David Lefkowitz (the "Supplemental Declaration") [ECF No. 46], and the arguments presented at the hearing. Based upon the record before the Court, BAC does not hold or represent any interest adverse to the

estate in the matters on which it is to be employed, BAC is disinterested, and BAC's employment is in the best interest of the estate. Accordingly,

**IT IS ORDERED** that the Application is approved as modified on the record, the Objection is overruled to the extent it is inconsistent with this order, and Debtor is authorized to employ BAC as its Controller, effective as of the Petition Date, subject to the following terms and conditions:

1. BAC's employment is approved under Section 328(a) of the Bankruptcy Code;

2. Debtor is authorized to pay BAC a fixed fee of $8,500 per month;

3. Debtor is further authorized to reimburse the expenses incurred by BAC, provided such reimbursable expenses are capped at $250 per month plus the travel expenses specified in the Supplemental Declaration;

4. The arbitration provision in the consulting agreement is hereby stricken;

5. The Court retains jurisdiction to review fees and expenses pursuant to section 328(a) of the Bankruptcy Code; and

6. All compensation paid to BAC during the case is on an interim basis and subject to final approval by the Court based upon one or more applications for compensation and reimbursement of expenses.

_____

Approved as to form:
TRACY HOPE DAVIS
UNITED STATES TRUSTEE

    _Trevor R. Fehr_
    Trial Attorney
By: __/s/ Trevor R. Fehr_____

** END OF ORDER **

| | |
|---|---|
| 1 | |
| 2 | **Court Service List** |
| 3 | [ECF Participants Only] |