Alan C. Hochheiser, Esq. #OH 0041222
MAURICE WUTSCHER LLP
23611 Chagrin Blvd., Suite 207
Telephone: (216) 220-1129
Facsimile: (216) 472-8510
Email: ahochheiser@mauricewutscher.com

Attorney for AmTrust North America, Inc. on behalf of
Technology Insurance Company, Inc.

# IN THE UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| PROFESSIONAL TECHNICAL SECURITY SERVICES, INC. | Case No. 22-30062 |
| Debtor. | **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

PLEASE TAKE NOTICE that the undersigned hereby appears in the above-captioned cases on behalf of AmTrust North America, Inc. on behalf of Technology Insurance Company, Inc. (the "**Appearing Party**") pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedures (the "**Bankruptcy Rules**"), and requests that all notices given or required to be given in the above-captioned cases and all papers served in the above-captioned cases (including, but not limited to, all papers filed and served in all adversary proceedings, contested matters and other proceedings in the above-captioned cases, and all notices mailed only to parties in interest who filed with the Court a request that all notices be mailed to them) be given to and served upon:

MAURICE WUTSCHER LLP
Alan C. Hochheiser, Esq.

1

23611 Chagrin Blvd., Suite 207
Beachwood, OH 44122
Telephone: (216) 220-1129
Facsimile: (216) 472-8510
Email: ahochheiser@mauricewutscher.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, statements of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile transmission, email, or otherwise, that affect, or may potentially affect, the Debtor or the property of the Debtor.

PLEASE TAKE FURTHER NOTICE that request is also made that the attorney identified herein be added to the official service list for notice of all contested matters, adversary proceedings, and other proceedings in the above-captioned cases.

PLEASE TAKE FURTHER NOTICE that the attorney identified herein consents to e-mail service.

PLEASE TAKE FURTHER NOTICE that the Appearing Party does not, by filing this Notice of Appearance and Request for Service of Papers or any later appearance, pleading, claim or suit, submit to jurisdiction of the Bankruptcy Court, or intend to waive any of its rights, including: (i) the right to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) the right to trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto; (iii) the right to

have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, set-offs, or recoupments to which the Appearing Party is or may be entitled under any agreement, in law, or in equity, all of which rights, claims, actions, defenses, set-offs, and recoupments the Appearing Party expressly reserves.

Dated: August 24, 2022                      Respectfully submitted,

                                                 /s/ Alan C. Hochheiser
                                                 Alan C. Hochheiser (#OH 0041222)

                                                 Attorney for AmTrust North America, Inc. on behalf of Technology Insurance Company, Inc.