Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
Kimberly S. Fineman (184433)
FINESTONE HAYES LLP
456 Montgomery Street, 20th Floor
San Francisco, California 94104
Tel. (415) 421-2624
Fax (415) 398-2820
kfineman@fhlawllp.com

Counsel for Debtor
Professional Technical Security Services, Inc.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PROFESSIONAL TECHNICAL SECURITY SERVICES, INC.<br>dba PROTECH BAY AREA,<br><br>Debtor. | Case No. 22-30062<br><br>Chapter 11<br><br>**DECLARATION OF SERGIO REYES, JR. IN SUPPORT OF MOTION REGARDING ASSUMPTION AND REJECTION OF NONRESIDENTIAL REAL PROPERTY LEASES AND RELATED RELIEF**<br><br>Hearing:<br>Date: September 22, 2022<br>Time: 10:00 a.m.<br>Judge: Hon. Hannah L. Blumenstiel<br>Place: Remote appearances only<br><br>*Please check www.canb.uscourts.gov for information regarding the Court's operations due to the COVID-19 pandemic* |

I, Sergio Reyes, Jr., declare as follows:

1. I am the Chief Executive Officer of Professional Technical Security Service, Inc. ("Debtor"). Except as otherwise indicated herein, the facts set forth in this declaration are based

upon my personal knowledge and my review of relevant documents. If called upon to testify, I could and would competently testify to the facts set forth in this declaration.

2. This declaration in submitted in support of the *Motion Regarding Assumption and Rejection of Nonresidential Real Property Leases and Related Relief* (the "Motion").

3. Debtor has three nonresidential real property leases (the "Leases"). The Leases are for commercial office space used by Debtor's managers and support staff. Two of the offices are in San Francisco and one is in Oakland.

4. **Sutter Lease**. Debtor's primary office is located at 111 Sutter Street, Suite 550, San Francisco (the "Sutter Office"). The Sutter Office has approximately 7,309 square feet of office space located in San Francisco's Financial District. Debtor leases the Sutter Office from CEP Investors XII LLC (the "Sutter Landlord") pursuant to the lease dated July 15, 2016 (the "Sutter Lease"). The Sutter Lease commenced in March 2017 and expires in March 2024, but there is an option to extend for one 5-year term. The current monthly rent due under the Sutter Lease is $49,629.39. The base rent increases by $1,205.98 in April 2023. A security deposit of $82,908.42 is held by the Sutter Landlord. The Sutter Lease is current with no outstanding balance owing.

5. **Oakland Lease**. Debtor supports its Oakland-based clients through its office located at 1970 Broadway, Suite 840, Oakland (the "Oakland Office"). The Oakland Office has approximately 1,615 square feet of office space. The building is centrally located at 19th Street and Broadway, in Oakland's Uptown business district. Debtor leases the Oakland Office from Tower Building Investors (the "Oakland Landlord") pursuant to a lease dated May 10, 2007 and subsequently amended on March 24, 2011, July 31, 2017 and September 1, 2021 (the "Oakland Lease"). The Oakland Lease expires on March 31, 2025. The current monthly rent due under the Broadway Lease is $5,520.00. The rent will increase to $5,686.00 in April 2023 and to $5,857 in April 2024 through the remainder of the term of the lease. A security deposit of $3,400.00 is held by the Oakland Landlord. The outstanding amount owing under the Oakland Lease is $17,360.00.

6. **Pine Lease**. Debtor's secondary office in San Francisco is located at 340 Pine Street, Suite 504, San Francisco (the "Pine Office"). The Pine Office has approximately 2,164 square feet of office space and is about 3 blocks aways from the Sutter Office. Debtor leases the Pine Office

from 340 Pine Street LLC (the "Pine Landlord") pursuant to a lease dated February 18, 2020 (the "Pine Lease"). The Lease commenced on April 1, 2020 and is set to expire on October 31, 2023. The monthly rent currently due under the lease is $11,862.33. A security deposit of $12,217.58 is held by the Pine Landlord. The Pine Lease is current with no outstanding balance owing.

7. I believe the Sutter Lease and Oakland Lease are necessary for Debtor's continued business operations. To reduce expenses, Debtor will consolidate the operations currently housed at the Pine Office into the nearby Sutter Office. Accordingly, the Motion seeks to assume the Sutter Lease and Oakland Lease and reject, and thereby terminate, the Pine Lease, subject to the reservation by Debtor of the right to modify these assumption/rejection designations in light of the outcome of the pending 363 Sale process (as described in the Motion).

I declare under penalty of perjury that the foregoing is true and correct. Executed this 25th day of August 2022 in San Francisco, California.

                     */s/ Sergio Reyes*
                     Sergio Reyes, Jr.