1  Michael St. James, CSB No. 95653
   St. James Law, P.C.
2  22 Battery Street, Suite 810
   San Francisco, California  94111
3  (415) 391-7566 Telephone
4  (415) 391-7568 Facsimile
   michael@stjames-law.com
5
   Counsel for Tower Building Investors, L.P.
6

7

8                      **UNITED STATES BANKRUPTCY COURT**

9                   **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10                               San Francisco Division

11

12

13  In re                                    Case No.  22-30062 HLB

14  PROFESSIONAL TECHNICAL                   Chapter 11
    SECURITY SERVICES, INC.
15

16              Debtor

17

18

19                          **Notice of Appearance and**
                           **Request for Special Notice**
20

TO: Parties in Interest

PLEASE TAKE NOTICE THAT Tower Building Investors, L.P., the "Oakland Landlord" and a party in interest of the above the Debtor, requests that notice of all matters identified by Fed. R. Bankr. P. 2002, be provided to his counsel as follows:

> Michael St. James, Esq.
> ST. JAMES LAW, P.C.
> 22 Battery Street, Suite 810
> San Francisco, California 94111
> (415) 391-7566 Telephone
> (415) 391-7568 Facsimile
> Ecf@stjames-law.com

DATED: September 6, 2022

Respectfully submitted,

ST. JAMES LAW, P.C.

By: /s/ *Michael St. James* .
    Michael St. James
    Counsel for Tower Building Investors, L.P.