Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
Kimberly S. Fineman (184433)
FINESTONE HAYES LLP
456 Montgomery Street, 20th Floor
San Francisco, California 94104
Tel. (415) 421-2624
Fax (415) 398-2820
sfinestone@fhlawllp.com

Counsel for Debtor
Professional Technical Security Services, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PROFESSIONAL TECHNICAL SECURITY SERVICES, INC.<br>dba PROTECH BAY AREA,<br><br>Debtor. | Case No. 22-30062<br><br>Chapter 11<br><br>**EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR THE NOTICE OF HEARING ON SALE MOTION**<br><br>Requested Hearing:<br>Date: September 22, 2022<br>Time: 10:00 AM<br>Ctrm: Tele/videoconference<br><br>**Remote appearances only.** |

    Professional Technical Security Services, Inc. dba ProTech Bay Area, as debtor and debtor-in-possession (the "Debtor") in the above-captioned chapter 11 case, hereby submits this Ex Parte Application (the "Application"), pursuant to B.L.R. 9006-1[1], for entry of an order shortening time for a hearing on Thursday, September 22, 2022 at 10:00 AM on *Debtor's Motion for Entry of an*

---

[1] "B.L.R." references are to the Bankruptcy Local Rules for the Northern District of California.

*Order (i) Authorizing the Sale of Substantially All of Debtor's Assets Free and Clear of Liens, (ii) Approving the Assignment of Executory Contracts, (iii) Allowing Payment of Compromised Fee to B. Riley Upon Closing and (iv) Granting Related Relief* (the "Sale Motion") filed with the Court on September 12, 2022. The Application is supported by the concurrently filed declaration of Stephen D. Finestone. With respect to the Application, the Debtor states as follows:

1. Debtor is pursuing a sale of (i) up to 100% of its stock and/or (ii) substantially all its assets under pursuant to Bankruptcy Code section 363 (the "363 Sale").

2. On June 21, 2022, Debtor filed *Debtor's Motion to Approve Bid and Sale Procedures and Related Relief* (the "Sale Procedures Motion") [ECF No. 128].

3. On July 14, 2022, the Court granted the Sale Procedures Motion and entered its *Order Approving Sale Procedures* (the "Sale Procedures Order") [ECF No. 157].

4. The Sale Procedures Order sets forth certain deadlines related to the 363 Sale. By the stipulation of the Committee, City National Bank and Debtor, and orders approving such stipulations, one such deadline—the Bid Deadline—was subsequently extended to allow additional time for interested parties to formulate their offers [ECF No. 171, 172, 184 and 185]. No other deadline was altered in the Sale Procedures Order.

5. The Bid Deadline, as extended, was Friday, September 9, 2022. As set forth in the Sale Motion, Debtor only received one qualifying offer by the Bid Deadline. That offer was from Paladin Security Group Ltd. ("Paladin"). The Sale Motion seeks: (i) the approval of the sale to Paladin, (ii) the authorization to assign executory contracts or leases to Paladin as part of such sale, (iii) allowing the payment of a compromised fee to B. Riley upon closing and (iv) other related relief.

6. Paragraph 5 of the Sale Procedures Order provides: "The Court shall conduct a hearing on the Sale Motion and any related motion by September 22, 2022 at 10:00 am. (the "Sale Hearing"). Absent entry of an order shortening time, Debtor shall notice the Sale Motion pursuant to B.L.R. 9014-1(c)(2)."

7. Notice pursuant to B.L.R. 9014-1-(c)(2) requires 21 days' notice. However, given the extension of the Bid Deadline, there is now only 10 days before the Sale Hearing designated in

the Sale Procedures Order.  Therefore, Debtor respectfully requests that the required notice of the Sale Motion be shortened to allow the Sale Motion to be heard on September 22, 2022 at 10:00 AM.

8. Debtor also request that the deadline for any opposition to the Sale Motion be Tuesday, September 20, 2022.

9. All parties have been on notice of the Sale Hearing date since the hearing on the Sale Procedures Motion on July 14, 2022.  The principal parties-in-interest—the Committee, City National Bank and the IRS—have been actively updated on the developments related to the 363 Sale.

10. There have been no previous time modifications related to the Sale Motion.

11. The requested time modification will not adversely impact the schedule for the case.  As noted above, all parties have been on notice of the September 22, 2022 Sale Hearing for some time now.  The most impacted parties have been actively consulted and/or involved in the 363 Sale process.  Further, a prompt resolution of this sale process is necessary in the continued net operating losses reflected in Debtor's Monthly Operating Reports.

12. Debtor's counsel has reached out via email to the following parties regarding this requested shortened time: (i) Randye Soref, counsel for secured creditor City National Bank (ii) Daren Brinkman, counsel for the Committee, (iii) Jared Day and Trevor Fehr of the Office of the U.S. Trustee, and (iv) Aixa Kassim and attorney Cameron Carr, on behalf of the IRS.  City National indicated it had no objection to the shortened time and the proposed date for objections.  Debtor did not receive a response from the Office of the U.S. Trustee or the Committee.  Debtor's counsel exchanged various communications about the transaction with the IRS but did not obtain a clear acceptance of the proposed schedule.  Based upon the discussions, however, Debtor does not believe the IRS objects to the schedule, as the IRS understands the need to seek prompt approval.

13. Debtor will provide notice of the Sale Motion and hearing thereon by September 13, 2022 via CM/ECF notification, email, facsimile, or overnight mail to: (i) the Office of the U.S. Trustee Region 17 (Attn: Trevor Fehr, Esq.); (ii) the Committee; (iii) the Secured Creditors, as identified in the Sale Motion; (iv) parties to Executory Contracts and Unexpired Leases as identified in the Sale Motion,  and (iv) and those persons who have formally appeared in these Chapter 11

APP FOR OST – SALE MOTIONS 3

Cases and requested service pursuant to Bankruptcy Rule 2002. Debtor will also mail notice to all other parties.

For the reasons stated above, the Debtor respectfully requests that the Court enter an order: (i) setting a hearing on the Sale Motion for Thursday, September 22, 2022 at 10:00 AM; (ii) requiring any opposition to the Sale Motion to be filed and served by Tuesday, September 20, 2022; and (iii) directing service of notice of the hearing as described in paragraph 12 above.

Dated: September 12, 2022     FINESTONE HAYES LLP

By: */s/ Stephen D. Finestone*
Stephen D. Finestone
Attorneys for Debtor Professional Technical
Security Services, Inc. dba ProTech Security