**Entered on Docket**
**September 13, 2022**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: September 13, 2022

_____
**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) Case No. 22-30062 HLB |
| PROFESSIONAL TECHNICAL SECURITY SERVICES, INC., | ) Chapter 11 |
| Debtor. | ) |

### ORDER SHORTENING TIME ON DEBTOR'S SALE MOTION

This case comes before the court on Debtor Professional Technical Security Services, Inc.'s ("PTSS") Ex Parte Application for Order Shortening Time for the Notice of Hearing on Sale Motion.[1] The Ex Parte Application asks the court to set an expedited hearing and briefing schedule on PTSS' concurrently filed Motion for Entry of an Order (I) Authorizing the Sale of Substantially All of Debtor's Assets Free and Clear of Liens (II) Approving the Assignment of Executory Contracts (III) Allowing Payment of the Compromised Fee of B. Riley Upon Closing and (IV) Granting Related Relief.[2]

---

[1] Dkt. 192 (the "Ex Parte Application"), which is supported by the Declaration of Stephen D Finestone (Dkt. 193).

[2] Dkt. 189 (the "Sale Motion"), which is supported by the Declaration of Sergio Reyes, Jr. (Dkt. 190; the "Reyes Decl.") and the Declaration of Seth R. Freeman (Dkt. 191; the "Freeman Decl.").

The court has analyzed the Ex Parte Application, as well as the Sale Motion and its supporting declarations, and finds that PTSS has presented good cause in support of expedited consideration of the Sale Motion.

Accordingly, the court **ORDERS** as follows:

1. The Ex Parte Application is hereby **GRANTED**;

2. The court will convene a hearing on the Sale Motion on **September 22, 2022 at 10:00 a.m.** The September 22 hearing will convene via Zoom.

The court encourages all interested parties to consult the court's website for information concerning the status of court operations during the COVID-19 pandemic. The court's website also offers information explaining how to arrange an appearance at a video hearing. If you have questions about court operations or how to participate in a video hearing, you may contact the court by calling 888-821-7606 or by using the Live Chat feature on the court's website.

3. No later than **September 13, 2022,** PTSS shall serve: **(a)** a copy of this order; **(b)** the Sale Motion; **(c)** the Reyes Decl.; **and (d)** the Freeman Decl. by email, facsimile transmission, CM/ECF automated delivery, or overnight delivery on:

- City National Bank and its counsel of record;
- Counsel for the Official Committee of Unsecured Creditors;
- United States Trustee for Region 17;
- City and County of San Francisco;
- United States Internal Revenue Service;

- Toyota Motor Credit Corporation;
- 340 Pine Street LLC;
- Brickell Avenue Consulting LLC;
- CEP Investors XII LLC;
- GAB Holdings, Inc.;
- Service Employees International Union;
- Tower Building Investors;
- Wells Fargo Vendor Financial Services LLC; **and**
- Any interested party that has filed a request for notice or that has otherwise entered an appearance in this case.

**4.** No later than **September 13, 2022**, PTSS shall serve a copy of this order on all creditors and parties in interest not mentioned in Paragraph 3 of this order by first class mail.

**5.** This order shall serve as notice of the September 22 hearing. PTSS need not prepare, file, or serve a separate notice of the September 22 hearing.

**6.** Any opposition to the Sale Motion shall be filed and served no later than **5:00 p.m. Pacific Time** on **September 20, 2022**. Absent prior leave of court, no opposition shall exceed 10 pages. This page limit does not apply to declarations submitted in support of any opposition. Untimely opposition will not be considered.

**7.** PTSS may present its reply to any opposition orally, at the September 22 hearing.

**8.** To the extent PTSS requests a good faith finding pursuant to 11 U.S.C. § 363(m) in connection with the transaction contemplated by the Sale Motion, it shall file a

declaration in support of such relief no later than **5:00 p.m. Pacific Time** on **September 16, 2022.** By the same deadline, PTSS shall serve such declaration in compliance with Paragraph 3 of this order. Failure to timely comply with this paragraph will result in denial of the Sale Motion's request for a good faith finding under 11 U.S.C. § 363(m).

    **9.** No later than **12:00 p.m. Pacific Time** on **September 19, 2022,** PTSS shall file certificates of service demonstrating compliance with Paragraphs 3, 4, and 8 of this order.

    **10.** Any failure on the part of PTSS to timely comply with the obligations imposed by this order may result in denial of the Sale Motion or vacatur or continuance of the September 22 hearing.

**\*\*END OF ORDER\*\***

**Court Service List**

[None]