Jeffrey N. Pomerantz (CA Bar No. 143717)
Maxim B. Litvak (CA Bar No. 215852)
PACHULSKI STANG ZIEHL & JONES LLP
One Market Plaza, Spear Tower
40th Floor, Suite 4000
San Francisco, CA 94105
Telephone: (415) 263-7000
Facsimile: (415) 263-7010
E-mail: jpomerantz@pszjlaw.com
mlitvak@pszjlaw.com

Counsel for PalAmerican Security (California) Inc.

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PROFESSIONAL TECHNICAL SECURITY SERVICES, INC.,<br><br>Debtor. | Case No. 3:22-bk-30062-HLB<br><br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |

**PLEASE TAKE NOTICE** that PalAmerican Security (California) Inc., hereby requests, pursuant to Rules 2002, 3017, and 9007 of the Federal Rules of Bankruptcy Procedure, or pursuant to any other applicable rule or statute, that notice of all matters which may come before the Court also be given to:

> Pachulski Stang Ziehl & Jones LLP
> Jeffrey N. Pomerantz
> Maxim B. Litvak
> One Market Plaza, Spear Tower
> 40th Floor, Suite 4000
> Telephone: 415-263-7000
> Email: jpomerantz@pszjlaw.com
> mlitvak@pszjlaw.com

The foregoing request includes, without limitation, all notices, papers, and disclosure statements referred to in Rules 2002, 3017, and 9007 of the Federal Rules of Bankruptcy Procedure, and also includes notice of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings or requests, and any other documents brought before the Court in this case,

1

whether formal or informal, whether written or oral, and whether transmitted or conveyed by electronic mail, mail, hand delivery, telephone, telegraph, facsimile, or otherwise.

Dated: September 13, 2022         PACHULSKI STANG ZIEHL & JONES LLP

By: */s/ Maxim B. Litvak*
Jeffrey N. Pomerantz
Maxim B. Litvak

Counsel for PalAmerican Security (California) Inc.