*[Caption as in Form 416A, 416B, or 416D, as appropriate]*

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s):
   Official Committee of Creditors Holding Unsecured Claims

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.

- ☐ Plaintiff
- ☐ Defendant
- ☐ Other (describe) ____________

For appeals in a bankruptcy case and not in an adversary proceeding.

- ☐ Debtor
- ☐ Creditor
- ☐ Trustee
- ☒ Other (describe) Creditors' Committee

## Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: Order Overruling Official Committee of Unsecured Creditors' Limited Opposition to Sale Motion [Doc. 235]

2. State the date on which the judgment, order, or decree was entered: 10/25/2022

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: (See Attached) Attorney: ____________

2. Party: ____________ Attorney: ____________

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

- ❑ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

________________________________________ Date: 10/26/2022

Signature of attorney for appellant(s) (or appellant(s) if not represented by an attorney)

Name, address, and telephone number of attorney (or appellant(s) if not represented by an attorney):

Daren R. Brinkman
Brinkman Law Group, PC
543 Country Club Drive, Suite B
Wood Ranch, CA 93065

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[**Note to inmate filers:** If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

Case: 22-30062 Doc# 238 Filed: 10/27/22 Entered: 10/27/22 04:07:16 Page 2 of 6

**Parties to the Appeal**

| Party | Counsel |
|---|---|
| Professional Technical Security Services, Inc. d/b/a Protech Bay Area,<br>Debtor. | Kimberly S. Fineman<br>Stephen D. Finestone<br>FINESTONE HAYES, LLP<br>456 Montgomery St., 20th Fl.<br>San Francisco, CA 94104 |
| PalAmerican Security (California), Inc.,<br>Interested Party. | Jeff Pomerantz<br>Maxim B. Litvak<br>PACHULSKI STANG ZIEHL & JONES, LLP<br>One Sansome Street, 34th Floor, Suite 3430<br>San Francisco, CA 94104-4436 |
| Internal Revenue Service,<br>Creditor. | John W. Samples<br>DOJ-USAO<br>450 Golden Gate Ave., Box 36055<br>San Francisco, CA 94102-3495 |
| GlassRatner Advisory & Capital Group, LLC d/b/a B. Riley Advisory Services,<br>Interested Party. | B. RILEY ADVISORY SERVICES<br>c/o Seth R. Freeman<br>425 California Street, Suite 900<br>San Francisco, CA 94104 |



**Entered on Docket**
**October 25, 2022**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**Signed and Filed: October 25, 2022**

HANNAH L. BLUMENSTIEL
U.S. Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re: | Case No. 22-30062 HLB |
| PROFESSIONAL TECHNICAL SECURITY SERVICES, INC., | Chapter 11 |
| Debtor. | |

**ORDER OVERRULING OFFICIAL COMMITTEE OF UNSECURED CREDITORS' LIMITED OPPOSITION TO SALE MOTION**

This case came before the court on October 25, 2022 for a status conference concerning the disposition of the proceeds beyond those paid or to be paid to City National Bank from the sale of substantially all of the assets of Debtor Professional Technical Security Services, Inc. ("PTSS"). The issue before the court was whether PTSS' post-petition accounts receivable and work-in-progress are subject to a pre-petition statutory lien in favor of the United States Internal Revenue Service (the "IRS") or the replacement lien granted as a form of adequate protection by the interim[1] and final[2] orders authorizing PTSS' use of cash collateral.

[1] Dkt. 21.

[2] Dkt. 62.

This issue was raised in connection with the sale of PTSS' assets by the Official Committee of Unsecured Creditors (the "OCUC") in its Limited Opposition[3] to PTSS' sale motion.[4] Following the initial hearing on the sale motion, which convened on September 22, 2022, the court ordered supplemental briefing and set a status conference for October 25.

The IRS timely filed its response to the OCUC Opposition on October 4, 2022.[5] PTSS also filed a short response on October 4, 2022,[6] which largely defers to the IRS' position. The OCUC timely filed its sur-reply on October 18, 2022.[7]

Counsel for the OCUC did not appear at the October 25 hearing. Other appearances were as noted on the record.

For the reasons stated on the record, the court hereby **OVERRULES** the OCUC Opposition in its entirety.

****END OF ORDER****

[3] Dkt. 212 (the "OCUC Opposition").

[4] Dkt. 189.

[5] Dkt. 227.

[6] Dkt. 225.

[7] Dkt. 231.

## <u>Court Service List</u>

[None]