Signed and Filed: November 14, 2022



_____
**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) Case No. 22-30062 HLB |
| | ) |
| PROFESSIONAL TECHNICAL SECURITY SERVICES, INC., | ) Chapter 11 |
| | ) |
| Debtor. | ) |

**ORDER DENYING EX PARTE APPLICATION FOR ORDER SHORTENING TIME**

This case comes before the court on an Ex Parte Application for Order Shortening Time filed by the Official Committee of Unsecured Creditors (the "OCUC").[1] The Ex Parte Application seeks a hearing on just 3 days' notice on not one, but two, motions,[2] each of which seeks a stay pending the OCUC's appeal of two previously issued orders.

The First Motion pertains to the OCUC's appeal from the court's October 25, 2022 order[3] overruling the OCUC's limited opposition[4] to Debtor Professional Technical Security Services, Inc.'s ("PTSS") motion for an order authorizing the sale of

---

[1] Dkt. 263 (the "Ex Parte Application").

[2] Dkt. 261 (the "First Motion") and Dkt. 262 (the "Second Motion").

[3] Dkt. 235 (the "First Order").

[4] Dkt. 212.

substantially all of PTSS' assets and related relief.[5] The court entered the First Order after a hearing at which counsel for the OCUC did not appear.

The Second Motion pertains to the OCUC's appeal from an order issued November 3, 2022[6] that approved on a final basis a Stipulation[7] between PTSS and the U.S. Internal Revenue Service (the "IRS") and authorized the release of certain proceeds of the transaction that was the subject of the Sale Motion to the IRS.

The court has carefully analyzed the Ex Parte Application and the relevant portions of the record. Based on that analysis, the court finds and concludes that the OCUC has failed to present good cause in support of its Ex Parte Application.

Accordingly, the court **ORDERS** as follows:

**1.** The Ex Parte Application is hereby **DENIED**.

**2.** The OCUC shall notice its First and Second Motions for hearing pursuant to B.L.R. 9014-1(c)(1).

**\*\*END OF ORDER\*\***

---

[5] Dkt. 189 (the "Sale Motion").

[6] Dkt. 246.

[7] Dkt. 208, as supplemented by Dkt. 213.

**Court Service List**

[None]