Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
Kimberly S. Fineman (184433)
FINESTONE HAYES LLP
456 Montgomery Street, 20th Floor
San Francisco, California 94104
Tel. (415) 421-2624
Fax (415) 398-2820
kfineman@fhlawllp.com

Counsel for Debtor
Professional Technical Security Services, Inc.

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PROFESSIONAL TECHNICAL SECURITY SERVICES, INC. dba PROTECH BAY AREA,<br><br>Debtor. | Case No. 22-30062<br><br>Chapter 11<br><br>**REPORT OF SALE OF SUBSTANTIALLY ALL OF DEBTOR'S ASSETS** |

On September 29, 2022, the Court entered an order approving the sale of substantially all of the Debtor's assets to PalAmerican Security (California) Inc. ("Buyer"), or its authorized designee (the "Sale Order") [Doc. No. 221]. Pursuant to the Asset Purchase Agreement (the "APA") approved by and attached to the Sale Order, the deadline for closing of the sale was November 1, 2022. APA § 13.1.

The sale transaction closed on November 1, 2022 and Buyer paid Debtor $3,639,925.71 for the acquired assets based upon the estimated values for acquired Accounts Receivable ("A/R") and unbilled work-in-progress ("WIP") through October 31, 2022, with a $150,000 holdback (the "Initial Closing Payment"). Pursuant to the parties' agreement, the Initial Closing Payment was to be supplemented with a further payment once Debtor and the Buyer completed a "true up" of the accounts receivable and WIP as of October 31, 2022 (the "True-Up Payment"). The Debtor and

Buyer have now completed that reconciliation process and determined the True-Up Payment required to be $329,876.87 calculated as follows:

| Purchase Price | Buyer Est. Used 11/1 | Actual | True Up |
|---|---|---|---|
| A/R Acquired by Buyer (Sch. 2.1(f)) | $1,645,577.41 | $1,645,375.83 | ($201.58) |
| WIP (unbilled thru 10/31/22) | $1,044,348.30 | | $180,915.45 |
| Buyer's Holdback for True-Up | ($150,000.00) | $0.00 | $150,000.00 |
| Subtotal | $2,539,925.71 | $2,870,639.58 | $330,713.87 |
| Premium under APA- Balance of Purchase Price | $1,100,000.00 | $1,100,000.00 | - |
| Subtotals per Debtor's Calculations | $3,639,925.71 | $3,970,639.58 | $330,713.87 |
| | | | |
| Owing under Transition Agreement | $61,537.60 | $61,537.60 | - |
| Subtotal (Purchase + Transition) | $3,701,463.31 | $4,032,177.18 | |
| | | | |
| Good Faith Deposit | ($500,000.00) | ($500,000.00) | - |
| Subtotal (Wired by Buyer on 11/1 or To Be Paid) | $3,201,463.31 | $3,532,177.18 | |
| | | | |
| True Up per Buyer's Calculations | | | $329,039.86 |
| Agreed Adjustment (in light of $1,674.01 difference) | | | ($837.00) |
| | | | |
| **Total Purchase Price and True-Up Payment** | | **$3,969,802.58** | **$329,876.87** |

Dated: November 30, 2022    FINESTONE HAYES LLP


By: */s/ Kimberly S. Fineman*
    Kimberly S. Fineman
    Attorneys for Debtor Professional Technical
    Security Services, Inc. dba ProTech Security