

**Signed and Filed: December 9, 2022**

_____
**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

1  Stephen D. Finestone (125675)
   Kimberly S. Fineman (184433)
2  FINESTONE HAYES LLP
3  456 Montgomery Street, 20th Floor
   San Francisco, California 94104
4  Tel. (415) 421-2624
   Fax (415) 398-2820
5  kfineman@fhlawllp.com

6  Counsel for Debtor PTSS, Inc.

7

8                 **UNITED STATES BANKRUPTCY COURT**

9                 **NORTHERN DISTRICT OF CALIFORNIA**

10                    **SAN FRANCISCO DIVISION**

11  In re                                    Case No. 22-30062

12  PTSS, Inc. (fka Professional Technical    Chapter 11
13  Security Services, Inc.), a Delaware
    corporation,                             **ORDER GRANTING IN PART LEASE**
14                                           **MOTION AND APPROVING**
                                             **ASSUMPTION AND ASSIGNMENT OF**
15              Debtor.                       **OAKLAND LEASE**

16

17

18          Upon due consideration of Debtor's *Motion Regarding Assumption and Rejection of*

19  *Nonresidential Real Property Leases and Related Relief* (the "Lease Motion") [Doc. No. 180] and

20  the *Stipulation for Entry of Order Granting Debtor's Motion to Assume and Assign Oakland*

21  *Lease* (the "Stipulation") [Doc. No. 296], and good cause appearing therefor,

22          IT IS HEREBY ORDERED that:

23          1.     The Lease Motion is granted as to Debtor's lease for the property commonly

24  known at 1970 Broadway, Suite 840, Oakland, California (the "Oakland Lease");

25          2.     Debtor's assumption of the Oakland Lease, pursuant to Bankruptcy Code section

26  365(a), is approved as of January 1, 2023, on the terms set forth in the Stipulation;

27

28

1    3.    Debtor's assignment of the Oakland Lease to PalAmerican Security (Bay Area)

2    Inc., pursuant to Bankruptcy Code section 365(f), is also approved as of January 1, 2023, on the

3    terms set forth in the Stipulation;

4    4.    Debtor is authorized and directed to pay the $17,360 Cure Amount; and

5    5.    The continued hearing on the Lease Motion scheduled for December 22, 2022 at

6    10:00 am is vacated.

7                              ** END OF ORDER **

DOCS_SF:108262.2 68795/001

**Court Service List**

ECF Participants

DOCS_SF:108262.2 68795/001