ONDREJ LIKAR
Buty & Curliano LLO
516 16th Street
Oakland, CA 94612
(510) 267-3000 wk#
(510 267-3036 dir#
www.butycurliano.com

Attorneys for Creditor
Kaiser Foundation Health Plan, Inc.

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PTSS, INC.** (f/n/a<br>PROFESSIONAL TECHNICAL SECURITY<br>SERVICES, INC.),<br><br>      Debtor. | Case No. 22-30062<br>Chapter 11<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

\*   \*   \*   \*   \*   \*     \*   \*   \*   \*   \*   \*   \*

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Mary Fran Ebersole, an active member in good standing of the bar of Maryland, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Kaiser Foundation Health Plan, Inc. in the above-entitled action. In support of this application, I certify on oath that:

    1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I have been granted *pro hac vice* admission by the Court 0 (zero) times in the 12 months preceding this application;

3. I agree to abide by the Standards of Professional Conduct set forth in the Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

4. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Ondrej Likar
Buty & Curliano LLO
516 16th Street
Oakland, CA 94612
(510) 267-3000 wk#
(510 267-3036  dir#

I declare under penalty of perjury that the foregoing is true and correct.

Date: January 1, 2023        Signed: _____

# Supreme Court of Maryland
## Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

    I, Gregory Hilton, Clerk of the Supreme Court of Maryland, do hereby certify that on the eighteenth day of December, 1990,

### Mary Frances Theresa Ebersole

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.



**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Supreme Court of Maryland, this third day of January, 2023.

*Gregory Hilton*
Clerk of the Supreme Court of Maryland