ONDREJ LIKAR
Buty & Curliano LLO
516 16th Street
Oakland, CA 94612
(510) 267-3000 wk#
(510 267-3036  dir#
www.butycurliano.com

MARY FRAN EBERSOLE, Md. Bar No. 08279
(Application to appear pro hac vice pending)
Tydings and Rosenberg LLP
One E. Pratt Street, Suite 901
Baltimore, Maryland 21202
mebersole@tydings.com
(410) 952-7414

Attorneys for Creditor
Kaiser Foundation Health Plan, Inc.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PTSS, INC.** (f/n/a PROFESSIONAL TECHNICAL SECURITY SERVICES, INC.),<br><br>      Debtor. | Case No. 22-30062<br>Chapter 11 |

  \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**ORDER GRANTING APPLCIATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE***

Mary Fran Ebersole, whose business address and telephone number is: Mary Fran Ebersole,

Tydings and Rosenberg LLP, One East Pratt Street, Suite 901, Baltimore, Maryland 21202; and

who is an active member in good standing of the state bar of Maryland, having applied in the

above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Kaiser Foundation Health Plan, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted in the United States Bankruptcy Court for the Northern District of California.