| From: | David L. Lefkowitz <david@bravcon.com> |
|---|---|
| Sent: | Monday, December 5, 2022 10:41 AM |
| To: | Justin Chan; Sergio Reyes |
| Cc: | Tim Warner; Jason Begin; Kimberly Fineman; Stephen Finestone |
| Subject: | RE: WIP and AR Reports |
| Attachments: | ProTech Customer AR Reporting as of November 1-30 2022.xlsx |

**[EXTERNAL]** This email originated from **outside** of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Justin,

Here you go.

Noting that PalAmerican cut off ProTech's access to QuickBooks last month rendering a loss of access to the Accounting records online; we have successfully recovered the data. PTSS paid the IT vendor's invoice for November service; will add to the reimbursement reporting as we finalize the post-closing transition costs.

The ProTech (PTSS, Inc.'s) mail has been forward by PalAmerican, so we no longer have access to checks being sent for payment. The attached report contains the most current data we have.

Will advise as to e-payments that appear in ProTech's accounts as they occur,

David


**David Lefkowitz CPA, Managing Member**
**Brickell Avenue Consulting LLC**
1581 Brickell Avenue, #1603
Miami FL 33129-1238
415-260-1851 C
david@bravcon.com
david@brickellavenueconsulting.com
www.brickellavenueconsulting.com



**From:** Justin Chan <juchan@paladinsecurity.com>
**Sent:** Friday, December 2, 2022 6:06 PM
**To:** David L. Lefkowitz <david@bravcon.com>
**Cc:** Tim Warner <twarner@paladinsecurity.com>; Jason Begin <JBegin@palamerican.com>
**Subject:** WIP and AR Reports

Hi David,

I hope you're doing well. Would it be possible to send us a weekly report (every Friday) to help us reconcile and keep in sync with AR payments being made to ProTech for their issued invoices up till 10/31/2022. These would be similar to the

excel documents you have attached in the past that show the aged AR, Customer Open Invoices, and Invoice Payments (see sample attached)

This would be a great way for us to track balances owing from ProTech to PalAmerican or vice versa.

Please let me know if this is an option.

All the best,



**Justin Chan, CPA**
Financial Controller

**Paladin Group of Companies**
Paladin Security | PalAmerican Security | Concord Parking | Paladin Risk
T. 604-677-8700 Ext. 3258
juchan@paladinsecurity.com
201-3001 Wayburne Drive, Burnaby, BC  V5G 4W3

**Visit our website**

 

# ATTACHMENT TO EXHIBIT 3 TO BE FILED

# SEPARATELY UNDER SEAL