**EXHIBIT 4 TO BE FILED SEPARATELY UNDER SEAL**