| | |
|---|---|
| **From:** | Justin Chan <juchan@paladinsecurity.com> |
| **Sent:** | Thursday, December 22, 2022 2:59 PM |
| **To:** | David L. Lefkowitz; Sergio Reyes |
| **Cc:** | Jason Begin; Kimberly Fineman; Tim Warner |
| **Subject:** | RE: AR Collection - Payment Request - 12.16.2022 |
| **Attachments:** | Payment Request - Invoice Listing - $717,145.41 - V2 - 12.22.2022.xlsx; PalAmerican Bay Area - Transaction Routing Instructions.pdf |

Hi David & Sergio,

Thank you for sending the updated Quickbooks data extract.

I have performed a check and reconciliation and have noted 2 additional payments which ProTech received but have not remitted to PalAmerican
This would update our total from $711,515.35 to **$717,145.41**

Please see the attached workbook and the breakdown of our first payment request, plus the additional $5,630.06 added today.

Please have Sergio remit **$717,145.41** – I have attached payment / routing instructions again for convenience.

Please let me know if there are any questions



**Justin Chan, CPA**
Financial Controller

**Paladin Group of Companies**
Paladin Security | PalAmerican Security | Concord Parking | Paladin Risk
T. 604-677-8700 Ext. 3258
juchan@paladinsecurity.com
201-3001 Wayburne Drive, Burnaby, BC  V5G 4W3

**Visit our website**

 

---

**From:** David L. Lefkowitz <david@bravcon.com>
**Sent:** Wednesday, December 21, 2022 1:49 PM
**To:** Justin Chan <juchan@paladinsecurity.com>; Sergio Reyes <SReyes@palamerican.com>
**Cc:** Jason Begin <JBegin@palamerican.com>; Kimberly Fineman <kfineman@fhlawllp.com>; Tim Warner <twarner@paladinsecurity.com>
**Subject:** RE: AR Collection - Payment Request - 12.16.2022

**[EXTERNAL]** This email originated from **outside** of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Thanks for Sending over Jason; Sergio is on X-mas break and returns next Tuesday. We will collaborate then on reconciliation and forwarding funds.

Meanwhile pleased be advised that our attorneys will be moving very shortly to convert this case and, upon the Court's order converting the case, all administration will be turned over to a Chapter 7 Trustee. In light thereof, PalAmerican should re-emphasize to their continuing customers that payments should no longer be sent to "ProTech." Our mutual obligations to forward funds belong to the other party will continue, but soon the bankruptcy estate will be managed by a Chapter 7 Trustee and on that Trustee's schedule.

Wishing all a Happy Holiday Season,

David


**David Lefkowitz CPA, Managing Member**
**Brickell Avenue Consulting LLC**
1581 Brickell Avenue, #1603
Miami FL 33129-1238
415-260-1851 C
david@bravcon.com
david@brickellavenueconsulting.com
www.brickellavenueconsulting.com



---

**From:** Justin Chan <juchan@paladinsecurity.com>
**Sent:** Tuesday, December 20, 2022 11:38 PM
**To:** David L. Lefkowitz <david@bravcon.com>; Sergio Reyes <SReyes@palamerican.com>
**Cc:** Jason Begin <JBegin@palamerican.com>; Kimberly Fineman <kfineman@fhlawllp.com>; Tim Warner <twarner@paladinsecurity.com>
**Subject:** RE: AR Collection - Payment Request - 12.16.2022

Hi David and Sergio,

Just following up on this. Please confirm receipt of this request.

Please advise when the fund will be transferred to PalAmerican, as well as the Quickbooks / reconciliation process going forward.
Based on ProTech records, we can see funds are still being deposited into ProTech's account.

Please let me know if you have any questions, or if you've come across any issues.

All the best,



**Justin Chan, CPA**
Financial Controller

**Paladin Group of Companies**
Paladin Security | PalAmerican Security | Concord Parking | Paladin Risk

T. 604-677-8700 Ext. 3258
juchan@paladinsecurity.com
201-3001 Wayburne Drive, Burnaby, BC  V5G 4W3

**Visit our website**



---

**From:** Justin Chan
**Sent:** Friday, December 16, 2022 11:09 AM
**To:** David L. Lefkowitz <david@bravcon.com>; Sergio Reyes <SReyes@palamerican.com>
**Cc:** Jason Begin <JBegin@palamerican.com>; Kimberly Fineman <kfineman@fhlawllp.com>; Tim Warner <twarner@paladinsecurity.com>
**Subject:** AR Collection - Payment Request - 12.16.2022

Hi Sergio & David,

I have reviewed the Quickbooks accounts receivables ledger, as well as the check scans we received on December 13th and December 14th

Please see that attached document which highlights and lists the invoice numbers, check / payment numbers, and payment amounts ProTech has received, but has not remitted back to PalAmerican
- Please note, within Tab A, the section highlighted in blue for $670,377.88 will reconcile to the missing payments / check scans noted and highlighted in Tab B
    o Tab B contains the Customer bal details you provided via email on December 5, 2022
    o I have gone through this listing and checked against our AR listing tracker to see which payments have been received by ProTech, but not remitted back to PalAmerican.
    o I also noted items which were received by ProTech, but also noted and already received by PalAmerican
    o Typically I checked anything after November 17, 2022

Check Scans from December 13th and December 14th = $41,137.47
Payments noted as received in QB, but not remitted to PalAmerican = $670,377.88

Total payment request = **$711,515.35 – ACH and Wire routing instructions attached again for convenience.**

It is important we get another Quickbooks / ledger extraction from December 1st to today's date.
As you can see, the process of recording and tracking check scans has left a significant gap in data.
Based on what I'm seeing, the bulk of the entered check payments were from November 18 and November 21. (1 Electronic payment on November 30, 2022)
- Can we get a scan / copy of these checks for our records?

Please let us know if you can provide the December ledger data.

All the best,



**Justin Chan, CPA**
Financial Controller

**Paladin Group of Companies**
Paladin Security | PalAmerican Security | Concord Parking | Paladin Risk
T. 604-677-8700 Ext. 3258
juchan@paladinsecurity.com
201-3001 Wayburne Drive, Burnaby, BC  V5G 4W3

Visit our website

 

# ATTACHMENT TO EXHIBIT 5 DOCUMENT TO

# BE FILED SEPARATELY UNDER SEAL