**From:** Kimberly Fineman <kfineman@fhlawllp.com>
**Sent:** Friday, December 23, 2022 11:23 AM
**To:** Tim Warner <twarner@paladinsecurity.com>; Maxim Litvak <mlitvak@pszjlaw.com>
**Cc:** Stephen Finestone <sfinestone@fhlawllp.com>; Ashley Cooper <ACooper@paladinsecurity.com>; Jason Begin <JBegin@palamerican.com>; Justin Chan <juchan@paladinsecurity.com>
**Subject:** RE: AR Collection - Payment Request - 12.16.2022

> **[EXTERNAL]** This email originated from **outside** of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Tim, as you know, our firm represents the Debtor, not PalAmerican. We have done everything in our power to help facilitate the smooth transition of the assets and have complied in every manner with the requirements of the court's orders. David Lefkowitz has already responded to Justin's requests indicating that the funds will be reconciled and remitted promptly after Sergio Reyes returns from a holiday break next week.

There is no current date for the conversion of the bankruptcy case, but we do plan to address that with the Court at our next status conference on January 5th. I asked David to alert you to the anticipated transition as a courtesy since the A/R remittances have continued to rely heavily on processing by the Debtor's representatives post-closing. We believe it is in all parties' interest for PalAmerican to take the necessary steps now to re-emphasize to the customers that all remittances should be directed to PalAmerican at this point. Our mutual obligations to forward any funds belonging to the other party remains, but I anticipate that process will be significantly delayed as a Chapter 7 Trustee is brought up to speed.

Best wishes and happy holidays,
Kim

Kimberly S. Fineman
Finestone Hayes LLP
456 Montgomery St., 20th Floor
San Francisco, CA 94104

415-209-5027 direct
www.fhlawllp.com

NOTICE: This message is for the sole use of the addressee(s). Any unauthorized review, use, disclosure or distribution of the confidential and privileged information contained herein is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

---

**From:** Tim Warner <twarner@paladinsecurity.com>
**Sent:** Friday, December 23, 2022 10:40 AM
**To:** Maxim Litvak <mlitvak@pszjlaw.com>; Kimberly Fineman <kfineman@fhlawllp.com>
**Cc:** Stephen Finestone <sfinestone@fhlawllp.com>; Ashley Cooper <ACooper@paladinsecurity.com>; Jason Begin <JBegin@palamerican.com>; Justin Chan <juchan@paladinsecurity.com>
**Subject:** FW: AR Collection - Payment Request - 12.16.2022
**Importance:** High

Hi Max and Kim,
I wanted to ask for your help in expediting payment of over $700k from ProTech to PalAmerican for several weeks of bank deposits that they made with money that belongs to PalAmerican. We had agreed that this money was to be transferred to us within the same week they received it.

It would seem that there is some legal line that is being crossed by ProTech holding onto the funds until we have to escalate. If so, please let me know what legal recourse we have to demand the money and to stop them from depositing any further amounts pertaining to the accounts that Paladin purchased.

Further, David has advised that ProTech will very shortly converted to Chapter 7 and a trustee will be appointed. I expect this will further complicate matters. Do you know if a specific date is scheduled?

I look forward to some direction as soon as possible.

Thanks,
Tim

---

**From:** Tim Warner
**Sent:** Wednesday, December 21, 2022 3:02 PM
**To:** David L. Lefkowitz <david@bravcon.com>; Justin Chan <juchan@paladinsecurity.com>; Sergio Reyes <SReyes@palamerican.com>
**Cc:** Jason Begin <JBegin@palamerican.com>; Kimberly Fineman <kfineman@fhlawllp.com>
**Subject:** RE: AR Collection - Payment Request - 12.16.2022

Hi David,

We had an agreement that you would forward any money you deposited on our behalf within the same week.

**Would you please arrange for an advance of funds before Friday?** If you want to hold back 10% for reconciliation issues, I'm comfortable with that.

Thanks for the heads up on the upcoming Chapter 7. Does "very shortly" mean before the end of this month?

Justin's team continues to reach out to clients to get the payments sent to us directly, but some are stuck on paying according to the instructions on the invoice.  Fortunately we're dealing with a smaller group as many have paid the balances off.

Thanks,
Tim

**From:** David L. Lefkowitz <david@bravcon.com>
**Sent:** Wednesday, December 21, 2022 1:49 PM
**To:** Justin Chan <juchan@paladinsecurity.com>; Sergio Reyes <SReyes@palamerican.com>
**Cc:** Jason Begin <JBegin@palamerican.com>; Kimberly Fineman <kfineman@fhlawllp.com>; Tim Warner <twarner@paladinsecurity.com>
**Subject:** RE: AR Collection - Payment Request - 12.16.2022

**[EXTERNAL]** This email originated from **outside** of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Thanks for Sending over Jason; Sergio is on X-mas break and returns next Tuesday. We will collaborate then on reconciliation and forwarding funds.

Meanwhile pleased be advised that our attorneys will be moving very shortly to convert this case and, upon the Court's order converting the case, all administration will be turned over to a Chapter 7 Trustee.  In light thereof, PalAmerican should re-emphasize to their continuing customers that payments should no longer be sent to "ProTech."  Our mutual obligations to forward funds belong to the other party will continue, but soon the bankruptcy estate will be managed by a Chapter 7 Trustee and on that Trustee's schedule.

Wishing all a Happy Holiday Season,

David


**David Lefkowitz CPA, Managing Member**
**Brickell Avenue Consulting LLC**
1581 Brickell Avenue, #1603
Miami FL 33129-1238
415-260-1851 C
david@bravcon.com
david@brickellavenueconsulting.com
www.brickellavenueconsulting.com



**From:** Justin Chan <juchan@paladinsecurity.com>
**Sent:** Tuesday, December 20, 2022 11:38 PM
**To:** David L. Lefkowitz <david@bravcon.com>; Sergio Reyes <SReyes@palamerican.com>
**Cc:** Jason Begin <JBegin@palamerican.com>; Kimberly Fineman <kfineman@fhlawllp.com>; Tim Warner <twarner@paladinsecurity.com>
**Subject:** RE: AR Collection - Payment Request - 12.16.2022

Hi David and Sergio,

Just following up on this. Please confirm receipt of this request.

Please advise when the fund will be transferred to PalAmerican, as well as the Quickbooks / reconciliation process going forward.
Based on ProTech records, we can see funds are still being deposited into ProTech's account.

Please let me know if you have any questions, or if you've come across any issues.

All the best,



**Justin Chan, CPA**
Financial Controller

**Paladin Group of Companies**
Paladin Security | PalAmerican Security | Concord Parking | Paladin Risk
T. 604-677-8700 Ext. 3258
juchan@paladinsecurity.com
201-3001 Wayburne Drive, Burnaby, BC  V5G 4W3

**Visit our website**




---

**From:** Justin Chan
**Sent:** Friday, December 16, 2022 11:09 AM
**To:** David L. Lefkowitz <david@bravcon.com>; Sergio Reyes <SReyes@palamerican.com>
**Cc:** Jason Begin <JBegin@palamerican.com>; Kimberly Fineman <kfineman@fhlawllp.com>; Tim Warner <twarner@paladinsecurity.com>
**Subject:** AR Collection - Payment Request - 12.16.2022

Hi Sergio & David,

I have reviewed the Quickbooks accounts receivables ledger, as well as the check scans we received on December 13th and December 14th

Please see that attached document which highlights and lists the invoice numbers, check / payment numbers, and payment amounts ProTech has received, but has not remitted back to PalAmerican
- Please note, within Tab A, the section highlighted in blue for $670,377.88 will reconcile to the missing payments / check scans noted and highlighted in Tab B
    o Tab B contains the Customer bal details you provided via email on December 5, 2022
    o I have gone through this listing and checked against our AR listing tracker to see which payments have been received by ProTech, but not remitted back to PalAmerican.
    o I also noted items which were received by ProTech, but also noted and already received by PalAmerican
    o Typically I checked anything after November 17, 2022

Check Scans from December 13th and December 14th = $41,137.47
Payments noted as received in QB, but not remitted to PalAmerican = $670,377.88

Total payment request = **$711,515.35 – ACH and Wire routing instructions attached again for convenience.**

It is important we get another Quickbooks / ledger extraction from December 1st to today's date.

As you can see, the process of recording and tracking check scans has left a significant gap in data.

Based on what I'm seeing, the bulk of the entered check payments were from November 18 and November 21. (1 Electronic payment on November 30, 2022)
- Can we get a scan / copy of these checks for our records?

Please let us know if you can provide the December ledger data.

All the best,



**Justin Chan, CPA**
Financial Controller

**Paladin Group of Companies**
Paladin Security | PalAmerican Security | Concord Parking | Paladin Risk
T. 604-677-8700 Ext. 3258
juchan@paladinsecurity.com
201-3001 Wayburne Drive, Burnaby, BC  V5G 4W3

**Visit our website**


