Entered on Docket
January 12, 2023
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: January 12, 2023

_____
**HANNAH L. BLUMENSTIEL**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PTSS, INC.,<br><br>        Debtor. | ) Case No. 22-30062 HLB<br>)<br>) Chapter 11<br>)<br>)<br>) |

**ORDER DENYING EX PARTE APPLICATION FOR ORDER SHORTENING TIME**

This case comes before the court on an Ex Parte Application for Order Shortening Time filed by PalAmerican Security (California) Inc.[1] The Ex Parte Application seeks a hearing on 7 days' notice on Buyer's Motion for an Order Enforcing the Sale Order.[2]

The court has carefully analyzed the Ex Parte Application, the Motion, and other relevant portions of the record. Based on that analysis, the court finds and concludes that Movant has failed to present good cause in support of its Ex Parte Application.

Accordingly, the court **ORDERS** as follows:

    **1.**    The Ex Parte Application is hereby **DENIED**.

---

[1] Dkt. 329 (the "Ex Parte Application").

[2] Dkt. 328 (the "Motion").

**2.** Movant shall notice the motion for hearing on **February 9, 2023** pursuant to B.L.R. 9014-1(c)(1).

**3.** Any opposition to the Motion shall be filed and served no later than **January 26, 2023.**

**4.** Any reply shall be filed and served no later than **February 2, 2023.**

**5.** Any opposition and reply shall not exceed 10 pages, absent prior leave of court. This page limit shall not apply to declarations or requests for judicial notice.

**\*\*END OF ORDER\*\***

## Court Service List

[None]