Jeffrey N. Pomerantz (CA Bar No. 143717)
Maxim B. Litvak (CA Bar No. 215852)
Steven W. Golden (*pro hac vice pending*)
**Pachulski Stang Ziehl & Jones LLP**
One Sansome Street
34th Floor, Suite 3430
San Francisco, CA 94104
Telephone: (415) 263-7000
Facsimile: (415) 263-7010
E-mail: jpomerantz@pszjlaw.com
mlitvak@pszjlaw.com
sgolden@pszjlaw.com

Counsel for PalAmerican Security (California) Inc.

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PTSS, INC.,<br><br>              Debtor. | Case No. 3:22-bk-30062-HLB<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE RE:**<br><br>**NOTICE OF HEARING ON BUYER'S MOTION FOR AN ORDER ENFORCING THE SALE ORDER**<br><br>**[Re Docket No. 328 & 334]** |

STATE OF CALIFORNIA      )
                         )
CITY OF LOS ANGELES      )

I, Diane H. Hinojosa, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067.

On January 13, 2023, I caused to be served the following documents in the manner stated below:

- ***NOTICE OF HEARING ON BUYER'S MOTION FOR AN ORDER ENFORCING THE SALE ORDER***

| | |
|---|---|
| ☑ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On **January 13, 2023,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below |
| ☐ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |
| ☐ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address. |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on January 13, 2023 at Austin, Texas.

*/s/ Diane H. Hinojosa*
Diane H. Hinojosa

PTSS
Case No. 22-30062 HLB

**SERVED VIA ECF**

**Parties Served Electronically**

Tanya Behnam on behalf of Creditor City National Bank
tbehnam@polsinelli.com, ladocketing@polsinelli.com

Daren R. Brinkman on behalf of Attorney Brinkman Law Group, PC
firm@brinkmanlaw.com

Jory Daniel Cook on behalf of Creditor Committee Official Committee Of Unsecured Creditors
jory@brinkmanlaw.com

Jay D. Crom
jcrom@bachcrom.com

Trevor Ross Fehr on behalf of U.S. Trustee Office of the U.S. Trustee / SF
trevor.fehr@usdoj.gov

Kimberly S. Fineman on behalf of Debtor PTSS, Inc. (fka Professional Technical Security Services, Inc.), a Delaware corporation
kfineman@fhlawllp.com

Stephen D. Finestone on behalf of Debtor PTSS, Inc. (fka Professional Technical Security Services, Inc.), a Delaware corporation
sfinestone@fhlawllp.com

Catherine Holzhauser on behalf of Creditor General Employees Trust Fund
cholzhauser@beesontayer.com, nmounir@beesontayer.com

Chris D. Kuhner on behalf of Creditor Sergio Reyes
c.kuhner@kornfieldlaw.com, g.michael@kornfieldlaw.com

Timothy S. Laffredi on behalf of U.S. Trustee Office of the U.S. Trustee / SF
timothy.s.laffredi@usdoj.gov

Maxim B. Litvak on behalf of Interested Party PalAmerican Security (California) Inc.
mlitvak@pszjlaw.com, pjeffries@pszyjw.com

Office of the U.S. Trustee / SF
USTPRegion17.SF.ECF@usdoj.gov

John W Samples on behalf of Creditor Internal Revenue Service
wes.samples@usdoj.gov

1. Jamie K Serb on behalf of Interested Party Patrick Bradford
jamie@crosnerlegal.com

2. Randye B. Soref on behalf of Creditor City National Bank
rsoref@polsinelli.com, ccripe@polsinelli.com

3. Michael St. James on behalf of Interested Party Tower Building Investors
ecf@stjames-law.com

4. Austin Wade
awade@bachcrom.com