UNITED STATES BANKRUPTCY COURT
Northern District of California San Francisco

In re:
Professional Technical Security Services, Inc.,
Debtor(s).

Case No.: 22-30062
Chapter: 11

## CERTIFICATE OF SERVICE

I, Tinamarie Feil, state as follows:

I am over the age of 18 and not a party to the above-captioned case. I certify that on January 13, 2023 as directed by Office of the United States Trustee, true and correct copy(s) of the following document(s) were served on the party(s) listed on the attached exhibit(s) via the mode(s) of service thereon indicated:

Objection Objection of the United States Trustee to Buyer's Administrative Motion to File Certain Exhibits to the Declaration of Tim Warner in Support of the Buyer's Motion for an Order Enforcing the Sale Order Under Seal (RE: related document(s)[330] Motion to File a Document Under Seal)

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct. January 13, 2023

*Tinamarie Feil*

Tinamarie Feil
BMC Group, Inc.
Approved Bankruptcy Notice Provider
info@bmcgroup.com; 888.909.0100

**Exhibit A - Certificate of Service**
**Professional Technical Security Services, Inc. 22-30062**

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 6595 | Amer Vilogorac , Brinkman Law Group, 543 Country Club Drive Suite B, Woodranch, CA, 93065-7696 | **First Class** |
| 6595 | Brinkman Law Group, PC , 543 Country Club Dr., Suite B, Wood Ranch, CA, 93065 | **First Class** |
| 6595 | Daren R. Brinkman , Brinkman Law Group, 543 Country Club Dr., Ste B, Simi Valley, CA, 93065-7696 | **First Class** |
| 6595 | Kimberly S. Fineman, Finestone Hayes LLP, 456 Montgomery St. 20th Fl., San Francisco, CA, 94104, United States of America, kfineman@fhlawllp.com | **First Class;Electronic** |
| 6595 | Professional Technical Security Services, Inc., 111 Sutter St. Suite 550, San Francisco, CA, 94104, United States of America | **First Class** |
| 6595 | Stephen D. Finestone, Finestone Hayes LLP, 456 Montgomery St. 20th Fl., San Francisco, CA, 94104, United States of America, sfinestone@fhlawllp.com | **First Class;Electronic** |