

Jeffrey N. Pomerantz (CA Bar No. 143717)
Maxim B. Litvak (CA Bar No. 215852)
Steven W. Golden (*pro hac vice pending*)
**PACHULSKI STANG ZIEHL & JONES LLP**
One Sansome Street
34th Floor, Suite 3430
San Francisco, CA 94104
Telephone: (415) 263-7000
Facsimile: (415) 263-7010
E-mail: jpomerantz@pszjlaw.com
mlitvak@pszjlaw.com
sgolden@pszjlaw.com

**Signed and Filed: January 17, 2023**

_____
**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

Counsel for PalAmerican Security (California) Inc.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PTSS, INC.,<br><br>Debtor. | Case No. 3:22-bk-30062-HLB<br><br>Chapter 11<br><br>**ORDER GRANTING AMENDED APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Steven W. Golden, whose business address and telephone number are Pachulski Stang Ziehl & Jones LLP, 919 N. Market Street, 17th Floor, Wilmington, DE 19801, Telephone Number (302) 652-4100 and who is a member in good standing of the bars of New York, Texas and Maryland, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing PalAmerican Security (California) Inc.;

**IT IS HEREBY ORDERED** that the amended application is granted, subject to the terms and conditions of Civil L.R. 1103. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and Electronic Case Filing Procedures adopted by the United States Bankruptcy court for the Northern District of California.

***END OF ORDER***