Jeffrey N. Pomerantz (CA Bar No. 143717)
Maxim B. Litvak (CA Bar No. 215852)
Steven W. Golden (*pro hac vice pending*)
**PACHULSKI STANG ZIEHL & JONES LLP**
One Sansome Street
34th Floor, Suite 3430
San Francisco, CA 94104
Telephone: (415) 263-7000
Facsimile: (415) 263-7010
E-mail: jpomerantz@pszjlaw.com
mlitvak@pszjlaw.com
sgolden@pszjlaw.com

Counsel for PalAmerican Security (California) Inc.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PTSS, INC.,<br><br>Debtor. | Case No. 3:22-bk-30062-HLB<br><br>Chapter 11<br><br>**DECLARATION OF JEFFREY N. POMERANTZ IN SUPPORT OF BUYER'S _RENEWED_ ADMINISTRATIVE MOTION TO FILE CERTAIN EXHIBITS TO THE DECLARATION OF TIM WARNER IN SUPPORT OF BUYER'S MOTION FOR AN ORDER ENFORCING THE SALE ORDER UNDER SEAL** |

I, Jeffrey N. Pomerantz, declare as follows:

1. I am counsel to PalAmerican Security (California) Inc. ("Buyer") in the above entitled action and have personal knowledge of the facts contained in this Declaration, which are true and correct, and if sworn as a witness, I could and would testify competently thereto. I submit this declaration in support of *Buyer's Renewed Administrative Motion to File Certain Exhibits to the Declaration of Tim Warner in Support of Buyer's Motion for an Order Enforcing the Sale Order Under Seal* (the "Administrative Motion").[2]

2. *Buyer's Motion for an Order Enforcing the Sale Order Under Seal* (the "Motion") contains exhibits that reference specific customers and amounts that are attached to the supporting

---

[2] All capitalized terms not defined herein shall have the meaning ascribed to them in the Administrative Motion.

declaration of Tim Warner.  Specifically, attachments to the emails included as Exhibit 3 and Exhibit 5 to the Warner Declaration reference specific customers of the Buyer and their contractual payment amounts made and thus contain commercially sensitive information.  For the same reason, the Buyer seeks to provisionally seal Exhibit 4, which consists of customer checks that contain similar information.

3. The unredacted and identical version of the relevant exhibits will be submitted to the Court under seal.

I declare under the penalty of perjury that the statements included in this Declaration are true and correct.  Executed on this 20th day of January, 2023 in Los Angeles, California.

*/s/ Jeffrey N. Pomerantz*
Jeffrey N. Pomerantz