**In Re: Professional Technical Security Services, Inc.**

Debtor

Case No.        22-30062

**CHAPTER 11**
**MONTHLY OPERATING REPORT**

<u>NOTES TO THE OPERATING REPORT</u>

**For the Month Ended:** 12/31/22      **PETITION DATE:**      2/1/2022

1)  On February 1, 2022 the Debtor, Professional Technical Security Services, Inc., filed bankruptcy in San Francisco, California under the provisions of Chapter 11 of the United States Code, and was assigned case #22-30062.

2)  The accompanying operating report was assembled for your analysis under Chapter 11 of the Bankruptcy Code. The aforementioned operating report was not examined or reviewed by independent accountants in accordance with standards promulgated by the AICPA. This information is limited to the sole use of the parties in interest of this Chapter 11 case and is not to be provided to other parties.

3)  This Operating Report has been prepared based on the best available records, including the Debtor's QuickBooks, bankruptcy schedules, bank statements, check copies, payroll reports, etc.

4)  The Balance sheet asset values are primarily based upon the Debtor's QuickBooks file. The Balance Sheet liability values are primarily based upon the Debtor's QuickBooks file and the bankruptcy schedules.

5)  The following parties have estimated accrued professional fees as of 12/31/2022:

| Professional | Unused Retainer as of Petition Date | Post Petition Accrued Fees |
|---|---|---|
| Finestone Hayes, LLP - Counsel | $ 77,717 | $ 390,098 |
| Bachecki, Crom & Co., LLP - Accountant | 35,000 | 92,549 |
| B. Riley Advisory - Financial Advisor / Investment Banker | - | 200,000 |
| Brickell Ave Consulting, LLC - Controller | - | - |
| **Subtotal** | **$ 112,717** | **$ 682,647** |

6)  San Francisco gross receipts tax was accrued at approximately $25,500 per month through October 2022.

7)  United States Trustee fees are currently being accrued at approximately 0.8% of monthly distributions. A $75,587 check was sent on 8/18/2022 for Q2'2022 US Trustee fees.

8)  The Debtor received court approval to pay prepetition wages, salaries, employee benefits and other compensation, and to maintain employee benefit programs (docket #60)

9)  Kaiser (employee medical insurance) was not paid in March, April, May or October 2022. The expense is typically approximately $300,000 per month, and has been accrued (expensed) on the Monthly 2022 Statements of Operations. In June 2022, $169,310 was paid to Kaiser toward the February through May Kaiser premiums (manager portion only). In July 2022, $323,838 was paid to Kaiser for prior month medical insurance premiums. In August of 2022, $341,391 was paid to Kaiser for prior month medical insurance premiums. In September of 2022 $103,569 was paid to Kaiser toward August and September 2022 premiums (manager portion only).

10) Sergio Reyes Jr. advanced $70,000 to the Debtor on 4/15/22 to cover a deficit in the Debtor's 4/21-22/22 payrolls. Mr. Reyes personally incurred a finance charge of $12,000 to obtain this $70,000 advance. Mr. Reyes also advanced an additional $5,800 to pay some payroll expenses in cash for this pay cycle, per the employee(s)' request. On 4/22/22, Mr. Reyes was reimbursed $87,800 from the Debtor to cover these amounts (check no. 6070 from account x2808). On 5/19/22, the Court entered an order allowing Mr. Reyes to make short-term advances to the Debtor to cover payroll. However, the order also specifies no fees or interest will be charged to or reimbursed from the Debtor for such advances. In light thereof, Mr. Reyes will promptly reimburse $12,000 of the amount paid to him on 4/22/22

11) Unpaid Payroll Taxes of $3,554,348 on the 12/31/2022 balance sheet relates to the payroll taxes from the May, June, July, August, September, October, and November 2022 payrolls. The payroll tax payments were delayed due to cash flow constraints and remained unpaid as of 11/30/2022. On 8/26/2022 $334,605 (total) in payroll taxes were paid to the IRS and EDD for May payroll taxes. In September 2022, $332,892 (total) in payroll taxes were paid to the IRS and EDD for May payroll taxes. In October 2022, $131,109 (total) in payroll taxes were paid to the IRS and EDD. In November 2022, $129,602 (total) in payroll taxes were paid to the IRS and EDD.

12) In May of 2022 the Debtor received bankruptcy court approval to employ B. Riley Advisory Services to serve as financial advisor and to assist in the marketing and sale of the Debtor's business (Docket #89 & 103).

13) In September of 2022 the Bankruptcy Court authorized the Debtor to sell substantially all of its assets to PalAmerican Security, Inc. The 363 sale included substantially all of the Debtors assets with the exception of cash, receivables over 90 days, and avoidance actions. The sale closed on 11/01/2022 for the gross selling price of approximately $4.0 Million (subject to a possible true up). The asset sale is reported on the November Operating Report.

14) $598,908 was paid to City National Bank in November 2022 by the Debtor via the funds held in the Finestone Hayes Attorney client trust account.

# Pro Tech Security Services
## Profit & Loss
### December 2022

|  | Dec 22 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **4000 · Guard Services** | 52,183.88 |
| **Total Income** | 52,183.88 |
| **Cost of Goods Sold** | |
| **5001 · Direct Costs** | |
| **5170 · Salaries & Wages** | 48,317.46 |
| **Total 5001 · Direct Costs** | 48,317.46 |
| **Total COGS** | 48,317.46 |
| **Gross Profit** | 3,866.42 |
| **Expense** | |
| **5400 · Bank Service Charges** | 308.80 |
| **5500 · Communications** | 3,869.53 |
| **5840 · Miscellaneous** | 10,110.18 |
| **5860 · Office Supplies/Expense** | 43,674.25 |
| **5900 · Professional Fees** | 8,500.00 |
| **6000 · Rent** | 22,880.00 |
| **Total Expense** | 89,342.76 |
| **Net Ordinary Income** | -85,476.34 |
| **Net Income** | **-85,476.34** |

# Pro Tech Security Services
## Balance Sheet
### As of December 31, 2022

|  | Dec 31, 22 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Finestone Hayes Client Trust ac | 3,436,709.68 |
| 1180 · Contra Cash-Due to Palamerican | -360,670.00 |
| 1051 · B of A x7636 (Mgmt) | 124,189.21 |
| 1070 · B of A x1925 (Gen Checking2) | 185.38 |
| 1081 · B of A x5191 (Guard) | 10,056.02 |
| 1100 · B of A x2808 (Gen Checking) | 14,777.44 |
| 1142 · EWB x8060 HR | 183.77 |
| 1143 · EWB x8046 Oakland | 97.77 |
| 1144 · EWB x8053 Field Staff | 13.34 |
| **Total Checking/Savings** | 3,225,542.61 |
| **Accounts Receivable** | |
| 1200 · ACCOUNTS RECEIVABLE | 924,012.11 |
| **Total Accounts Receivable** | 924,012.11 |
| **Other Current Assets** | |
| 1301 · Contra A/R - Palamerican Bought | -739,833.45 |
| 1400 · Due from Shareholders | 457,759.06 |
| 1401 · Legal-professional Retainers | 112,717.37 |
| 1450 · Employee Advances | 3,000.00 |
| **Total Other Current Assets** | -166,357.02 |
| **Total Current Assets** | 3,983,197.70 |
| **Other Assets** | |
| 1901 · Notes receivable | 43,000.00 |
| **Total Other Assets** | 43,000.00 |
| **TOTAL ASSETS** | **4,026,197.70** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 2000 · Accounts Payable | 264,789.84 |
| 2001 · A/P Accrued Expenses | 1,768,359.52 |
| 2002 · A/P Accrued Professional Fees | 682,647.41 |
| 2003 · A/P Accrued UST Fees | 118,833.00 |
| **Total Accounts Payable** | 2,834,629.77 |
| **Other Current Liabilities** | |
| Unpaid Payroll Taxes | 3,554,348.51 |
| **Total Other Current Liabilities** | 3,554,348.51 |
| **Total Current Liabilities** | 6,388,978.28 |
| **Long Term Liabilities** | |
| GU Debt | 471,897.00 |
| IRS Claim #1-5 | 11,507,164.00 |
| Priority Debt | 1,709,908.00 |
| Secured Debt | 2,543,091.28 |
| **Total Long Term Liabilities** | 16,232,060.28 |
| **Total Liabilities** | 22,621,038.56 |
| **Equity** | |
| 2900 · Common Stock | 6,000.00 |
| 3900 · Retained Earnings | -12,663,609.57 |
| Net Income | -5,937,231.29 |
| **Total Equity** | -18,594,840.86 |

Case: 22-30062   Doc# 351   Filed: 01/23/23   Entered: 01/23/23 17:30:49   Page 3 of 30

# Pro Tech Security Services
## Balance Sheet
### As of December 31, 2022

|                              | Dec 31, 22   |
|------------------------------|-------------:|
| **TOTAL LIABILITIES & EQUITY** | **4,026,197.70** |

# Pro Tech Security Services
## Profit & Loss
### December 2022

|  | Dec 22 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| 4000 · Guard Services | 10,585.70 |
| **Total Income** | 10,585.70 |
| **Cost of Goods Sold** | |
| 5001 · Direct Costs | |
| 5170 · Salaries & Wages | 48,317.46 |
| **Total 5001 · Direct Costs** | 48,317.46 |
| **Total COGS** | 48,317.46 |
| **Gross Profit** | -37,731.76 |
| **Expense** | |
| 5400 · Bank Service Charges | 308.80 |
| 5500 · Communications | 393.09 |
| 5840 · Miscellaneous | 10,110.18 |
| 5860 · Office Supplies/Expense | 43,674.25 |
| 5900 · Professional Fees | 8,500.00 |
| 6000 · Rent | 16,960.00 |
| **Total Expense** | 79,946.32 |
| **Net Ordinary Income** | -117,678.08 |
| **Other Income/Expense** | |
| **Other Expense** | |
| Chapter 11 Professional fees | 25,758.50 |
| US Trustee Fees | 5,683.00 |
| **Total Other Expense** | 31,441.50 |
| **Net Other Income** | -31,441.50 |
| **Net Income** | **-149,119.58** |

**Pro Tech Security Services**
**A/R Aging Summary**
**As of December 31, 2022**

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| | - | - | - | - | - | - |
| | - | - | - | - | 189.00 | 189.00 |
| | - | - | - | - | 162.90 | 162.90 |
| | - | - | - | - | 413.84 | 413.84 |
| | - | - | - | - | 13,851.72 | 13,851.72 |
| | - | - | - | - | 507.51 | 507.51 |
| | - | - | - | - | 375.00 | 375.00 |
| | - | - | - | - | 2,505.29 | 2,505.29 |
| | - | - | - | - | 1,949.36 | 1,949.36 |
| | - | - | - | - | 9,261.00 | 9,261.00 |
| | - | - | - | - | 3,066.82 | 3,066.82 |
| | - | - | - | - | 7,056.00 | 7,056.00 |
| | - | - | - | - | 1,200.02 | 1,200.02 |
| | - | - | - | - | 5,595.40 | 5,595.40 |
| | - | - | - | - | 5,248.26 | 5,248.26 |
| | - | - | - | - | 6,610.72 | 6,610.72 |
| | - | - | - | - | 1,306.85 | 1,306.85 |
| | - | - | - | - | 7,489.68 | 7,489.68 |
| | - | - | - | - | 1,405.00 | 1,405.00 |
| | - | - | - | - | 5,769.07 | 5,769.07 |
| | - | - | - | - | 48,460.40 | 48,460.40 |
| | - | - | - | - | 923.89 | 923.89 |
| | - | - | - | - | 1,194.84 | 1,194.84 |
| | - | - | - | - | 6,862.50 | 6,862.50 |
| | - | - | - | - | 810.00 | 810.00 |
| | - | - | - | - | 2,178.00 | 2,178.00 |
| | - | - | - | - | 13,399.27 | 13,399.27 |
| | - | - | - | - | 8,780.06 | 8,780.06 |
| | - | - | - | - | 3,598.85 | 3,598.85 |
| | - | - | - | - | 21,353.49 | 21,353.49 |
| | - | - | - | - | 2,653.92 | 2,653.92 |
| **TOTAL** | **-** | **-** | **-** | **-** | **184,178.66** | **184,178.66** |

# Pro Tech Security Services
## Schedule of Payments to Professionals
### December 2022

| Type | Date | Num | Name | Split | Debit |
|------|------|-----|------|-------|-------|
| **5900 · Professional Fees** | | | | | |
| **5910 · Accounting** | | | | | |
| Check | 12/02/2022 | eft | Brickell Avenue Consulting LLC | 1100 · B of A x2808  (Gen Checking) | 8,500.00 |
| Total 5910 · Accounting | | | | | 8,500.00 |
| Total 5900 · Professional Fees | | | | | 8,500.00 |
| **TOTAL** | | | | | **8,500.00** |

# Pro Tech Security Services
## Schedule of Payments to Insiders
### December 2022

| Type | Date | Num | Name | Memo | Account | Split | Credit |
|------|------|-----|------|------|---------|-------|--------|
| Dec 22 | | | | | | | |
| Check | 12/05/2022 | eft | Sergio Reyes | reimb moving exp 1100 · B of A x2808  (Gen Checking) | 5840 · Miscellaneous | 15,000.00 |
| Dec 22 | | | | | | | 15,000.00 |

**BANK OF AMERICA** 

P.O. Box 15284
Wilmington, DE 19850

BANK OF AMERICA
## Preferred Rewards
For Business

### Customer service information

📱  1.888.BUSINESS (1.888.287.4637)

✉  bankofamerica.com

✉  Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

PROFESSIONAL TECHNICAL SECURITY SER
111 SUTTER ST STE 550
SAN FRANCISCO, CA  94104-4510

🔔 | Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

# Your Business Advantage Relationship Banking
# Preferred Rewards for Bus Platinum Honors

for December 1, 2022 to December 31, 2022          Account number: ████████ 1925

**PROFESSIONAL TECHNICAL SECURITY SER**

## Account summary

| | |
|---|---|
| Beginning balance on December 1, 2022 | $578.47 |
| Deposits and other credits | 0.00 |
| Withdrawals and other debits | -393.09 |
| Checks | -0.00 |
| Service fees | -0.00 |
| **Ending balance on December 31, 2022** | **$185.38** |

# of deposits/credits: 0

# of withdrawals/debits: 1

# of items-previous cycle[1]: 0

# of days in cycle: 31

Average ledger balance: $185.38

[1]*Includes checks paid, deposited items and other debits*

## Go paperless. It's more secure.

BUSINESS ADVANTAGE

Reduce the risk of lost or stolen mail. Plus, you can view your statements securely and easily—online or from our mobile app—24/7 from almost anywhere.

Simply use our **Mobile Banking app** or sign in to Business Advantage 360 and click on **Profiles & Settings** (in the upper right, next to Sign Out).

Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-01-22-2806.B | 4019267


## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 12/01/22 | AT&T U-VERSE    Bill Payment | -393.09 |
| **Total withdrawals and other debits** | | **-$393.09** |

## Service fees

The Monthly Fee on your primary Business Advantage Relationship Banking account was waived for the statement period ending 11/30/22. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

- ✓  $15,000+ combined average monthly balance in linked business accounts has been met
- ✓  Become a member of Preferred Rewards for Business has been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

## Daily ledger balances

| Date | Balance ($) |
|---|---|
| 12/01 | 185.38 |

SMALL BUSINESS RESOURCES

# Get valuable information on a wide range of business topics

Learn about the latest industry trends, consumer behavior, taxes, retirement and much more.



Scan this code or visit **bankofamerica.com/SBR** today.

When you use the QRC feature certain information is collected from your mobile device for business purposes.

SSM-09-22-0050.B | 4925153

**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

BANK OF AMERICA
**Preferred Rewards**
For Business

**Customer service information**

📞 1.888.BUSINESS (1.888.287.4637)

🖥 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

PROFESSIONAL TECHNICAL SECURITY SER
111 SUTTER ST STE 550
SAN FRANCISCO, CA 94104-4510

🔔 Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

# Your Business Advantage Relationship Banking Preferred Rewards for Bus Platinum Honors

for December 1, 2022 to December 31, 2022                    Account number: ⬛⬛⬛ 2808

**PROFESSIONAL TECHNICAL SECURITY SER**

## Account summary

| | | |
|---|---|---|
| Beginning balance on December 1, 2022 | $796,556.24 | # of deposits/credits: 14 |
| Deposits and other credits | 152,183.88 | # of withdrawals/debits: 15 |
| Withdrawals and other debits | -849,882.18 | # of items-previous cycle[1]: 98 |
| Checks | -82,733.60 | # of days in cycle: 31 |
| Service fees | -255.00 | Average ledger balance: $232,637.17 |
| **Ending balance on December 31, 2022** | **$15,869.34** | [1]Includes checks paid, deposited items and other debits |

## Go paperless. It's more secure.

BUSINESS ADVANTAGE

Reduce the risk of lost or stolen mail. Plus, you can view your statements securely and easily—online or from our mobile app—24/7 from almost anywhere.

Simply use our **Mobile Banking app** or sign in to Business Advantage 360 and click on **Profiles & Settings** (in the upper right, next to Sign Out).

Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-01-22-2806.B | 4019267


# Your checking account

PROFESSIONAL TECHNICAL SECURITY SER   |   Account # ▇▇▇▇ 2808   |   December 1, 2022 to December 31, 2022

## Deposits and other credits

| Date | Description | | | Amount |
|------|-------------|---|---|-------|
| 12/02/22 | Online Banking transfer from CHK 5191 Confirmation# 1597592774 | | | 100,000.00 |
| 12/13/22 | BKOFAMERICA MOBILE 12/14 3608366475 DEPOSIT | *MOBILE | CA | 865.33 |
| 12/13/22 | BKOFAMERICA MOBILE 12/14 3608326490 DEPOSIT | *MOBILE | CA | 460.71 |
| 12/20/22 | BKOFAMERICA MOBILE 12/20 3611836118 DEPOSIT | *MOBILE | CA | 11,299.20 |
| 12/20/22 | BKOFAMERICA MOBILE 12/20 3611837276 DEPOSIT | *MOBILE | CA | 8,497.62 |
| 12/20/22 | BKOFAMERICA MOBILE 12/20 3742296725 DEPOSIT | *MOBILE | CA | 6,296.76 |
| 12/20/22 | BKOFAMERICA MOBILE 12/20 3612767401 DEPOSIT | *MOBILE | CA | 5,851.44 |
| 12/20/22 | BKOFAMERICA MOBILE 12/20 3612763303 DEPOSIT | *MOBILE | CA | 5,820.97 |
| 12/20/22 | BKOFAMERICA MOBILE 12/20 3612873111 DEPOSIT | *MOBILE | CA | 4,773.84 |
| 12/20/22 | BKOFAMERICA MOBILE 12/20 3611843294 DEPOSIT | *MOBILE | CA | 3,899.40 |
| 12/20/22 | BKOFAMERICA MOBILE 12/20 3675109336 DEPOSIT | *MOBILE | CA | 2,188.80 |
| 12/20/22 | BKOFAMERICA MOBILE 12/20 3612771169 DEPOSIT | *MOBILE | CA | 1,657.81 |
| 12/20/22 | BKOFAMERICA MOBILE 12/20 3675112954 DEPOSIT | *MOBILE | CA | 432.00 |
| 12/20/22 | BKOFAMERICA MOBILE 12/20 3675114832 DEPOSIT | *MOBILE | CA | 140.00 |
| **Total deposits and other credits** | | | | **$152,183.88** |

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| 12/01/22 | WIRE TYPE:WIRE OUT DATE:221201 TIME:0449 ET TRN:2022120100203378 SERVICE REF:220506 BNF:PALAMERICAN SECURITY (BAY ID:903787239 BNF BK: JPMORGAN CHASE BANK, N. ID:0002 PMT DET:415257000 FINAL PAYMENT | -564,231.49 |
| 12/02/22 | Zelle Transfer Conf# kmwoavp10; BrickellAvenueConsulting | -8,500.00 |
| 12/05/22 | Zelle Transfer Conf# oyvxsrxvv; Sergio Reyes | -15,000.00 |
| 12/07/22 | TEAMLOGIC IT    DES:PURCHASE   ID:PROTECH  INDN:PROTECH       CO ID:3383693141 CCD  PMT INFO:Order #: 760              0910 | -3,476.44 |

*continued on the next page*

SMALL BUSINESS RESOURCES

## Get valuable information on a wide range of business topics

Learn about the latest industry trends, consumer behavior, taxes, retirement and much more.



Scan this code or visit **bankofamerica.com/SBR** today.

When you use the QRC feature certain information is collected from your mobile device for business purposes.    SSM-09-22-0050.B | 4925153

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 12/08/22 | Online Banking payment to CRD 5966 Confirmation# 2854318540 | -12,500.00 |
| 12/08/22 | Customer Withdrawal Image | -16,174.25 |
| 12/29/22 | TRANSFER PROFESSIONAL TECHNIC:PalAmerican Security Confirmation# 2834790344 | -230,000.00 |
| **Total withdrawals and other debits** | | **-$849,882.18** |

## Checks

| Date | Check # | Amount | | Date | Check # | Amount |
|---|---|---|---|---|---|---|
| 12/08/22 | 6306 | -22,146.28 | | 12/19/22 | 6313* | -5,520.00 |
| 12/15/22 | 6307 | -34,210.80 | | 12/19/22 | 6314 | -17,360.00 |
| 12/08/22 | 6309* | -3,496.52 | | | | |
| | | | | **Total checks** | | **-$82,733.60** |
| | | | | **Total # of checks** | | **5** |

\*  *There is a gap in sequential check numbers*

## Service fees

The Monthly Fee on your primary Business Advantage Relationship Banking account was waived for the statement period ending 11/30/22. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

✓   $15,000+ combined average monthly balance in linked business accounts has been met

✓   Become a member of Preferred Rewards for Business has been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|---|---|---|
| 12/01/22 | Prfd Rwds for Bus-Wire Fee Waiver of $30 | -0.00 |
| 12/07/22 | CANCELED REMOTE DEPOSIT FEE | -250.00 |
| 12/30/22 | External transfer fee - Next Day - 12/29/2022 | -5.00 |
| **Total service fees** | | **-$255.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 12/01 | 232,324.75 | 12/08 | 250,781.26 | 12/20 | 245,874.34 |
| 12/02 | 323,824.75 | 12/13 | 252,107.30 | 12/29 | 15,874.34 |
| 12/05 | 308,824.75 | 12/15 | 217,896.50 | 12/30 | 15,869.34 |
| 12/07 | 305,098.31 | 12/19 | 195,016.50 | | |

**BANK OF AMERICA** 

P.O. Box 15284
Wilmington, DE 19850

PROFESSIONAL TECHNICAL SECURITY SERVICES
111 SUTTER ST STE 550
SAN FRANCISCO, CA 94104-4510

BANK OF AMERICA
Preferred Rewards
For Business

**Customer service information**

📱 1.888.BUSINESS (1.888.287.4637)

🖥 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

🔔 | Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

# Your Business Advantage Relationship Banking Preferred Rewards for Bus Platinum Honors

for December 1, 2022 to December 31, 2022

Account number: ▓▓▓▓▓ 5191

**PROFESSIONAL TECHNICAL SECURITY SERVICES**

## Account summary

| | | |
|---|---:|---|
| Beginning balance on December 1, 2022 | $144,713.31 | # of deposits/credits: 0 |
| Deposits and other credits | 0.00 | # of withdrawals/debits: 21 |
| Withdrawals and other debits | -100,000.00 | # of items-previous cycle[1]: 564 |
| Checks | -34,628.49 | # of days in cycle: 31 |
| Service fees | -28.80 | Average ledger balance: $27,832.02 |
| **Ending balance on December 31, 2022** | **$10,056.02** | [1]Includes checks paid, deposited items and other debits |

*Your account is enrolled in Balance Connect™ for overdraft protection. You can manage your overdraft protection preferences, including linked accounts, in Online and Mobile Banking.*

BUSINESS ADVANTAGE

## Go paperless. It's more secure.

Reduce the risk of lost or stolen mail. Plus, you can view your statements securely and easily—online or from our mobile app—24/7 from almost anywhere.

Simply use our **Mobile Banking app** or sign in to Business Advantage 360 and click on **Profiles & Settings** (in the upper right, next to Sign Out).

Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-01-22-2806.B | 4019267


PROFESSIONAL TECHNICAL SECURITY SERVICES   |   Account # ████ 5191   |   December 1, 2022 to December 31, 2022

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| 12/02/22 | Online Banking transfer to CHK 2808 Confirmation# 1597592774 | -100,000.00 |
| **Total withdrawals and other debits** | | **-$100,000.00** |

## Checks

| Date | Check # | Amount | | Date | Check # | Amount |
|------|---------|--------|---|------|---------|--------|
| 12/23/22 | 163517 | -1,457.21 | | 12/01/22 | 163931* | -1,290.60 |
| 12/23/22 | 163598* | -1,343.71 | | 12/08/22 | 163959* | -904.54 |
| 12/06/22 | 163600* | -1,679.00 | | 12/20/22 | 163964* | -1,431.51 |
| 12/23/22 | 163680* | -1,291.95 | | 12/06/22 | 163967* | -2,192.55 |
| 12/06/22 | 163682* | -1,524.32 | | 12/09/22 | 163976* | -2,256.64 |
| 12/23/22 | 163756* | -1,553.64 | | 12/12/22 | 164188* | -2,376.03 |
| 12/06/22 | 163758* | -1,971.55 | | 12/30/22 | 164290* | -2,039.09 |
| 12/01/22 | 163818* | -1,749.66 | | 12/07/22 | 164306* | -1,792.81 |
| 12/21/22 | 163821* | -3,720.53 | | 12/23/22 | 164313* | -2,126.37 |
| 12/12/22 | 163871* | -1,926.78 | | | | |
| | | | | **Total checks** | | **-$34,628.49** |
| | | | | **Total # of checks** | | **19** |

\*  *There is a gap in sequential check numbers*

## Service fees

The Monthly Fee on your primary Business Advantage Relationship Banking account was waived for the statement period ending 11/30/22. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

✓   $15,000+ combined average monthly balance in linked business accounts has been met

✓   Become a member of Preferred Rewards for Business has been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

*continued on the next page*

---

SMALL BUSINESS RESOURCES

# Get valuable information on a wide range of business topics

Learn about the latest industry trends, consumer behavior, taxes, retirement and much more.



Scan this code or visit **bankofamerica.com/SBR** today.

When you use the QRC feature certain information is collected from your mobile device for business purposes.   SSM-09-22-0050.B | 4925153

# Service fees - continued

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 12/01/22 | Excess Transaction Fee | -28.80 |
| **Total service fees** | | **-$28.80** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

# Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 12/01 | 141,644.25 | 12/08 | 31,579.48 | 12/21 | 19,867.99 |
| 12/02 | 41,644.25 | 12/09 | 29,322.84 | 12/23 | 12,095.11 |
| 12/06 | 34,276.83 | 12/12 | 25,020.03 | 12/30 | 10,056.02 |
| 12/07 | 32,484.02 | 12/20 | 23,588.52 | | |

**BANK OF AMERICA** 

P.O. Box 15284
Wilmington, DE 19850

BANK OF AMERICA
Preferred Rewards
For Business

**Customer service information**

▯ 1.888.BUSINESS (1.888.287.4637)

✉ bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

PROFESSIONAL TECHNICAL SECURITY SERVICES
111 SUTTER ST STE 550
SAN FRANCISCO, CA 94104-4510

Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

# Your Business Advantage Relationship Banking Preferred Rewards for Bus Platinum Honors

for December 1, 2022 to December 31, 2022          Account number: ███████ 7636

**PROFESSIONAL TECHNICAL SECURITY SERVICES**

## Account summary

| | |
|---|---|
| Beginning balance on December 1, 2022 | $155,241.82 |
| Deposits and other credits | 0.00 |
| Withdrawals and other debits | -0.00 |
| Checks | -19,743.91 |
| Service fees | -0.00 |
| **Ending balance on December 31, 2022** | **$135,497.91** |

*Your account is enrolled in Balance Connect™ for overdraft protection. You can manage your overdraft protection preferences, including linked accounts, in Online and Mobile Banking.*

# of deposits/credits: 0

# of withdrawals/debits: 11

# of items-previous cycle[1]: 168

# of days in cycle: 31

Average ledger balance: $148,209.09

[1]*Includes checks paid, deposited items and other debits*

---

BUSINESS ADVANTAGE

## Go paperless. It's more secure.

Reduce the risk of lost or stolen mail. Plus, you can view your statements securely and easily — online or from our mobile app — 24/7 from almost anywhere.

Simply use our **Mobile Banking app** or sign in to Business Advantage 360 and click on **Profiles & Settings** (in the upper right, next to Sign Out).

Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-01-22-2806 B | 4019267


**PROFESSIONAL TECHNICAL SECURITY SERVICES | Account # ████████7636 | December 1, 2022 to December 31, 2022**

## Checks

| Date | Check # | Amount | | Date | Check # | Amount |
|------|---------|--------|---|------|---------|--------|
| 12/19/22 | 2650 | -169.39 | | 12/23/22 | 4024* | -1,164.09 |
| 12/27/22 | 2729* | -461.10 | | 12/08/22 | 4028* | -797.40 |
| 12/29/22 | 2736* | -470.80 | | 12/02/22 | 4030* | -2,462.10 |
| 12/08/22 | 3972* | -442.46 | | 12/30/22 | 4047* | -8,693.44 |
| 12/21/22 | 4011* | -47.46 | | 12/16/22 | 4048 | -4,995.53 |
| 12/28/22 | 4020* | -40.14 | | | | |

|  |  |
|---|---|
| **Total checks** | **-$19,743.91** |
| **Total # of checks** | **11** |

*  *There is a gap in sequential check numbers*

## Service fees

The Monthly Fee on your primary Business Advantage Relationship Banking account was waived for the statement period ending 11/30/22. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

✓    $15,000+ combined average monthly balance in linked business accounts has been met

✓    Become a member of Preferred Rewards for Business has been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 12/01 | 155,241.82 | 12/19 | 146,374.94 | 12/28 | 144,662.15 |
| 12/02 | 152,779.72 | 12/21 | 146,327.48 | 12/29 | 144,191.35 |
| 12/08 | 151,539.86 | 12/23 | 145,163.39 | 12/30 | 135,497.91 |
| 12/16 | 146,544.33 | 12/27 | 144,702.29 | | |

SMALL BUSINESS RESOURCES

# Get valuable information on a wide range of business topics
Learn about the latest industry trends, consumer behavior, taxes, retirement and much more.



Scan this code or visit **bankofamerica.com/SBR** today.

When you use the QRC feature certain information is collected from your mobile device for business purposes.

SSM-09-22-0050.B | 4925153

# EAST WEST BANK  Your financial bridge®

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761-3967

**ACCOUNT STATEMENT**
Page 1 of 2
STARTING DATE: December 01, 2022
ENDING DATE: December 31, 2022
Total days in statement period: 31
⬛⬛⬛8018
( 0)

PROFESSIONAL TECHNICAL SECURITY SERVICES
CHAPTER 11 DEBTOR IN POSSESSION
CASE #22-30062
BILLS/OPERATING
111 SUTTER ST SUITE 550
SAN FRANCISCO CA 94104-4510

Receive your account statements electronically for a paperless experience! Sign up for eStatements via our Online Banking or Mobile App. You can access up to seven years of account history. Visit digital.eastwestbank.com or call 833.468.8356 to learn more.

## Commercial Analysis Checking

| | | | | |
|---|---|---|---|---|
| Account number | ⬛⬛8018 | Beginning balance | | $10,135.18 |
| Low balance | $-3,792.78 | Total additions | ( 3) | 8,718.84 |
| Average balance | $2,137.52 | Total subtractions | ( 5) | 18,854.02 |
| | | Ending balance | | $.00 |

### CREDITS

| Number | Date | Transaction Description | | Additions |
|---|---|---|---|---|
| | 12-12 | Return Item | T-MOBILE PCS SVC 221212  CHECK | 3,792.78 |
| | 12-19 | Return Item | T-MOBILE RETRY PYMT 221219  CHECK | 3,792.78 |
| | 12-27 | Fee Refund | REFUND AAS SVC FEE 12/23/22 | 1,133.28 |

### DEBITS

| Date | Transaction Description | | Subtractions |
|---|---|---|---|
| 12-02 | Debit Memo | FIDUCIARY MAINTENA NCE | 25.00 |
| 12-08 | Withdrawal | TLR60703 BR 8607 | 10,110.18 |
| 12-12 | Preauth Debit | T-MOBILE PCS SVC 221212 | 3,792.78 |
| 12-19 | Preauth Debit | T-MOBILE RETRY PYMT 221219 | 3,792.78 |
| 12-23 | Analysis Servic | ANALYSIS ACTIVITY FOR 11/22 | 1,133.28 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 11-30 | 10,135.18 | 12-12 | 0.00 | 12-27 | 0.00 |
| 12-02 | 10,110.18 | 12-19 | 0.00 | | |
| 12-08 | 0.00 | 12-23 | -1,133.28 | | |

# EAST WEST BANK  Your financial bridge®

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761-3967

**ACCOUNT STATEMENT**
Page 1 of 1
STARTING DATE: December 01, 2022
ENDING DATE: December 31, 2022
Total days in statement period: 31
███████8025
( 0)

PROFESSIONAL TECHNICAL SECURITY SERVICES
CHAPTER 11 DEBTOR IN POSSESSION
CASE #22-30062
PAYROLL-GUARDS
111 SUTTER ST SUITE 550
SAN FRANCISCO CA 94104-4510

Receive your account statements
electronically for a paperless experience!
Sign up for eStatements via our Online
Banking or Mobile App. You can access
up to seven years of account history. Visit
digital.eastwestbank.com or call
833.468.8356 to learn more.

## Commercial Analysis Checking

| | | | |
|---|---|---|---|
| Account number | ███████8025 | Beginning balance | $0.00 |
| Low balance | $0.00 | Total additions ( 0) | .00 |
| Average balance | $0.00 | Total subtractions ( 0) | .00 |
| | | Ending balance | $.00 |

**＊＊ No activity this statement period ＊＊**

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

# EAST WEST BANK Your financial bridge®

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761-3967

ACCOUNT STATEMENT
Page  1  of  1
STARTING DATE: December 01, 2022
ENDING DATE: December 31, 2022
Total days in statement period: 31
⬛⬛⬛8032
( 0)

PROFESSIONAL TECHNICAL SECURITY SERVICES
CHAPTER 11 DEBTOR IN POSSESSION
CASE #22-30062
PAYROLL-MANAGERS
111 SUTTER ST SUITE 550
SAN FRANCISCO CA 94104-4510

Receive your account statements
electronically for a paperless experience!
Sign up for eStatements via our Online
Banking or Mobile App. You can access
up to seven years of account history. Visit
digital.eastwestbank.com or call
833.468.8356 to learn more.

## Commercial Analysis Checking

| | | | |
|---|---|---|---|
| Account number | ⬛⬛8032 | Beginning balance | $0.00 |
| Low balance | $0.00 | Total additions ( 0) | .00 |
| Average balance | $0.00 | Total subtractions ( 0) | .00 |
| | | Ending balance | $.00 |

**\* \* No activity this statement period \* \***

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

# EAST WEST BANK  Your financial bridge®

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761-3967

ACCOUNT STATEMENT
Page  1  of  1
STARTING DATE: December 01, 2022
ENDING DATE: December 31, 2022
Total days in statement period: 31
████████8039
( 0)

Receive your account statements electronically for a paperless experience! Sign up for eStatements via our Online Banking or Mobile App. You can access up to seven years of account history. Visit digital.eastwestbank.com or call 833.468.8356 to learn more.

PROFESSIONAL TECHNICAL SECURITY SERVICES
CHAPTER 11 DEBTOR IN POSSESSION
CASE #22-30062
ACH/WIRES
111 SUTTER ST SUITE 550
SAN FRANCISCO CA 94104-4510

## Commercial Analysis Checking

| | | | |
|---|---|---|---|
| Account number | ████████8039 | Beginning balance | $0.00 |
| Low balance | $0.00 | Total additions  ( 0) | .00 |
| Average balance | $0.00 | Total subtractions  ( 0) | .00 |
| | | Ending balance | $.00 |

** No activity this statement period **

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

# EAST WEST BANK  Your financial bridge®

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761-3967

**ACCOUNT STATEMENT**
Page 1 of 1
STARTING DATE: December 01, 2022
ENDING DATE: December 31, 2022
Total days in statement period: 31
████████8046
( 0)

PROFESSIONAL TECHNICAL SECURITY SERVICES
CHAPTER 11 DEBTOR IN POSSESSION
CASE #22-30062
OAKLAND
111 SUTTER ST SUITE 550
SAN FRANCISCO CA 94104-4510

> Receive your account statements
> electronically for a paperless experience!
> Sign up for eStatements via our Online
> Banking or Mobile App. You can access
> up to seven years of account history. Visit
> digital.eastwestbank.com or call
> 833.468.8356 to learn more.

**\* \* Closed Account - Final Statement**

## Commercial Analysis Checking

| | | | |
|---|---|---|---|
| Account number | ████████8046 | Beginning balance | $97.77 |
| Low balance | $0.00 | Total additions  ( 0) | .00 |
| Average balance | $0.00 | Total subtractions  ( 1) | 97.77 |
| | | Ending balance | $.00 |

**DEBITS**

| Date | Transaction Description | Subtractions |
|---|---|---|
| 12-08 | Withdrawal    TLR80703 BR 8607 | 97.77 |

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 11-30 | 97.77 | 12-08 | 0.00 | | |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

# EAST WEST BANK Your financial bridge®

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761-3967

**ACCOUNT STATEMENT**
Page  1  of  1
STARTING DATE: December 01, 2022
ENDING DATE: December 31, 2022
Total days in statement period: 31
████████8053
( 0)

PROFESSIONAL TECHNICAL SECURITY SERVICES
CHAPTER 11 DEBTOR IN POSSESSION
CASE #22-30062
FIELD STAFF
111 SUTTER ST SUITE 550
SAN FRANCISCO CA 94104-4510

> Receive your account statements
> electronically for a paperless experience!
> Sign up for eStatements via our Online
> Banking or Mobile App. You can access
> up to seven years of account history. Visit
> digital.eastwestbank.com or call
> 833.468.8356 to learn more.

* * Closed Account - Final Statement

## Commercial Analysis Checking

| | | | |
|---|---|---|---|
| Account number | ████████8053 | Beginning balance | $13.34 |
| Low balance | $0.00 | Total additions | ( 0 ) .00 |
| Average balance | $0.00 | Total subtractions | ( 1 ) 13.34 |
| | | Ending balance | $.00 |

**DEBITS**

| Date | Transaction Description | | Subtractions |
|---|---|---|---|
| 12-08 | Withdrawal | TLR60703 BR 8607 | 13.34 |

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 11-30 | 13.34 | 12-08 | 0.00 | | |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

# EAST WEST BANK  *Your financial bridge®*

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761-3967

**ACCOUNT STATEMENT**
Page  1  of  1
STARTING DATE: December 01, 2022
ENDING DATE: December 31, 2022
Total days in statement period: 31
████████8060
( 0)

PROFESSIONAL TECHNICAL SECURITY SERVICES
CHAPTER 11 DEBTOR IN POSSE
CASE #22-30062
HR DEPT
111 SUTTER ST SUITE 550
SAN FRANCISCO CA 94104-4510

Receive your account statements
electronically for a paperless experience!
Sign up for eStatements via our Online
Banking or Mobile App. You can access
up to seven years of account history. Visit
digital.eastwestbank.com or call
833.468.8356 to learn more.

---

* * Closed Account - Final Statement

## Commercial Analysis Checking

| | | | |
|---|---|---|---|
| Account number | ████████8060 | Beginning balance | $183.77 |
| Low balance | $0.00 | Total additions (0) | .00 |
| Average balance | $0.00 | Total subtractions (3) | 183.77 |
| | | Ending balance | $.00 |

### DEBITS

| Date | Transaction Description | | Subtractions |
|---|---|---|---|
| 12-05 | POS Purchase | MERCHANT PURCHASE TERMINAL 401134 JOTFORM INC HTTPSWWW CA | |
| | | 4490950001222152 SEQ # 233822000040 | 49.00 |
| 12-07 | POS Purchase | MERCHANT PURCHASE TERMINAL 449216 EDDY HR HTTPSEDDY UT 4490950001222152 | |
| | | SEQ # 234024000047 | 99.00 |
| 12-08 | Withdrawal | TLR60703 BR 8607 | 35.77 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 11-30 | 183.77 | 12-07 | 35.77 | | |
| 12-05 | 134.77 | 12-08 | 0.00 | | |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

# EAST WEST BANK  Your financial bridge®

9300 Flair Dr., 1St FL
El Monte, CA. 91731

ACCOUNT STATEMENT
Page 1 of 1
STARTING DATE: December 01, 2022
ENDING DATE: December 31, 2022
Total days in statement period: 31
████████8067
( 0)

PROFESSIONAL TECHNICAL SECURITY SERVICES
CHAPTER 11 DEBTOR IN POSSESSION
CASE #22-30062
GUARDS
111 SUTTER ST SUITE 550
SAN FRANCISCO CA 94104-4510

Receive your account statements
electronically for a paperless experience!
Sign up for eStatements via our Online
Banking or Mobile App. You can access
up to seven years of account history. Visit
digital.eastwestbank.com or call
833.468.8356 to learn more.

## Commercial Analysis Checking

| | | | |
|---|---|---|---|
| Account number | ████████8067 | Beginning balance | $0.00 |
| Low balance | $0.00 | Total additions ( 0) | .00 |
| Average balance | $0.00 | Total subtractions ( 0) | .00 |
| | | Ending balance | $.00 |

**＊＊ No activity this statement period ＊＊**

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

# EAST WEST BANK  Your financial bridge®

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761-3967

ACCOUNT STATEMENT
Page 1 of 1
STARTING DATE: December 01, 2022
ENDING DATE: December 31, 2022
Total days in statement period: 31
████████8074
( 0)

PROFESSIONAL TECHNICAL SECURITY SERVICES
CHAPTER 11 DEBTOR IN POSSESSION
CASE #22-30062
BENEFITS DEPT
111 SUTTER ST SUITE 550
SAN FRANCISCO CA 94104-4510

Receive your account statements electronically for a paperless experience! Sign up for eStatements via our Online Banking or Mobile App. You can access up to seven years of account history. Visit digital.eastwestbank.com or call 833.468.8356 to learn more.

**Closed Account - Final Statement

## Commercial Analysis Checking

| | | | | |
|---|---|---|---|---|
| Account number | ████████8074 | Beginning balance | | $0.00 |
| Low balance | $0.00 | Total additions | ( 0) | .00 |
| Average balance | $0.00 | Total subtractions | ( 0) | .00 |
| | | Ending balance | | $.00 |

**No activity this statement period **

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

# EAST WEST BANK  Your financial bridge®

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761-3967

ACCOUNT STATEMENT
Page 1 of 1
STARTING DATE: December 01, 2022
ENDING DATE: December 31, 2022
Total days in statement period: 31
████████8081
( 0)

PROFESSIONAL TECHNICAL SECURITY SERVICES
CHAPTER 11 DEBTOR IN POSSESSION
CASE #22-30062
TAX
111 SUTTER ST SUITE 550
SAN FRANCISCO CA 94104-4510

Receive your account statements
electronically for a paperless experience!
Sign up for eStatements via our Online
Banking or Mobile App. You can access
up to seven years of account history. Visit
digital.eastwestbank.com or call
833.468.8356 to learn more.

** Closed Account - Final Statement

## Commercial Analysis Checking

| | | | |
|---|---|---|---|
| Account number | ████████8081 | Beginning balance | $0.00 |
| Low balance | $0.00 | Total additions ( 0) | .00 |
| Average balance | $0.00 | Total subtractions ( 0) | .00 |
| | | Ending balance | $.00 |

**  No activity this statement period  **

**OVERDRAFT/RETURN ITEM FEES**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

# EAST WEST BANK  Your financial bridge®

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761-3967

ACCOUNT STATEMENT
Page 1 of 1
STARTING DATE: December 01, 2022
ENDING DATE: December 31, 2022
Total days in statement period: 31
████████8116
( 0)

PROFESSIONAL TECHNICAL SECURITY SERVICES
CHAPTER 11 DEBTOR IN POSSESSION
CASE #22-30062
401K
111 SUTTER ST SUITE 550
SAN FRANCISCO CA 94104-4510

Receive your account statements
electronically for a paperless experience!
Sign up for eStatements via our Online
Banking or Mobile App. You can access
up to seven years of account history. Visit
digital.eastwestbank.com or call
833.468.8356 to learn more.

---

* * Closed Account - Final Statement

## Commercial Analysis Checking

| | | | |
|---|---|---|---|
| Account number | ████████8116 | Beginning balance | $0.00 |
| Low balance | $0.00 | Total additions ( 0) | .00 |
| Average balance | $0.00 | Total subtractions ( 0) | .00 |
| | | Ending balance | $.00 |

** No activity this statement period **

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

# EAST WEST BANK  Your financial bridge®

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761-3967

ACCOUNT STATEMENT
Page 1 of 1
STARTING DATE: December 01, 2022
ENDING DATE: December 31, 2022
Total days in statement period: 31
████████8130
( 0)

PROFESSIONAL TECHNICAL SECURITY SERVICES
CHAPTER 11 DEBTOR IN POSSESSION
CASE #22-30062
MANAGERS
111 SUTTER ST SUITE 550
SAN FRANCISCO CA 94104-4510

Receive your account statements
electronically for a paperless experience!
Sign up for eStatements via our Online
Banking or Mobile App. You can access
up to seven years of account history. Visit
digital.eastwestbank.com or call
833.468.8356 to learn more.

## Commercial Analysis Checking

| | | | |
|---|---|---|---|
| Account number | ████████8130 | Beginning balance | $0.00 |
| Low balance | $0.00 | Total additions ( 0) | .00 |
| Average balance | $0.00 | Total subtractions ( 0) | .00 |
| | | Ending balance | $.00 |

** No activity this statement period **

OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |