# EXHIBIT 1

From: David L. Lefkowitz <david@bravcon.com>
Sent: Friday, November 18, 2022 12:50 PM
To: Kimberly Fineman <kfineman@fhlawllp.com>
Cc: Tim Warner <twarner@paladinsecurity.com>; Maxim Litvak <mlitvak@pszjlaw.com>; sreyes@protechbayarea.com; Stephen Finestone <sfinestone@fhlawllp.com>; Jeff Pomerantz <jpomerantz@pszjlaw.com>; Ashley Cooper <ACooper@paladinsecurity.com>; Chelsea Hazewinkel <CHazewinkel@paladinsecurity.com>; Justin Chan <juchan@paladinsecurity.com>; Jason Begin <JBegin@palamerican.com>
Subject: Re: ProTech/PalAmerican - True Up and Updated Schedules

> [EXTERNAL] This email originated from **outside** of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Kim et al,

I'm good with this process, and will start building over the weekend; should have a first run at it early next week, that can be updated as we proceed.

**David Lefkowitz, CPA**
c | 415-260-1851



> On Nov 18, 2022, at 2:25 PM, Kimberly Fineman <kfineman@fhlawllp.com> wrote:
>
> Tim, we agree the invoice true up and remittance of payments received on A/R should be separated. I support your approach outlined below and think it is workable but have asked David and Sergio to confirm logistics. I have added both Sergio and David to this email chain as well. The only caveat I would add is that we need final resolution on the APA Schedules/True Up before we can determine which payments should be remitted to PalAmerican. I think we are very close. To move that ball forward, attached are David's A/R and WIP calculations from 11/15/22. While some clean-up is needed on those, I am sending now for your review and input.
>
> I believe the CBRE – 1000 Broadway and JLL – 580 California accounts (included on the Excel report of A/R) should be excluded, based on prior comments as to them not being current customers, from the Schedule of accounts taken by PalAmerican. That would reduce the A/R component of the True up by $18,985.20. Any others on this final A/R list that should be moved to the Excluded Assets

1

Case: 22-30062    Doc# 365-1    Filed: 02/01/23    Entered: 02/01/23 10:07:39    Page 2 of 6

schedule?  There are also some new accounts on the WIP list.  Please review on your end and advise what changes you believe need to be made the to the draft Schedules to the APA to accurately reflect the accounts taken by PalAmeican in Schedule 2.1(f) and which accounts are excluded and stay with the Debtor in Schedule 2.3(a).  I've attached the last version of those Schedules which I emailed to Max on 11/10/22.

Thank you,
Kim

Kimberly S. Fineman
Finestone Hayes LLP
456 Montgomery St., 20th Floor
San Francisco, CA 94104
415-209-5027 direct
www.fhlawllp.com

NOTICE: This message is for the sole use of the addressee(s).  Any unauthorized review, use, disclosure or distribution of the confidential and privileged information contained herein is prohibited.  If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

**From:** Tim Warner <twarner@paladinsecurity.com>
**Sent:** Thursday, November 17, 2022 3:32 PM
**To:** Kimberly Fineman <kfineman@fhlawllp.com>; Maxim Litvak <mlitvak@pszjlaw.com>
**Cc:** Stephen Finestone <sfinestone@fhlawllp.com>; Jeff Pomerantz <jpomerantz@pszjlaw.com>; Ashley Cooper <ACooper@paladinsecurity.com>; Chelsea Hazewinkel <CHazewinkel@paladinsecurity.com>; Justin Chan <juchan@paladinsecurity.com>; Jason Begin <JBegin@palamerican.com>
**Subject:** RE: ProTech/PalAmerican - True Up and Updated Schedules
**Importance:** High

Hi Kim,

I wanted to get clear on the true up process for money that ProTech is collecting on account balances that were acquired by PalAmerican. Sergio's team has been proactive in scanning the checks that they receive (which have been coming in at a good pace).

So far, we estimate that over **$975,000** of the $1.6M of invoice balances that we purchase has been deposited by ProTech in the past 17 days.

While we await the final true-up calculation from Sergio and David, we prefer to separate the cash collection from the invoice true up, as it has become a much bigger challenge than expected to get the customers to agree to pay us for invoices that were sent to them by ProTech. Based on our estimates, ProTech has already collected over $350k of these additional invoices, so that should cover the preliminary estimate of the true-up that was proposed.

I would like to propose the following process:
1. Continue to have Dolores Fisher deposit the checks and send us a daily scan with the payment details (including any electronic payments)
2. Transfer to PalAmerican the amount collected after each check batch has been deposited/cleared

3. Continue to have Dolores and/or David apply payments against QuickBooks A/R and send us a report at the end of each week so we can reconcile the outstanding balance with our records

Please confirm that this process will work for all involved, and kindly provide instruction for the debtor to issue a wire transfer to PalAmerican (banking details to be provided) for the amount of money that has been collected to date.

Regards,
Tim

**From:** Kimberly Fineman <kfineman@fhlawllp.com>
**Sent:** Monday, November 14, 2022 11:10 AM
**To:** Tim Warner <twarner@paladinsecurity.com>; Maxim Litvak <mlitvak@pszjlaw.com>
**Cc:** Stephen Finestone <sfinestone@fhlawllp.com>; Jeff Pomerantz <jpomerantz@pszjlaw.com>; Ashley Cooper <ACooper@paladinsecurity.com>; Chelsea Hazewinkel <CHazewinkel@paladinsecurity.com>
**Subject:** RE: ProTech/PalAmerican - True Up and Updated Schedules

**[EXTERNAL]** This email originated from **outside** of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Thank you for the follow up, Tim. I will reach out to David and Sergio.

Kim

**From:** Tim Warner <twarner@paladinsecurity.com>
**Sent:** Monday, November 14, 2022 10:57 AM
**To:** Kimberly Fineman <kfineman@fhlawllp.com>; Maxim Litvak <mlitvak@pszjlaw.com>
**Cc:** Stephen Finestone <sfinestone@fhlawllp.com>; Jeff Pomerantz <jpomerantz@pszjlaw.com>; Ashley Cooper <ACooper@paladinsecurity.com>; Chelsea Hazewinkel <CHazewinkel@paladinsecurity.com>
**Subject:** RE: ProTech/PalAmerican - True Up and Updated Schedules

Hi Kim,
We didn't actually request that information, but did receive it.

We need that to be put into a format that drives the true-up calculation in lieu of the WIP amount of **$1,191,161** so that we confirm that there is agreement as to the approach.

Thanks,
Tim

**From:** Kimberly Fineman <kfineman@fhlawllp.com>
**Sent:** Monday, November 14, 2022 10:20 AM
**To:** Maxim Litvak <mlitvak@pszjlaw.com>
**Cc:** Stephen Finestone <sfinestone@fhlawllp.com>; Jeff Pomerantz <jpomerantz@pszjlaw.com>; Ashley Cooper <ACooper@paladinsecurity.com>; Tim Warner <twarner@paladinsecurity.com>; Chelsea Hazewinkel <CHazewinkel@paladinsecurity.com>
**Subject:** RE: ProTech/PalAmerican - True Up and Updated Schedules

**[EXTERNAL]** This email originated from **outside** of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Max, it appears PalAmerican requested the payment information directly from David Lefkowitz, Debtor's acting Controller, last week and he provided the same on Friday. Please see attached.

Kim

**From:** Maxim Litvak <mlitvak@pszjlaw.com>
**Sent:** Monday, November 14, 2022 10:08 AM
**To:** Kimberly Fineman <kfineman@fhlawllp.com>
**Cc:** Stephen Finestone <sfinestone@fhlawllp.com>; Jeff Pomerantz <jpomerantz@pszjlaw.com>; Ashley Cooper <ACooper@paladinsecurity.com>; 'Tim Warner' <twarner@paladinsecurity.com>; Chelsea Hazewinkel <CHazewinkel@paladinsecurity.com>
**Subject:** RE: ProTech/PalAmerican - True Up and Updated Schedules

Kim:

In order to verify the WIP calculation, the buyer needs a listing of the invoices by customer that were issued to customers by ProTech that are not included in schedule 2.1(f). Also, please provide the details of any customer payments to ProTech (with the invoice details) so that the buyer can confirm the balances with its customers.

Given that many customers have been paying ProTech for invoices from Schedule 2.1(f), the buyer is proposing that those funds be deposited to ProTech's bank account and the buyer will then deduct that amount from the WIP adjustment.

Please advise with any questions. Thanks, Max.

**From:** Kimberly Fineman [mailto:kfineman@fhlawllp.com]
**Sent:** Thursday, November 10, 2022 3:15 PM
**To:** Maxim Litvak <mlitvak@pszjlaw.com>
**Cc:** Stephen Finestone <sfinestone@fhlawllp.com>; Jeff Pomerantz <jpomerantz@pszjlaw.com>
**Subject:** ProTech/PalAmerican - True Up and Updated Schedules

Max, attached are our True Up calculations and the proposed updated Schedules to the APA. Our updated calculation of the WIP is as follows:

Guards Hourly -   **$775,701.28**
Guards monthly - $ **415,459.76**
Total WIP **$1,191,161.04**

I've also attached the spreadsheets used to reach those calculations, as I'm sure PalAmerican will want to compare. The variance was only in the "Guards Hourly WIP" calculations, which as you noted earlier had a billing cutoff that carried slightly into November.

Per our calculations, the True Up payment owing to Debtor is $315,663.67.

Kim

Kimberly S. Fineman
Finestone Hayes LLP
456 Montgomery St., 20th Floor
San Francisco, CA 94104
415-209-5027 direct
[www.fhlawllp.com](www.fhlawllp.com)

NOTICE: This message is for the sole use of the addressee(s). Any unauthorized review, use, disclosure or distribution of the confidential and privileged information contained herein is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

<ProTech aged A_R 10-31-2022.xlsx>
<ProTech WIP 10-31-2022 (Daily Sales November 1-14 TrakTik generated invoices for services to 10-31-2022).pdf>
<Schedules to APA v6.docx>