# Exhibit 2

**From:** Kimberly Fineman <kfineman@fhlawllp.com>
**Sent:** Wednesday, November 30, 2022 6:17 PM
**To:** Tim Warner <twarner@paladinsecurity.com>; Sergio Reyes <SReyes@palamerican.com>; David L. Lefkowitz <david@bravcon.com>
**Cc:** Justin Chan <juchan@paladinsecurity.com>; Ashley Cooper <ACooper@paladinsecurity.com>; Stephen Finestone <sfinestone@fhlawllp.com>
**Subject:** RE: True up payment and some comments

> **[EXTERNAL]** This email originated from **outside** of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Confirming that David is the point person for the A/R payment reconciliations, per the agreement between the parties via email on 11/18. I spoke with David this afternoon. I believe you should be receiving the remittance shortly, Tim.

Kim

**From:** Tim Warner <twarner@paladinsecurity.com>
**Sent:** Wednesday, November 30, 2022 6:05 PM
**To:** Sergio Reyes <SReyes@palamerican.com>; David L. Lefkowitz <david@bravcon.com>; Kimberly Fineman <kfineman@fhlawllp.com>; Stephen Finestone <sfinestone@fhlawllp.com>
**Cc:** Justin Chan <juchan@paladinsecurity.com>; Ashley Cooper <ACooper@paladinsecurity.com>
**Subject:** RE: True up payment and some comments

Kim,
Can you please let Sergio know that you agreed for us to deal directly with him to collect money that has been deposited on our behalf?

Sergio, the amount is **$564,231.49** per the file I sent earlier.
Thanks,
Tim

**From:** Sergio Reyes <SReyes@palamerican.com>
**Sent:** Wednesday, November 30, 2022 4:43 PM
**To:** Tim Warner <twarner@paladinsecurity.com>; David L. Lefkowitz <david@bravcon.com>; Kimberly Fineman <kfineman@fhlawllp.com>; Stephen Finestone <sfinestone@fhlawllp.com>
**Cc:** Justin Chan <juchan@paladinsecurity.com>; Ashley Cooper <ACooper@paladinsecurity.com>
**Subject:** Re: True up payment and some comments

Hi Tim, I have not been given explicit instructions as to how much or when. As soon as I get direction from the decision makers, I will act with no delay on my part.

Get Outlook for iOS

---

**From:** Tim Warner <twarner@paladinsecurity.com>
**Sent:** Wednesday, November 30, 2022 3:40:37 PM
**To:** David L. Lefkowitz <david@bravcon.com>; Kimberly Fineman <kfineman@fhlawllp.com>; Stephen Finestone <sfinestone@fhlawllp.com>
**Cc:** Justin Chan <juchan@paladinsecurity.com>; Sergio Reyes <SReyes@palamerican.com>; Ashley Cooper <ACooper@paladinsecurity.com>
**Subject:** RE: True up payment and some comments

Hi David,

You might not have been aware, but we agreed to the following regarding the excluded A/R for customers that we retained, so that is why I included all the payments from our customers in the request.

Please confirm that you are good to proceed with the original request.

Thanks,
Tim

> 2.3  Excluded Assets. Notwithstanding anything to the contrary in this Agreement, the following assets of Debtor, shall be retained by Debtor and are not being sold or assigned to Buyer hereunder (all of the following are referred to collectively as the "Excluded Assets"):
>
> (a)  Any accounts and accounts receivable that do not constitute Accounts (collectively, "Excluded Accounts"). Schedule 2.3(a) hereto sets forth the obligor and the gross amount under each of the Excluded Accounts (the "Excluded Accounts Amount") existing as of the Effective Date. Debtor shall update the Excluded Accounts Amount immediately prior to the Closing Date to reflect the Excluded Accounts existing as of such date. ==To the extent that any of the Excluded Accounts are payable by the same payors as the Accounts, Buyer shall have sole and exclusive opportunity to collect such Excluded Accounts (with any proceeds applied first against the Accounts).==

---

**From:** David L. Lefkowitz <david@bravcon.com>
**Sent:** Wednesday, November 30, 2022 1:09 PM
**To:** Tim Warner <twarner@paladinsecurity.com>; Kimberly Fineman <kfineman@fhlawllp.com>; Stephen Finestone <sfinestone@fhlawllp.com>
**Cc:** Sergio Reyes <SReyes@palamerican.com>; Ashley Cooper <ACooper@paladinsecurity.com>
**Subject:** True up payment and some comments

> **[EXTERNAL]** This email originated from **outside** of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Tim,

Thanks for sending over your collections report. I have attached your original and my copy with comments; happy to have a discuss to see if we can resolve our differences in ownership of all payments.

David

**David Lefkowitz CPA, Managing Member**
**Brickell Avenue Consulting LLC**
1581 Brickell Avenue, #1603
Miami FL 33129-1238
415-260-1851 C

david@bravcon.com
david@brickellavenueconsulting.com
www.brickellavenueconsulting.com

