# EXHIBIT 3

| From: | David L. Lefkowitz <david@bravcon.com> |
|---|---|
| Sent: | Monday, December 5, 2022 10:41 AM |
| To: | Justin Chan; Sergio Reyes |
| Cc: | Tim Warner; Jason Begin; Kimberly Fineman; Stephen Finestone |
| Subject: | RE: WIP and AR Reports |
| Attachments: | ProTech Customer AR Reporting as of November 1-30 2022.xlsx |

**[EXTERNAL]** This email originated from **outside** of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Justin,

Here you go.

Noting that PalAmerican cut off ProTech's access to QuickBooks last month rendering a loss of access to the Accounting records online; we have successfully recovered the data. PTSS paid the IT vendor's invoice for November service; will add to the reimbursement reporting as we finalize the post-closing transition costs.

The ProTech (PTSS, Inc.'s) mail has been forward by PalAmerican, so we no longer have access to checks being sent for payment. The attached report contains the most current data we have.

Will advise as to e-payments that appear in ProTech's accounts as they occur,

David


**David Lefkowitz CPA, Managing Member**
**Brickell Avenue Consulting LLC**
1581 Brickell Avenue, #1603
Miami FL 33129-1238
415-260-1851 C
david@bravcon.com
david@brickellavenueconsulting.com
www.brickellavenueconsulting.com



**From:** Justin Chan <juchan@paladinsecurity.com>
**Sent:** Friday, December 2, 2022 6:06 PM
**To:** David L. Lefkowitz <david@bravcon.com>
**Cc:** Tim Warner <twarner@paladinsecurity.com>; Jason Begin <JBegin@palamerican.com>
**Subject:** WIP and AR Reports

Hi David,

I hope you're doing well. Would it be possible to send us a weekly report (every Friday) to help us reconcile and keep in sync with AR payments being made to ProTech for their issued invoices up till 10/31/2022. These would be similar to the

excel documents you have attached in the past that show the aged AR, Customer Open Invoices, and Invoice Payments (see sample attached)

This would be a great way for us to track balances owing from ProTech to PalAmerican or vice versa.

Please let me know if this is an option.

All the best,



**Justin Chan, CPA**
Financial Controller

**Paladin Group of Companies**
Paladin Security | PalAmerican Security | Concord Parking | Paladin Risk
T. 604-677-8700 Ext. 3258
juchan@paladinsecurity.com
201-3001 Wayburne Drive, Burnaby, BC  V5G 4W3

**Visit our website**



**ATTACHMENT TO EXHIBIT 3 TO BE FILED**

**SEPARATELY UNDER SEAL**

| Customer | Type | Date | Num | Account | Amount | Balance |
|---|---|---|---|---|---:|---:|
| AJ Capital Partners - SF Armory | | | | | | $ 57,514.04 |
| | Invoice | 11/2/2022 | 6400 - TT | 1200 · ACCOUNT | $ 28,934.84 | $ 86,448.88 |
| | Payment | 11/18/2022 | 1822502872 | 1200 · ACCOUNT | $ (29,088.34) | $ 57,360.54 |
| | Payment | 11/18/2022 | 1822502872 | 1200 · ACCOUNT | $ (28,934.84) | $ 28,425.70 |
| | Payment | 11/18/2022 | 1822502872 | 1200 · ACCOUNT | $ (28,425.70) | $ - |
| Total AJ Capital Partners - SF Armory | | | | | $ (57,514.04) | $ - |
| Battery St Building - 750 Battery | | | | | | $ 15,102.24 |
| | Invoice | 11/1/2022 | 6385 - TT | 1200 · ACCOUNT | $ 9,612.48 | $ 24,714.72 |
| | Payment | 11/7/2022 | 6613 | 1200 · ACCOUNT | $ (9,612.48) | $ 15,102.24 |
| Total Battery St Building - 750 Battery | | | | | $ - | $ 15,102.24 |
| Boardwalk Investment Group - 2001 Center | | | | | | $ (90.00) |
| | Invoice | 11/2/2022 | 6419 - TT | 1200 · ACCOUNT | $ 7,021.60 | $ 6,931.60 |
| | Payment | 11/15/2022 | 1489 | 1200 · ACCOUNT | $ (7,021.60) | $ (90.00) |
| Total Boardwalk Investment Group - 2001 Center | | | | | $ - | $ (90.00) |
| Brosnan - 5996 Gleason | | | | | | $ - |
| Total Brosnan - 5996 Gleason | | | | | | $ - |
| Brosnan - 6723 Sierra Court | | | | | | $ - |
| | Invoice | 11/3/2022 | 6489 - TT | 1200 · ACCOUNT | $ 33,094.26 | $ 33,094.26 |
| | Invoice | 11/3/2022 | 6488 - TT | 1200 · ACCOUNT | $ 10,538.50 | $ 43,632.76 |
| | Payment | 11/21/2022 | 21780 | 1200 · ACCOUNT | $ (43,632.76) | $ - |
| Total Brosnan - 6723 Sierra Court | | | | | $ - | $ - |
| CBRE- 1000 Broadway | | | | | | $ 17,215.02 |
| | Payment | 11/16/2022 | 25382 | 1200 · ACCOUNT | $ (17,324.49) | $ (109.47) |
| Total CBRE- 1000 Broadway | | | | | $ (17,324.49) | $ (109.47) |
| CBRE - 150 Post | | | | | | $ 23,156.00 |
| | Invoice | 11/2/2022 | 6406 - TT | 1200 · ACCOUNT | $ 11,351.85 | $ 34,507.85 |
| | Payment | 11/17/2022 | 2273 | 1200 · ACCOUNT | $ (11,785.69) | $ 22,722.16 |
| Total CBRE - 150 Post | | | | | $ (433.84) | $ 22,722.16 |
| CBRE - 180 Montgomery | | | | | | $ 189.00 |
| Total CBRE - 180 Montgomery | | | | | | $ 189.00 |
| CBRE - 475 14th st | | | | | | $ - |
| | Invoice | 11/2/2022 | 6451 - TT | 1200 · ACCOUNT | $ 13,320.40 | $ 13,320.40 |
| | Payment | 11/21/2022 | 101003999 | 1200 · ACCOUNT | $ (13,320.40) | $ - |
| Total CBRE - 475 14th st | | | | | $ - | $ - |
| CBRE - OCC Plaza Rover | | | | | | $ 1,057.42 |
| | Invoice | 11/3/2022 | 6473 - TT | 1200 · ACCOUNT | $ 53,706.18 | $ 54,763.60 |
| Total CBRE - OCC Plaza Rover | | | | | $ 53,706.18 | $ 54,763.60 |
| CBRE - Pacific Plaza | | | | | | $ 9,026.56 |
| | Invoice | 11/3/2022 | 6472 - TT | 1200 · ACCOUNT | $ 3,004.88 | $ 12,031.44 |
| | Payment | 11/4/2022 | 19034 | 1200 · ACCOUNT | $ (4,498.56) | $ 7,532.88 |
| | Invoice | 11/22/2022 | 6121 - TT | 1200 · ACCOUNT | $ 894.52 | $ 8,427.40 |
| | Payment | 11/22/2022 | 19060 | 1200 · ACCOUNT | $ (3,899.40) | $ 4,528.00 |
| Total CBRE - Pacific Plaza | | | | | $ (4,498.56) | $ 4,528.00 |
| CBRE - UFCW | | | | | | $ 9,328.10 |
| | Payment | 11/7/2022 | 3426 | 1200 · ACCOUNT | $ (5,223.74) | $ 4,104.36 |
| | Payment | 11/7/2022 | 3278 | 1200 · ACCOUNT | $ (4,104.36) | $ - |
| Total CBRE - UFCW | | | | | $ (9,328.10) | $ - |
| City of Oakland Parking Partners | | | | | | $ 21,633.10 |
| | Invoice | 11/3/2022 | 6474 - TT | 1200 · ACCOUNT | $ 7,655.25 | $ 29,288.35 |
| | Invoice | 11/3/2022 | 6468 - TT | 1200 · ACCOUNT | $ 1,064.41 | $ 30,352.76 |
| | Invoice | 11/3/2022 | 6453 - TT | 1200 · ACCOUNT | $ 6,901.44 | $ 37,254.20 |
| | Payment | 11/15/2022 | 36532 | 1200 · ACCOUNT | $ (6,901.44) | $ 30,352.76 |
| | Invoice | 11/21/2022 | 6321 - TT | 1200 · ACCOUNT | $ 240.00 | $ 30,592.76 |
| | Payment | 11/21/2022 | 810673749 | 1200 · ACCOUNT | $ (29,034.51) | $ 1,558.25 |
| Total City of Oakland Parking Partners | | | | | $ (20,074.85) | $ 1,558.25 |
| Colliers- 717 Market Street | | | | | | $ 13,660.24 |
| | Invoice | 11/2/2022 | 6423 - TT | 1200 · ACCOUNT | $ 8,741.04 | $ 22,401.28 |
| | Payment | 11/15/2022 | 655398719 | 1200 · ACCOUNT | $ (13,660.24) | $ 8,741.04 |
| | Payment | 11/28/2022 | 655402866 | 1200 · ACCOUNT | $ (8,741.04) | $ - |
| Total Colliers- 717 Market Street | | | | | $ (13,660.24) | $ - |
| Colliers - 130 Battery | | | | | | $ 3,226.30 |
| | Invoice | 11/1/2022 | 6387 - TT | 1200 · ACCOUNT | $ 1,935.78 | $ 5,162.08 |

| | Type | Date | Num | Account | Amount | Balance |
|---|---|---|---|---|---|---|
| | Payment | 11/15/2022 | 29045244 | 1200 · ACCOUNT | $ (3,226.30) | $ 1,935.78 |
| Total Colliers - 130 Battery | | | | | $ (1,290.52) | $ 1,935.78 |
| Colliers - 240 Stockton | | | | | | $ 33,030.56 |
| | Invoice | 11/1/2022 | 6388 - TT | 1200 · ACCOUNT | $ 3,646.44 | $ 36,677.00 |
| | Payment | 11/15/2022 | 2757 | 1200 · ACCOUNT | $ (6,111.32) | $ 30,565.68 |
| | Payment | 11/15/2022 | 2758 | 1200 · ACCOUNT | $ (6,099.68) | $ 24,466.00 |
| | Payment | 11/15/2022 | 2759 | 1200 · ACCOUNT | $ (3,646.44) | $ 20,819.56 |
| Total Colliers - 240 Stockton | | | | | $ (12,211.00) | $ 20,819.56 |
| Colliers - 26 O'Farrell | | | | | | $ 6,743.95 |
| | Invoice | 11/1/2022 | 6386 - TT | 1200 · ACCOUNT | $ 2,046.21 | $ 8,790.16 |
| | Payment | 11/7/2022 | 655398196 | 1200 · ACCOUNT | $ (3,410.35) | $ 5,379.81 |
| | Payment | 11/29/2022 | 655402298 | 1200 · ACCOUNT | $ (2,046.21) | $ 3,333.60 |
| Total Colliers - 26 O'Farrell | | | | | $ (3,410.35) | $ 3,333.60 |
| Colliers - 30 Grant & Geary | | | | | | $ 14,015.25 |
| | Invoice | 11/2/2022 | 6422 - TT | 1200 · ACCOUNT | $ 8,653.14 | $ 22,668.39 |
| | Payment | 11/4/2022 | 9595 | 1200 · ACCOUNT | $ (13,507.74) | $ 9,160.65 |
| | Payment | 11/10/2022 | 9607 | 1200 · ACCOUNT | $ (8,653.14) | $ 507.51 |
| Total Colliers - 30 Grant & Geary | | | | | $ (13,507.74) | $ 507.51 |
| Contemporary Jewish Museum | | | | | | $ 21,782.59 |
| | Invoice | 11/2/2022 | 6421 - TT | 1200 · ACCOUNT | $ 13,226.76 | $ 35,009.35 |
| Total Contemporary Jewish Museum | | | | | $ 13,226.76 | $ 35,009.35 |
| CPT - 221 Main | | | | | | $ (628.90) |
| Total CPT - 221 Main | | | | | | $ (628.90) |
| CPT - 650 California | | | | | | $ 375.00 |
| Total CPT - 650 California | | | | | | $ 375.00 |
| Cranbrook - 7677 Oakport St | | | | | | $ 15,441.00 |
| | Invoice | 11/3/2022 | 6476 - TT | 1200 · ACCOUNT | $ 1,478.04 | $ 16,919.04 |
| | Invoice | 11/3/2022 | 6475 - TT | 1200 · ACCOUNT | $ 6,728.83 | $ 23,647.87 |
| | Payment | 11/15/2022 | 56401 | 1200 · ACCOUNT | $ (12,935.71) | $ 10,712.16 |
| | Payment | 11/21/2022 | 56458 | 1200 · ACCOUNT | $ (8,206.87) | $ 2,505.29 |
| Total Cranbrook - 7677 Oakport St | | | | | $ (12,935.71) | $ 2,505.29 |
| CW - 425 Market Street | | | | | | $ 93,545.45 |
| | Invoice | 11/2/2022 | 6426 - TT | 1200 · ACCOUNT | $ 27,436.39 | $ 120,981.84 |
| | Invoice | 11/2/2022 | 6424 - TT | 1200 · ACCOUNT | $ 2,732.59 | $ 123,714.43 |
| | Payment | 11/3/2022 | 309900 | 1200 · ACCOUNT | $ (44,980.14) | $ 78,734.29 |
| | Payment | 11/10/2022 | 309909 | 1200 · ACCOUNT | $ (595.64) | $ 78,138.65 |
| | Payment | 11/10/2022 | 309910 | 1200 · ACCOUNT | $ (44,801.96) | $ 33,336.69 |
| | Payment | 11/17/2022 | 309934 | 1200 · ACCOUNT | $ (27,436.39) | $ 5,900.30 |
| | Payment | 11/17/2022 | 309933 | 1200 · ACCOUNT | $ (1,218.35) | $ 4,681.95 |
| Total CW - 425 Market Street | | | | | $ (88,863.50) | $ 4,681.95 |
| CW - 210 Post | | | | | | $ 9,261.00 |
| | Invoice | 11/2/2022 | 6402 - TT | 1200 · ACCOUNT | $ 9,723.95 | $ 18,984.95 |
| | Invoice | 11/2/2022 | 6401 - TT | 1200 · ACCOUNT | $ 13,685.86 | $ 32,670.81 |
| Total CW - 210 Post | | | | | $ 23,409.81 | $ 32,670.81 |
| CW - 375 Beale | | | | | | $ - |
| Total CW - 375 Beale | | | | | | $ - |
| CW - 71 Stevenson m | | | | | | $ - |
| Total CW - 71 Stevenson m | | | | | | $ - |
| Davis Partners - 20 California | | | | | | $ 3,478.76 |
| | Invoice | 11/1/2022 | 6389 - TT | 1200 · ACCOUNT | $ 2,153.06 | $ 5,631.82 |
| | Invoice | 11/15/2022 | 6330 - TT | 1200 · ACCOUNT | $ 3,520.10 | $ 9,151.92 |
| | Payment | 11/15/2022 | 2202 | 1200 · ACCOUNT | $ (9,193.26) | $ (41.34) |
| Total Davis Partners - 20 California | | | | | $ (3,520.10) | $ (41.34) |
| Davis Partners - 250 Montgomery | | | | | | $ 8,179.96 |
| | Payment | 11/9/2022 | 4169 | 1200 · ACCOUNT | $ (5,113.14) | $ 3,066.82 |
| Total Davis Partners - 250 Montgomery | | | | | $ (5,113.14) | $ 3,066.82 |
| Divco - 301 Howard | | | | | | $ 17,363.44 |
| | Invoice | 11/2/2022 | 6427 - TT | 1200 · ACCOUNT | $ 10,765.78 | $ 28,129.22 |
| | Payment | 11/15/2022 | 11319 | 1200 · ACCOUNT | $ (394.72) | $ 27,734.50 |
| | Payment | 11/21/2022 | 11325 | 1200 · ACCOUNT | $ (27,843.97) | $ (109.47) |
| Total Divco - 301 Howard | | | | | $ (17,472.91) | $ (109.47) |
| Dome Construction | | | | | | $ 8,137.50 |
| | Payment | 11/21/2022 | 150569 | 1200 · ACCOUNT | $ (1,081.50) | $ 7,056.00 |

Case: 22-30062    Doc# 365-3    Filed: 02/01/23    Entered: 02/01/23 10:07:39    Page 6 of 18

| | | | | | | |
|---|---|---|---|---|---|---|
| Total Dome Construction | | | | | $ (1,081.50) | $ 7,056.00 |
| Doublewood Investments  m | | | | | | $ 59,810.88 |
| Total Doublewood Investments  m | | | | | | $ 59,810.88 |
| DP Management - 30 Pacific  m | | | | | | $ - |
| Total DP Management - 30 Pacific  m | | | | | | $ - |
| ECP - 601 California | | | | | | $ 27,061.64 |
| | Invoice | 11/1/2022 | 6390 - TT | 1200 · ACCOUNT | $ 188.00 | $ 27,249.64 |
| | Invoice | 11/2/2022 | 6431 - TT | 1200 · ACCOUNT | $ 882.00 | $ 28,131.64 |
| | Invoice | 11/2/2022 | 6430 - TT | 1200 · ACCOUNT | $ 11,430.56 | $ 39,562.20 |
| | Payment | 11/9/2022 | 186033089 | 1200 · ACCOUNT | $ (1,344.00) | $ 38,218.20 |
| | Payment | 11/10/2022 | 186033099 | 1200 · ACCOUNT | $ (18,043.10) | $ 20,175.10 |
| | Payment | 11/15/2022 | 186033108 | 1200 · ACCOUNT | $ (1,844.00) | $ 18,331.10 |
| | Payment | 11/21/2022 | 186033123 | 1200 · ACCOUNT | $ (882.00) | $ 17,449.10 |
| | Payment | 11/21/2022 | 186033131 | 1200 · ACCOUNT | $ (846.00) | $ 16,603.10 |
| | Payment | 11/23/2022 | 186033143 | 1200 · ACCOUNT | $ (11,430.56) | $ 5,172.54 |
| Total ECP - 601 California | | | | | $ (21,889.10) | $ 5,172.54 |
| Ellis Partners - 2120 Broadway | | | | | | $ - |
| | Invoice | 11/2/2022 | 6420 - TT | 1200 · ACCOUNT | $ 13,351.79 | $ 13,351.79 |
| Total Ellis Partners - 2120 Broadway | | | | | $ 13,351.79 | $ 13,351.79 |
| First Shattuck, LLC. | | | | | | $ 18,493.22 |
| | Invoice | 11/3/2022 | 6477 - TT | 1200 · ACCOUNT | $ 3,212.80 | $ 21,706.02 |
| | Payment | 11/4/2022 | 167054423 | 1200 · ACCOUNT | $ (5,433.60) | $ 16,272.42 |
| | Payment | 11/21/2022 | 167054724 | 1200 · ACCOUNT | $ (3,212.80) | $ 13,059.62 |
| Total First Shattuck, LLC. | | | | | $ (5,433.60) | $ 13,059.62 |
| Fivey Comapny | | | | | | $ 11,169.00 |
| | Invoice | 11/3/2022 | 6480 - TT | 1200 · ACCOUNT | $ 2,188.80 | $ 13,357.80 |
| | Payment | 11/7/2022 | 20802 | 1200 · ACCOUNT | $ (3,723.00) | $ 9,634.80 |
| | Payment | 11/7/2022 | 20789 | 1200 · ACCOUNT | $ (3,723.00) | $ 5,911.80 |
| Total Fivey Comapny | | | | | $ (5,257.20) | $ 5,911.80 |
| Flynn 222 Kearny | | | | | | $ 12,457.60 |
| | Invoice | 11/2/2022 | 6432 - TT | 1200 · ACCOUNT | $ 7,958.40 | $ 20,416.00 |
| Total Flynn 222 Kearny | | | | | $ 7,958.40 | $ 20,416.00 |
| Harvest - 400 Montgomery | | | | | | $ - |
| Total Harvest - 400 Montgomery | | | | | | $ - |
| Harvest - 55 Hawthorne m | | | | | | $ 31,427.57 |
| | Invoice | 11/2/2022 | 6463 - TT | 1200 · ACCOUNT | $ 6,483.88 | $ 37,911.45 |
| | Invoice | 11/4/2022 | 6378A - TT | 1200 · ACCOUNT | $ 13,105.89 | $ 51,017.34 |
| | Payment | 11/7/2022 | 3666 | 1200 · ACCOUNT | $ (12,572.96) | $ 38,444.38 |
| | Payment | 11/21/2022 | 4024 | 1200 · ACCOUNT | $ (24,582.49) | $ 13,861.89 |
| Total Harvest - 55 Hawthorne m | | | | | $ (17,565.68) | $ 13,861.89 |
| Harvest - Bay Center | | | | | | $ - |
| | Invoice | 11/2/2022 | 6425 - TT | 1200 · ACCOUNT | $ 11,734.84 | $ 11,734.84 |
| | Payment | 11/21/2022 | 10791 | 1200 · ACCOUNT | $ (11,734.84) | $ - |
| Total Harvest - Bay Center | | | | | $ - | $ - |
| Harvest - USPA City Center | | | | | | $ - |
| | Invoice | 11/3/2022 | 6454 - TT | 1200 · ACCOUNT | $ 53,221.40 | $ 53,221.40 |
| | Payment | 11/21/2022 | 2550 | 1200 · ACCOUNT | $ (53,221.40) | $ - |
| Total Harvest - USPA City Center | | | | | $ - | $ - |
| Head-Royce School | | | | | | $ - |
| | Invoice | 11/3/2022 | 6455 - TT | 1200 · ACCOUNT | $ 26,575.22 | $ 26,575.22 |
| | Payment | 11/21/2022 | 109779 | 1200 · ACCOUNT | $ (26,575.22) | $ - |
| Total Head-Royce School | | | | | $ - | $ - |
| Jamestown Premier - 731 Market St | | | | | | $ - |
| Total Jamestown Premier - 731 Market St | | | | | | $ - |
| Jay Paul Company - 181 Fremont | | | | | | $ 15,652.70 |
| | Invoice | 11/2/2022 | 6418 - TT | 1200 · ACCOUNT | $ 28,565.77 | $ 44,218.47 |
| | Invoice | 11/2/2022 | 6417 - TT | 1200 · ACCOUNT | $ 7,341.89 | $ 51,560.36 |
| | Invoice | 11/2/2022 | 6416 - TT | 1200 · ACCOUNT | $ 10,635.30 | $ 62,195.66 |
| | Invoice | 11/2/2022 | 6415 - TT | 1200 · ACCOUNT | $ 10,476.58 | $ 72,672.24 |
| | Invoice | 11/2/2022 | 6413 - TT | 1200 · ACCOUNT | $ 8,707.44 | $ 81,379.68 |
| | Invoice | 11/2/2022 | 6411 - TT | 1200 · ACCOUNT | $ 6,318.00 | $ 87,697.68 |
| | Invoice | 11/2/2022 | 6410 - TT | 1200 · ACCOUNT | $ 14,048.30 | $ 101,745.98 |
| | Invoice | 11/2/2022 | 6409 - TT | 1200 · ACCOUNT | $ 16,918.20 | $ 118,664.18 |

| | Type | Date | Num | Account | Amount | Balance |
|---|---|---|---|---|---:|---:|
| | Invoice | 11/2/2022 | 6408 - TT | 1200 · ACCOUNT | $ 3,456.00 | $ 122,120.18 |
| | Invoice | 11/4/2022 | 6494 - TT | 1200 · ACCOUNT | $ 19,748.08 | $ 141,868.26 |
| | Invoice | 11/4/2022 | 6493 - TT | 1200 · ACCOUNT | $ 14,926.28 | $ 156,794.54 |
| | Payment | 11/16/2022 | 3287 | 1200 · ACCOUNT | $ (89,686.95) | $ 67,107.59 |
| | Payment | 11/16/2022 | 199 | 1200 · ACCOUNT | $ (38,666.85) | $ 28,440.74 |
| Total Jay Paul Company - 181 Fremont | | | | | $ 12,788.04 | $ 28,440.74 |
| JKL Corp - 90 New Montgomery | | | | | | $ 10,938.42 |
| | Invoice | 11/2/2022 | 6433 - TT | 1200 · ACCOUNT | $ 3,446.52 | $ 14,384.94 |
| | Payment | 11/21/2022 | 10954 | 1200 · ACCOUNT | $ (5,690.16) | $ 8,694.78 |
| | Payment | 11/28/2022 | 11016 | 1200 · ACCOUNT | $ (3,446.52) | $ 5,248.26 |
| Total JKL Corp - 90 New Montgomery | | | | | $ (5,690.16) | $ 5,248.26 |
| JLL - 101 Montgomery | | | | | | $ 27,170.71 |
| | Invoice | 11/2/2022 | 6434 - TT | 1200 · ACCOUNT | $ 8,250.83 | $ 35,421.54 |
| | Payment | 11/16/2022 | 102424 | 1200 · ACCOUNT | $ (13,366.70) | $ 22,054.84 |
| | Payment | 11/23/2022 | 102435 | 1200 · ACCOUNT | $ (8,250.83) | $ 13,804.01 |
| Total JLL - 101 Montgomery | | | | | $ (13,366.70) | $ 13,804.01 |
| JLL - 1300 Clay St | | | | | | $ 4,955.46 |
| | Invoice | 11/3/2022 | 6471 - TT | 1200 · ACCOUNT | $ 5,176.77 | $ 10,132.23 |
| | Invoice | 11/3/2022 | 6467 - TT | 1200 · ACCOUNT | $ 21,245.50 | $ 31,377.73 |
| | Invoice | 11/3/2022 | 6465 - TT | 1200 · ACCOUNT | $ 21,375.64 | $ 52,753.37 |
| | Payment | 11/22/2022 | 504191 | 1200 · ACCOUNT | $ (52,613.37) | $ 140.00 |
| Total JLL - 1300 Clay St | | | | | $ (4,815.46) | $ 140.00 |
| JLL - 150 Spear Street  m | | | | | | $ 33,363.85 |
| Total JLL - 150 Spear Street  m | | | | | | $ 33,363.85 |
| JLL - 1700 California | | | | | | $ 21,546.24 |
| | Invoice | 11/2/2022 | 6437 - TT | 1200 · ACCOUNT | $ 4,294.44 | $ 25,840.68 |
| | Payment | 11/15/2022 | 2200270 | 1200 · ACCOUNT | $ (6,787.68) | $ 19,053.00 |
| Total JLL - 1700 California | | | | | $ (2,493.24) | $ 19,053.00 |
| JLL - 201 Mission  m | | | | | | $ 3,831.85 |
| | Invoice | 11/2/2022 | 6459 - TT | 1200 · ACCOUNT | $ 950.00 | $ 4,781.85 |
| | Payment | 11/9/2022 | 14256 | 1200 · ACCOUNT | $ (2,025.00) | $ 2,756.85 |
| | Payment | 11/9/2022 | 14257 | 1200 · ACCOUNT | $ (500.00) | $ 2,256.85 |
| | Payment | 11/16/2022 | 14277 | 1200 · ACCOUNT | $ (950.00) | $ 1,306.85 |
| Total JLL - 201 Mission  m | | | | | $ (2,525.00) | $ 1,306.85 |
| JLL - 353 Sacramento  m | | | | | | $ - |
| | Invoice | 11/4/2022 | 6495 - TT | 1200 · ACCOUNT | $ 450.00 | $ 450.00 |
| Total JLL - 353 Sacramento  m | | | | | $ 450.00 | $ 450.00 |
| JLL - 425 California | | | | | | $ 24,361.82 |
| | Invoice | 11/1/2022 | 6391 - TT | 1200 · ACCOUNT | $ 7,673.92 | $ 32,035.74 |
| | Payment | 11/9/2022 | 12998 | 1200 · ACCOUNT | $ (23,861.82) | $ 8,173.92 |
| | Payment | 11/16/2022 | 13022 | 1200 · ACCOUNT | $ (7,673.92) | $ 500.00 |
| | Payment | 11/23/2022 | 13026 | 1200 · ACCOUNT | $ (500.00) | $ - |
| Total JLL - 425 California | | | | | $ (24,361.82) | $ - |
| JLL - 456 Montgomery | | | | | | $ 32,687.76 |
| | Invoice | 11/2/2022 | 6452 - TT | 1200 · ACCOUNT | $ 10,227.84 | $ 42,915.60 |
| | Payment | 11/3/2022 | 2200461 | 1200 · ACCOUNT | $ (16,358.37) | $ 26,557.23 |
| | Payment | 11/15/2022 | 2200487 | 1200 · ACCOUNT | $ (16,413.18) | $ 10,144.05 |
| | Payment | 11/21/2022 | 2200503 | 1200 · ACCOUNT | $ (10,227.84) | $ (83.79) |
| Total JLL - 456 Montgomery | | | | | $ (32,771.55) | $ (83.79) |
| JLL - 475 Sansome  m | | | | | | $ - |
| Total JLL - 475 Sansome  m | | | | | | $ - |
| JLL - 580 California  m | | | | | | $ 1,660.71 |
| | Invoice | 11/2/2022 | 6403 - TT | 1200 · ACCOUNT | $ 35,448.37 | $ 37,109.08 |
| | Payment | 11/3/2022 | 4907 | 1200 · ACCOUNT | $ (1,200.00) | $ 35,909.08 |
| Total JLL - 580 California  m | | | | | $ 34,248.37 | $ 35,909.08 |
| JLL - 600 California Street  m | | | | | | $ - |
| | Invoice | 11/2/2022 | 6460 - TT | 1200 · ACCOUNT | $ 940.00 | $ 940.00 |
| Total JLL - 600 California Street  m | | | | | $ 940.00 | $ 940.00 |
| JLL - Post Montgomery Center | | | | | | $ 135,468.08 |
| | Invoice | 11/3/2022 | 6464 - TT | 1200 · ACCOUNT | $ 352.00 | $ 135,820.08 |
| | Invoice | 11/3/2022 | 6461 - TT | 1200 · ACCOUNT | $ 720.00 | $ 136,540.08 |
| | Payment | 11/7/2022 | 2200695 | 1200 · ACCOUNT | $ (73,382.40) | $ 63,157.68 |
| | Payment | 11/15/2022 | 2200707 | 1200 · ACCOUNT | $ (54,596.00) | $ 8,561.68 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Payment | 11/21/2022 | 2200728 | 1200 · ACCOUNT | $ | (720.00) | $ | 7,841.68 |
| Total JLL - Post Montgomery Center | | | | | $ | (127,626.40) | $ | 7,841.68 |
| LEHO - 1515 Webster | | | | | | | $ | 29,332.32 |
| Total LEHO - 1515 Webster | | | | | | | $ | 29,332.32 |
| LEHO - 2228 Livingston | | | | | | | $ | 56,951.51 |
| Total LEHO - 2228 Livingston | | | | | | | $ | 56,951.51 |
| LEHO - 405 14th st | | | | | | | $ | 47,501.00 |
| Total LEHO - 405 14th st | | | | | | | $ | 47,501.00 |
| LEHO - 409 13th Street | | | | | | | $ | 34,010.02 |
| Total LEHO - 409 13th Street | | | | | | | $ | 34,010.02 |
| Levi Plaza | | | | | | | $ | - |
| Total Levi Plaza | | | | | | | $ | - |
| LLC - 225 Bush St | | | | | | | $ | 31,073.09 |
| | Invoice | 11/2/2022 | 6456 - TT | 1200 · ACCOUNT | $ | 19,508.40 | $ | 50,581.49 |
| Total LLC - 225 Bush St | | | | | $ | 19,508.40 | $ | 50,581.49 |
| Local 261 - Shotwell | | | | | | | $ | - |
| Total Local 261 - Shotwell | | | | | | | $ | - |
| Lowe Enterprises - 500 Ygnacio | | | | | | | $ | 5,681.04 |
| | Invoice | 11/3/2022 | 6470 - TT | 1200 · ACCOUNT | $ | 1,833.66 | $ | 7,514.70 |
| | Payment | 11/7/2022 | 842 | 1200 · ACCOUNT | $ | (2,840.52) | $ | 4,674.18 |
| Total Lowe Enterprises - 500 Ygnacio | | | | | $ | (1,006.86) | $ | 4,674.18 |
| McCann-Erickson - 600 Battery  m | | | | | | | $ | 495.00 |
| | Payment | 11/21/2022 | 2660000 | 1200 · ACCOUNT | $ | (495.00) | $ | - |
| Total McCann-Erickson - 600 Battery  m | | | | | $ | (495.00) | $ | - |
| Metrovation | | | | | | | $ | 28,052.64 |
| | Payment | 11/9/2022 | 6364 | 1200 · ACCOUNT | $ | (9,350.88) | $ | 18,701.76 |
| Total Metrovation | | | | | $ | (9,350.88) | $ | 18,701.76 |
| MIRI - 2036 Bancroft | | | | | | | $ | - |
| Total MIRI - 2036 Bancroft | | | | | | | $ | - |
| MRM Mgmt. Co. - 88 King St | | | | | | | $ | - |
| Total MRM Mgmt. Co. - 88 King St | | | | | | | $ | - |
| Novo Construction - 999 Brannan | | | | | | | $ | - |
| Total Novo Construction - 999 Brannan | | | | | | | $ | - |
| Olympic Club – Lakeside Course  m | | | | | | | $ | (0.34) |
| | Invoice | 11/2/2022 | 6404 - TT | 1200 · ACCOUNT | $ | 29,553.13 | $ | 29,552.79 |
| | Payment | 11/16/2022 | 324993 | 1200 · ACCOUNT | $ | (29,553.13) | $ | (0.34) |
| Total Olympic Club – Lakeside Course  m | | | | | $ | - | $ | (0.34) |
| Olympic Club  m | | | | | | | $ | - |
| Total Olympic Club  m | | | | | | | $ | - |
| One Kearny Master Tenant, LP | | | | | | | $ | - |
| Total One Kearny Master Tenant, LP | | | | | | | $ | - |
| One Rincon Hill Association | | | | | | | $ | - |
| Total One Rincon Hill Association | | | | | | | $ | - |
| Ouster Inc. | | | | | | | $ | - |
| Total Ouster Inc. | | | | | | | $ | - |
| Pacific Waterfront Partners, LLC.  m | | | | | | | $ | 36,672.03 |
| | Invoice | 11/1/2022 | 6382 - TT | 1200 · ACCOUNT | $ | 936.00 | $ | 37,608.03 |
| | Invoice | 11/2/2022 | 6405 - TT | 1200 · ACCOUNT | $ | 35,669.30 | $ | 73,277.33 |
| | Payment | 11/15/2022 | 3762 | 1200 · ACCOUNT | $ | (360.00) | $ | 72,917.33 |
| | Payment | 11/21/2022 | 3776 | 1200 · ACCOUNT | $ | (36,605.30) | $ | 36,312.03 |
| Total Pacific Waterfront Partners, LLC.  m | | | | | $ | (360.00) | $ | 36,312.03 |
| PGI- One Front St | | | | | | | $ | 33,008.16 |
| | Invoice | 11/2/2022 | 6458 - TT | 1200 · ACCOUNT | $ | 20,301.57 | $ | 53,309.73 |
| | Payment | 11/7/2022 | 4475 | 1200 · ACCOUNT | $ | (930.00) | $ | 52,379.73 |
| | Payment | 11/21/2022 | 4500 | 1200 · ACCOUNT | $ | (52,559.73) | $ | (180.00) |
| Total PGI- One Front St | | | | | $ | (33,188.16) | $ | (180.00) |
| PGI - 111 Sutter | | | | | | | $ | 35,014.05 |
| | Invoice | 11/4/2022 | 6492 - TT | 1200 · ACCOUNT | $ | 11,007.78 | $ | 46,021.83 |
| | Payment | 11/15/2022 | 2518 | 1200 · ACCOUNT | $ | (16,920.05) | $ | 29,101.78 |
| | Payment | 11/17/2022 | 2523 | 1200 · ACCOUNT | $ | (18,094.00) | $ | 11,007.78 |
| | Payment | 11/21/2022 | 2535 | 1200 · ACCOUNT | $ | (11,007.78) | $ | - |
| Total PGI - 111 Sutter | | | | | $ | (35,014.05) | $ | - |
| PGI - 50 Beale | | | | | | | $ | 60,976.52 |

| | Type | Date | Num | Account | Amount | Balance |
|---|---|---|---|---|---|---|
| | Invoice | 11/4/2022 | 6496 - TT | 1200 · ACCOUNT | $ 18,974.88 | $ 79,951.40 |
| | Payment | 11/7/2022 | 4850 | 1200 · ACCOUNT | $ (30,056.52) | $ 49,894.88 |
| | Payment | 11/7/2022 | 4858 | 1200 · ACCOUNT | $ (180.00) | $ 49,714.88 |
| | Payment | 11/17/2022 | 4896 | 1200 · ACCOUNT | $ (30,740.00) | $ 18,974.88 |
| Total PGI - 50 Beale | | | | | $ (42,001.64) | $ 18,974.88 |
| PGI - 55 2nd St | | | | | | $ 29,502.25 |
| | Invoice | 11/4/2022 | 6497 - TT | 1200 · ACCOUNT | $ 15,092.77 | $ 44,595.02 |
| | Payment | 11/7/2022 | 2190 | 1200 · ACCOUNT | $ (23,733.18) | $ 20,861.84 |
| | Payment | 11/17/2022 | 2216 | 1200 · ACCOUNT | $ (15,092.77) | $ 5,769.07 |
| Total PGI - 55 2nd St | | | | | $ (23,733.18) | $ 5,769.07 |
| PGI - 555/575 Market | | | | | | $ 191,655.51 |
| | Invoice | 11/4/2022 | 6491 - TT | 1200 · ACCOUNT | $ 27,610.50 | $ 219,266.01 |
| | Invoice | 11/4/2022 | 6490 - TT | 1200 · ACCOUNT | $ 1,439.10 | $ 220,705.11 |
| | Payment | 11/7/2022 | | 1200 · ACCOUNT | $ (750.00) | $ 219,955.11 |
| | Payment | 11/10/2022 | 3253 | 1200 · ACCOUNT | $ (43,819.85) | $ 176,135.26 |
| | Payment | 11/17/2022 | 3257 | 1200 · ACCOUNT | $ (89,760.26) | $ 86,375.00 |
| | Payment | 11/21/2022 | 3290 | 1200 · ACCOUNT | $ (27,610.50) | $ 58,764.50 |
| Total PGI - 555/575 Market | | | | | $ (132,891.01) | $ 58,764.50 |
| PGI - One Market Plaza | | | | | | $ 99,355.28 |
| | Invoice | 11/4/2022 | 6498 - TT | 1200 · ACCOUNT | $ 53,896.00 | $ 153,251.28 |
| | Payment | 11/7/2022 | 8568 | 1200 · ACCOUNT | $ (98,081.39) | $ 55,169.89 |
| | Payment | 11/7/2022 | 8585 | 1200 · ACCOUNT | $ (180.00) | $ 54,989.89 |
| Total PGI - One Market Plaza | | | | | $ (44,365.39) | $ 54,989.89 |
| Ponte Gadea CA, LLC. - 360 Post m | | | | | | $ 1,194.84 |
| Total Ponte Gadea CA, LLC. - 360 Post m | | | | | | $ 1,194.84 |
| RiverRock - 1100 Broadway | | | | | | $ - |
| Total RiverRock - 1100 Broadway | | | | | | $ - |
| Rubicon- 1128 Market | | | | | | $ 15,462.50 |
| | Invoice | 11/2/2022 | 6438 - TT | 1200 · ACCOUNT | $ 1,651.20 | $ 17,113.70 |
| | Payment | 11/21/2022 | 774 | 1200 · ACCOUNT | $ (7,361.60) | $ 9,752.10 |
| Total Rubicon- 1128 Market | | | | | $ (5,710.40) | $ 9,752.10 |
| Rubicon - 300 Frank Ogawa Ave | | | | | | $ 10,250.89 |
| | Invoice | 11/3/2022 | 6483 - TT | 1200 · ACCOUNT | $ 6,296.76 | $ 16,547.65 |
| | Payment | 11/21/2022 | 537 | 1200 · ACCOUNT | $ (10,395.79) | $ 6,151.86 |
| Total Rubicon - 300 Frank Ogawa Ave | | | | | $ (4,099.03) | $ 6,151.86 |
| San Francisco Art Institute | | | | | | $ - |
| Total San Francisco Art Institute | | | | | | $ - |
| San Leandro | | | | | | $ - |
| Total San Leandro | | | | | | $ - |
| San Leandro - Deaf Community | | | | | | $ - |
| Total San Leandro - Deaf Community | | | | | | $ - |
| Seagate Properties, Inc. - 80 Grand | | | | | | $ 810.00 |
| | Invoice | 11/3/2022 | 6479 - TT | 1200 · ACCOUNT | $ 7,843.56 | $ 8,653.56 |
| | Payment | 11/15/2022 | 803 | 1200 · ACCOUNT | $ (7,843.56) | $ 810.00 |
| Total Seagate Properties, Inc. - 80 Grand | | | | | $ - | $ 810.00 |
| Seal Security m | | | | | | $ - |
| Total Seal Security m | | | | | | $ - |
| Sequoia Living | | | | | | $ 44,446.88 |
| | Invoice | 11/1/2022 | 6399 - TT | 1200 · ACCOUNT | $ 8,256.48 | $ 52,703.36 |
| | Invoice | 11/2/2022 | 6440 - TT | 1200 · ACCOUNT | $ 19,921.14 | $ 72,624.50 |
| | Invoice | 11/2/2022 | 6429 - TT | 1200 · ACCOUNT | $ 8,256.48 | $ 80,880.98 |
| | Invoice | 11/2/2022 | 6428 - TT | 1200 · ACCOUNT | $ 6,806.25 | $ 87,687.23 |
| | Payment | 11/4/2022 | 465 | 1200 · ACCOUNT | $ (12,879.04) | $ 74,808.19 |
| | Payment | 11/4/2022 | 376 | 1200 · ACCOUNT | $ (23,992.56) | $ 50,815.63 |
| | Payment | 11/15/2022 | 384 | 1200 · ACCOUNT | $ (15,062.73) | $ 35,752.90 |
| | Payment | 11/15/2022 | 470 | 1200 · ACCOUNT | $ (8,256.48) | $ 27,496.42 |
| | Payment | 11/21/2022 | 9442 | 1200 · ACCOUNT | $ (47,106.36) | $ (19,609.94) |
| Total Sequoia Living | | | | | $ (64,056.82) | $ (19,609.94) |
| Sequoias Living - WC | | | | | | $ 8,942.52 |
| | Invoice | 11/3/2022 | 6486 - TT | 1200 · ACCOUNT | $ 4,534.68 | $ 13,477.20 |
| Total Sequoias Living - WC | | | | | $ 4,534.68 | $ 13,477.20 |
| SF Aids Foundation | | | | | | $ - |
| Total SF Aids Foundation | | | | | | $ - |

| Customer / Type | Type | Date | Num | Account | Amount | Balance |
|---|---|---|---|---|---|---|
| Sierra Maestra Properties - 153 Kearny m | | | | | | $ - |
| | Invoice | 11/1/2022 | 6383 - TT | 1200 · ACCOUNT | $ 6,747.30 | $ 6,747.30 |
| Total Sierra Maestra Properties - 153 Kearny m | | | | | $ 6,747.30 | $ 6,747.30 |
| Solaire - 299 Fremont | | | | | | $ - |
| Total Solaire - 299 Fremont | | | | | | $ - |
| Spring Fertility - 80 Grand | | | | | | $ 1,559.88 |
| | Invoice | 11/3/2022 | 6481 - TT | 1200 · ACCOUNT | $ 1,657.81 | $ 3,217.69 |
| | Payment | 11/7/2022 | 66890488 | 1200 · ACCOUNT | $ (1,559.88) | $ 1,657.81 |
| Total Spring Fertility - 80 Grand | | | | | $ 97.93 | $ 1,657.81 |
| SSA - Latham Square | | | | | | $ 22,483.88 |
| | Invoice | 11/3/2022 | 6484 - TT | 1200 · ACCOUNT | $ 7,162.08 | $ 29,645.96 |
| | Payment | 11/15/2022 | 2353 | 1200 · ACCOUNT | $ (18,422.24) | $ 11,223.72 |
| Total SSA - Latham Square | | | | | $ (11,260.16) | $ 11,223.72 |
| STG Group - 500 12th St | | | | | | $ (0.02) |
| | Invoice | 11/3/2022 | 6478 - TT | 1200 · ACCOUNT | $ 5,924.50 | $ 5,924.48 |
| | Invoice | 11/3/2022 | 6469 - TT | 1200 · ACCOUNT | $ 12,176.76 | $ 18,101.24 |
| | Invoice | 11/3/2022 | 6466 - TT | 1200 · ACCOUNT | $ 8,867.88 | $ 26,969.12 |
| | Invoice | 11/3/2022 | 6457 - TT | 1200 · ACCOUNT | $ 12,229.56 | $ 39,198.68 |
| | Payment | 11/15/2022 | 1263 | 1200 · ACCOUNT | $ (12,229.56) | $ 26,969.12 |
| | Payment | 11/15/2022 | 4372 | 1200 · ACCOUNT | $ (26,969.14) | $ (0.02) |
| Total STG Group - 500 12th St | | | | | $ - | $ (0.02) |
| Sutro Towers | | | | | | $ 50,783.97 |
| | Invoice | 11/1/2022 | 6394 - TT | 1200 · ACCOUNT | $ 16,356.16 | $ 67,140.13 |
| | Payment | 11/9/2022 | 66917948 | 1200 · ACCOUNT | $ (50,783.97) | $ 16,356.16 |
| | Payment | 11/22/2022 | 67242928 | 1200 · ACCOUNT | $ (16,356.16) | $ - |
| Total Sutro Towers | | | | | $ (50,783.97) | $ - |
| Sutter Pacific Medical | | | | | | $ - |
| Total Sutter Pacific Medical | | | | | | $ - |
| SWE, Ltd. - 1035 Market | | | | | | $ 29,935.91 |
| | Invoice | 11/2/2022 | 6439 - TT | 1200 · ACCOUNT | $ 3,084.48 | $ 33,020.39 |
| Total SWE, Ltd. - 1035 Market | | | | | $ 3,084.48 | $ 33,020.39 |
| SWE, Ltd. - 311 California | | | | | | $ 21,795.26 |
| | Invoice | 11/1/2022 | 6392 - TT | 1200 · ACCOUNT | $ 2,603.04 | $ 24,398.30 |
| Total SWE, Ltd. - 311 California | | | | | $ 2,603.04 | $ 24,398.30 |
| SWE, Ltd. - 785 Market Street | | | | | | $ 15,047.30 |
| | Invoice | 11/1/2022 | 6393 - TT | 1200 · ACCOUNT | $ 2,289.69 | $ 17,336.99 |
| Total SWE, Ltd. - 785 Market Street | | | | | $ 2,289.69 | $ 17,336.99 |
| Swift REP Co. - 55 New Mont | | | | | | $ - |
| Total Swift REP Co. - 55 New Mont | | | | | | $ - |
| Swig - 350 Treat | | | | | | $ - |
| Total Swig - 350 Treat | | | | | | $ - |
| Swig - 501 2nd Street | | | | | | $ 32,318.14 |
| | Invoice | 11/1/2022 | 6395 - TT | 1200 · ACCOUNT | $ 450.00 | $ 32,768.14 |
| | Invoice | 11/2/2022 | 6450 - TT | 1200 · ACCOUNT | $ 648.00 | $ 33,416.14 |
| | Invoice | 11/2/2022 | 6449 - TT | 1200 · ACCOUNT | $ 8,065.62 | $ 41,481.76 |
| | Payment | 11/7/2022 | 3640008934 | 1200 · ACCOUNT | $ (700.00) | $ 40,781.76 |
| | Payment | 11/15/2022 | 364008999 | 1200 · ACCOUNT | $ (15,552.57) | $ 25,229.19 |
| | Payment | 11/15/2022 | 3640009010 | 1200 · ACCOUNT | $ (450.00) | $ 24,779.19 |
| | Payment | 11/21/2022 | 3640009070 | 1200 · ACCOUNT | $ (15,552.57) | $ 9,226.62 |
| Total Swig - 501 2nd Street | | | | | $ (23,091.52) | $ 9,226.62 |
| Swig - 633 Folsom | | | | | | $ - |
| Total Swig - 633 Folsom | | | | | | $ - |
| Swig - 901 Battery Street | | | | | | $ - |
| Total Swig - 901 Battery Street | | | | | | $ - |
| Swig - 220 Montgomery | | | | | | $ 43,874.58 |
| | Invoice | 11/1/2022 | 6396 - TT | 1200 · ACCOUNT | $ 396.00 | $ 44,270.58 |
| | Invoice | 11/2/2022 | 6443 - TT | 1200 · ACCOUNT | $ 22,745.80 | $ 67,016.38 |
| | Invoice | 11/2/2022 | 6442 - TT | 1200 · ACCOUNT | $ 1,669.80 | $ 68,686.18 |
| | Payment | 11/21/2022 | 3640009049 | 1200 · ACCOUNT | $ (80,877.88) | $ (12,191.70) |
| | Payment | 11/21/2022 | 3640009052 | 1200 · ACCOUNT | $ (4,573.80) | $ (16,765.50) |
| Total Swig - 220 Montgomery | | | | | $ (60,640.08) | $ (16,765.50) |
| Swig Co - Kaiser Center | | | | | | $ - |
| Total Swig Co - Kaiser Center | | | | | | $ - |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Swinerton Builders - 1200 Clay St | | | | | | $ | - |
| Total Swinerton Builders - 1200 Clay St | | | | | | $ | - |
| TEMPORARY JOBS | | | | | | $ | - |
| Total TEMPORARY JOBS | | | | | | $ | - |
| Transdev - 1750 Broadway | | | | | | $ | 14,449.44 |
| | Invoice | 11/3/2022 | 6485 - TT | 1200 · ACCOUNT | $ 3,196.52 | $ | 17,645.96 |
| | Payment | 11/15/2022 | 1198908 | 1200 · ACCOUNT | $ (4,709.88) | $ | 12,936.08 |
| | Payment | 11/28/2022 | 1201165 | 1200 · ACCOUNT | $ (4,965.72) | $ | 7,970.36 |
| Total Transdev - 1750 Broadway | | | | | $ (6,479.08) | $ | 7,970.36 |
| Transwestern - 1019 Market | | | | | | $ | 4,680.00 |
| | Invoice | 11/2/2022 | 6407 - TT | 1200 · ACCOUNT | $ 27,695.55 | $ | 32,375.55 |
| | Payment | 11/7/2022 | 42611 | 1200 · ACCOUNT | $ (4,680.00) | $ | 27,695.55 |
| | Payment | 11/28/2022 | 101002053 | 1200 · ACCOUNT | $ (27,695.55) | $ | - |
| Total Transwestern - 1019 Market | | | | | $ (4,680.00) | $ | - |
| Transwestern - 110 Sutter | | | | | | $ | - |
| Total Transwestern - 110 Sutter | | | | | | $ | - |
| Transwestern - Essex - 1390 Market | | | | | | $ | - |
| Total Transwestern - Essex - 1390 Market | | | | | | $ | - |
| Transwestern - Fox Plaza 1390 Market | | | | | | $ | - |
| Total Transwestern - Fox Plaza 1390 Market | | | | | | $ | - |
| Trinity Mgmt. - Trinity Center | | | | | | $ | - |
| Total Trinity Mgmt. - Trinity Center | | | | | | $ | - |
| Tusker Corporation - 1635 Divisadero | | | | | | $ | 11,102.02 |
| | Invoice | 11/1/2022 | 6397 - TT | 1200 · ACCOUNT | $ 812.44 | $ | 11,914.46 |
| | Invoice | 11/2/2022 | 6444 - TT | 1200 · ACCOUNT | $ 6,205.51 | $ | 18,119.97 |
| | Payment | 11/9/2022 | 19981 | 1200 · ACCOUNT | $ (10,541.72) | $ | 7,578.25 |
| | Payment | 11/21/2022 | 20006 | 1200 · ACCOUNT | $ (7,017.95) | $ | 560.30 |
| Total Tusker Corporation - 1635 Divisadero | | | | | $ (10,541.72) | $ | 560.30 |
| Uber Technologies | | | | | | $ | - |
| Total Uber Technologies | | | | | | $ | - |
| Unity - 30 Third St m | | | | | | $ | - |
| Total Unity - 30 Third St m | | | | | | $ | - |
| Van Barton - 100 Montgomery | | | | | | $ | - |
| | Invoice | 11/1/2022 | 6384 - TT | 1200 · ACCOUNT | $ 38,558.88 | $ | 38,558.88 |
| | Payment | 11/28/2022 | 5593 | 1200 · ACCOUNT | $ (38,558.88) | $ | - |
| Total Van Barton - 100 Montgomery | | | | | $ - | $ | - |
| Van Barton - 101 Mission | | | | | | $ | 14,957.36 |
| | Invoice | 11/2/2022 | 6448 - TT | 1200 · ACCOUNT | $ 180.00 | $ | 15,137.36 |
| | Invoice | 11/2/2022 | 6447 - TT | 1200 · ACCOUNT | $ 9,106.16 | $ | 24,243.52 |
| | Payment | 11/15/2022 | 3205 | 1200 · ACCOUNT | $ (9,286.16) | $ | 14,957.36 |
| | Payment | 11/15/2022 | 3200 | 1200 · ACCOUNT | $ (14,957.36) | $ | - |
| Total Van Barton - 101 Mission | | | | | $ (14,957.36) | $ | - |
| Van Barton - 115 Sansome | | | | | | $ | 46,271.57 |
| | Invoice | 11/1/2022 | 6398 - TT | 1200 · ACCOUNT | $ 5,048.19 | $ | 51,319.76 |
| Total Van Barton - 115 Sansome | | | | | $ 5,048.19 | $ | 51,319.76 |
| Vanguard - 1611 Telegraph Ave | | | | | | $ | - |
| | Invoice | 11/3/2022 | 6482 - TT | 1200 · ACCOUNT | $ 23,273.48 | $ | 23,273.48 |
| | Payment | 11/30/2022 | EDIPMNT ID:63537INDN | 1200 · ACCOUNT | $ (23,273.48) | $ | - |
| Total Vanguard - 1611 Telegraph Ave | | | | | $ - | $ | - |
| WCI - 1023 Mission | | | | | | $ | 37,326.65 |
| | Invoice | 11/2/2022 | 6445 - TT | 1200 · ACCOUNT | $ 3,665.66 | $ | 40,992.31 |
| Total WCI - 1023 Mission | | | | | $ 3,665.66 | $ | 40,992.31 |
| Wellington Prop - 1438 Webster | | | | | | $ | (3,540.40) |
| | Invoice | 11/3/2022 | 6487 - TT | 1200 · ACCOUNT | $ 9,698.28 | $ | 6,157.88 |
| | Payment | 11/15/2022 | 3000000191 | 1200 · ACCOUNT | $ (9,698.28) | $ | (3,540.40) |
| Total Wellington Prop - 1438 Webster | | | | | $ - | $ | (3,540.40) |
| Wilson Meany - 450 Sansome, LLC. | | | | | | $ | - |
| Total Wilson Meany - 450 Sansome, LLC. | | | | | | $ | - |
| Windsor Management | | | | | | $ | - |
| Total Windsor Management | | | | | | $ | - |
| YCS Investments - 170 Maiden Ln | | | | | | $ | 27,154.83 |
| | Invoice | 11/2/2022 | 6446 - TT | 1200 · ACCOUNT | $ 6,100.24 | $ | 33,255.07 |
| Total YCS Investments - 170 Maiden Ln | | | | | $ 6,100.24 | $ | 33,255.07 |

Case: 22-30062    Doc# 365-3    Filed: 02/01/23    Entered: 02/01/23 10:07:39    Page 12 of 18

| Customer | Current | 0-30 | 31 - 60 | 61 - 90 | TOTAL |
|---|---|---|---|---|---|
| Battery St Building - 750 Battery | 0 | 15,102.24 | - | - | 15,102.24 |
| Boardwalk Investment Group - 2001 Center | 0 | - | - | - | (90.00) |
| CBRE- 1000 Broadway | 0 | - | - | - | (109.47) |
| CBRE - 150 Post | 0 | 22,491.24 | 230.92 | - | 22,722.16 |
| CBRE - 180 Montgomery | 0 | - | - | - | 189.00 |
| CBRE - OCC Plaza Rover | 0 | 54,600.70 | - | - | 54,763.60 |
| CBRE - Pacific Plaza | 0 | - | 4,528.00 | - | 4,528.00 |
| City of Oakland Parking Partners | 0 | 1,064.41 | 80.00 | - | 1,558.25 |
| Colliers - 130 Battery | 0 | 1,935.78 | - | - | 1,935.78 |
| Colliers - 240 Stockton | 0 | - | - | 774.08 | 20,819.56 |
| Colliers - 26 O'Farrell | 0 | - | - | 3,391.56 | 3,333.60 |
| Colliers - 30 Grant & Geary | 0 | - | - | - | 507.51 |
| Contemporary Jewish Museum | 0 | 35,190.89 | - | - | 35,009.35 |
| CPT - 221 Main | 0 | - | - | - | (628.90) |
| CPT - 650 California | 0 | - | - | - | 375.00 |
| Cranbrook - 7677 Oakport St | 0 | - | - | - | 2,505.29 |
| CW -  425 Market Street | 0 | 2,732.59 | - | - | 4,681.95 |
| CW - 210 Post | 0 | 23,409.81 | - | - | 32,670.81 |
| Davis Partners - 20 California | 0 | - | - | (0.10) | (41.34) |
| Davis Partners - 250 Montgomery | 0 | - | - | - | 3,066.82 |
| Divco - 301 Howard | 0 | - | - | - | (109.47) |
| Dome Construction | 0 | - | - | - | 7,056.00 |
| Doublewood Investments  m | 0 | 29,850.00 | - | 110.88 | 59,810.88 |
| DP Management - 30 Pacific  m | 0 | - | - | - | - |
| ECP - 601 California | 0 | - | 1,344.00 | - | 5,172.54 |
| Ellis Partners - 2120 Broadway | 0 | 13,351.79 | - | - | 13,351.79 |
| First Shattuck, LLC. | 0 | - | - | - | 13,059.62 |
| Fivey Comapny | 0 | 2,188.80 | - | 3,723.00 | 5,911.80 |
| Flynn 222 Kearny | 0 | 20,416.00 | - | - | 20,416.00 |
| Harvest - 55 Hawthorne m | 0 | 13,861.89 | - | - | 13,861.89 |
| Jay Paul Company - 181 Fremont | 0 | 28,453.77 | - | - | 28,453.77 |
| JKL Corp - 90 New Montgomery | 0 | - | - | - | - |
| JLL - 101 Montgomery | 0 | - | - | - | - |

| Name | Col1 | Col2 | Col3 | Col4 | Col5 |
|---|---|---|---|---|---|
| JLL - 1300 Clay St | 0 | - | - | - | - |
| JLL - 150 Spear Street  m | 0 | 1,030.15 | 31,982.70 | - | 1,030.15 |
| JLL - 1700 California | 0 | 4,294.44 | - | 378.00 | 4,672.44 |
| JLL - 201 Mission  m | 0 | - | - | - | - |
| JLL - 353 Sacramento  m | 0 | 450.00 | - | - | 450.00 |
| JLL - 456 Montgomery | 0 | - | - | - | - |
| JLL - 580 California  m | 0 | 35,909.08 | - | - | 35,909.08 |
| JLL - 600 California Street  m | 0 | 940.00 | - | - | 940.00 |
| JLL - Post Montgomery Center | 0 | 352.00 | - | - | 352.00 |
| LEHO - 409 13th Street | 0 | - | - | - | - |
| LLC - 225 Bush St | 0 | 51,259.38 | - | - | 51,259.38 |
| Lowe Enterprises - 500 Ygnacio | 0 | 1,833.66 | - | 2,840.52 | 4,674.18 |
| Metrovation | 0 | 8,925.84 | 9,775.92 | - | 8,925.84 |
| Olympic Club – Lakeside Course  m | 0 | - | - | - | - |
| Pacific Waterfront Partners, LLC.  m | 0 | - | 34,906.28 | - | - |
| PGI- One Front St | 0 | - | - | - | - |
| PGI - 50 Beale | 0 | 18,974.88 | - | - | 18,974.88 |
| PGI - 55 2nd St | 0 | - | - | - | - |
| PGI - 555/575 Market | 0 | 2,924.10 | 2,925.00 | 1,395.00 | 4,319.10 |
| PGI - One Market Plaza | 0 | 53,896.00 | (10.00) | 180.00 | 54,076.00 |
| Ponte Gadea CA, LLC. - 360 Post  m | 0 | - | - | - | - |
| Rubicon- 1128 Market | 0 | - | 2,889.60 | - | - |
| Rubicon - 300 Frank Ogawa Ave | 0 | 6,296.76 | - | - | 6,296.76 |
| Seagate Properties, Inc. - 80 Grand | 0 | - | - | - | - |
| Sequoia Living | 0 | - | - | - | - |
| Sequoias Living - WC | 0 | 11,299.20 | - | - | 11,299.20 |
| Sierra Maestra Properties - 153 Kearny m | 0 | 6,747.30 | - | - | 6,747.30 |
| Spring Fertility - 80 Grand | 0 | 1,657.81 | - | - | 1,657.81 |
| SSA - Latham Square | 0 | - | 11,223.72 | - | - |
| STG Group - 500 12th St | 0 | - | - | - | - |
| SWE, Ltd. - 1035 Market | 0 | 8,225.28 | 10,395.84 | - | 8,225.28 |
| SWE, Ltd. - 311 California | 0 | 6,941.44 | 8,676.80 | - | 6,941.44 |
| SWE, Ltd. - 785 Market Street | 0 | 6,105.84 | 7,632.30 | - | 6,105.84 |
| Swig - 501 2nd Street | 0 | 9,226.62 | - | - | 9,226.62 |

| | | | | | |
|---|---|---|---|---|---|
| Swig - 220 Montgomery | 0 | (22,146.28) | 2,904.00 | 2,613.60 | (19,532.68) |
| Transdev - 1750 Broadway | 0 | 7,970.36 | - | - | 7,970.36 |
| Transwestern - 1019 Market | 0 | - | - | - | - |
| Tusker Corporation - 1635 Divisadero | 0 | 560.30 | - | - | 560.30 |
| Van Barton - 115 Sansome | 0 | 13,023.94 | 8,413.65 | 8,528.68 | 21,552.62 |
| WCI - 1023 Mission | 0 | 9,347.00 | 11,413.71 | 11,726.24 | 21,073.24 |
| Wellington Prop - 1438 Webster | 0 | - | - | - | - |
| YCS Investments - 170 Maiden Ln | 0 | 15,052.30 | - | 8,952.06 | 24,004.36 |
| TOTAL | 0 | 525,747.31 | 149,312.44 | 44,613.52 | 667,595.53 |

| Customer | Current | 0-30 | 31 - 60 | 61 - 90 | TOTAL |
|---|---|---|---|---|---|
| Battery St Building - 750 Battery | $ - | $ 15,102.24 | $ - | $ - | $ 15,102.24 |
| Boardwalk Investment Group - 2001 Center | $ - | $ - | $ - | $ - | $ - |
| CBRE- 1000 Broadway | $ - | $ - | $ - | $ - | $ - |
| CBRE - 150 Post | $ 11,351.85 | $ 11,370.31 | $ - | $ - | $ 22,722.16 |
| CBRE - 180 Montgomery | $ - | $ - | $ - | $ - | $ - |
| CBRE - OCC Plaza Rover | $ 53,706.18 | $ 894.52 | $ - | $ - | $ 54,600.70 |
| CBRE - Pacific Plaza | $ - | $ - | $ 4,528.00 | $ - | $ 4,528.00 |
| City of Oakland Parking Partners | $ - | $ 1,144.41 | $ - | $ - | $ 1,144.41 |
| Colliers - 130 Battery | $ - | $ 1,935.78 | $ - | $ - | $ 1,935.78 |
| Colliers - 240 Stockton | $ - | $ - | $ - | $ 774.08 | $ 774.08 |
| Colliers - 26 O'Farrell | $ - | $ - | $ - | $ 3,391.56 | $ 3,391.56 |
| Colliers - 30 Grant & Geary | $ - | $ - | $ - | $ - | $ - |
| Contemporary Jewish Museum | $ - | $ 35,190.89 | $ - | $ - | $ 35,190.89 |
| CPT - 221 Main | $ - | $ - | $ - | $ - | $ - |
| CPT - 650 California | $ - | $ - | $ - | $ - | $ - |
| Cranbrook - 7677 Oakport St | $ - | $ - | $ - | $ - | $ - |
| CW - 425 Market Street | $ - | $ 2,732.59 | $ - | $ - | $ 2,732.59 |
| CW - 210 Post | $ 23,409.81 | $ - | $ - | $ - | $ 23,409.81 |
| Davis Partners - 20 California | $ - | $ - | $ - | $ (0.10) | $ (0.10) |
| Davis Partners - 250 Montgomery | $ - | $ - | $ - | $ - | $ - |
| Divco - 301 Howard | $ - | $ - | $ - | $ - | $ - |
| Dome Construction | $ - | $ - | $ - | $ - | $ - |
| Doublewood Investments  m | $ - | $ 29,850.00 | $ - | $ 110.88 | $ 29,960.88 |
| DP Management - 30 Pacific  m | $ - | $ - | $ - | $ - | $ - |
| ECP - 601 California | $ - | $ - | $ 1,344.00 | $ 1,284.52 | $ 2,628.52 |
| Ellis Partners - 2120 Broadway | $ - | $ 13,351.79 | $ - | $ - | $ 13,351.79 |
| First Shattuck, LLC. | $ - | $ - | $ - | $ - | $ - |
| Fivey Comapny | $ 2,188.80 | $ - | $ - | $ 3,723.00 | $ 5,911.80 |
| Flynn 222 Kearny | $ - | $ 20,416.00 | $ - | $ - | $ 20,416.00 |
| Harvest - 55 Hawthorne m | $ 13,105.89 | $ 756.00 | $ - | $ - | $ 13,861.89 |
| Jay Paul Company - 181 Fremont | $ 28,453.77 | $ - | $ - | $ 432.00 | $ 28,885.77 |
| JKL Corp - 90 New Montgomery | $ - | $ - | $ - | $ - | $ - |
| JLL - 101 Montgomery | $ - | $ - | $ - | $ 13,890.11 | $ 13,890.11 |
| JLL - 1300 Clay St | $ - | $ - | $ - | $ - | $ - |

| Name | | | | | |
|---|---:|---:|---:|---:|---:|
| JLL - 150 Spear Street  m | $ - | $ 1,030.15 | $ 31,982.70 | $ - | $ 33,012.85 |
| JLL - 1700 California | $ - | $ 4,294.44 | $ - | $ 7,247.84 | $ 11,542.28 |
| JLL - 201 Mission  m | $ - | $ - | $ - | $ - | $ - |
| JLL - 353 Sacramento  m | $ 450.00 | $ - | $ - | $ - | $ 450.00 |
| JLL - 456 Montgomery | $ - | $ - | $ - | $ - | $ - |
| JLL - 580 California  m | $ 35,909.08 | $ - | $ - | $ - | $ 35,909.08 |
| JLL - 600 California Street  m | $ 940.00 | $ - | $ - | $ - | $ 940.00 |
| JLL - Post Montgomery Center | $ - | $ 352.00 | $ - | $ - | $ 352.00 |
| LEHO - 409 13th Street | $ - | $ - | $ - | $ - | $ - |
| LLC - 225 Bush St | $ - | $ 51,259.38 | $ - | $ - | $ 51,259.38 |
| Lowe Enterprises - 500 Ygnacio | $ - | $ 1,833.66 | $ - | $ 2,840.52 | $ 4,674.18 |
| Metrovation | $ 8,925.84 | $ - | $ 9,775.92 | $ - | $ 18,701.76 |
| Olympic Club – Lakeside Course  m | $ - | $ - | $ - | $ - | $ - |
| Pacific Waterfront Partners, LLC.  m | $ - | $ - | $ 34,906.28 | $ - | $ 34,906.28 |
| PGI- One Front St | $ - | $ - | $ - | $ - | $ - |
| PGI - 50 Beale | $ - | $ 18,974.88 | $ - | $ - | $ 18,974.88 |
| PGI - 55 2nd St | $ - | $ - | $ - | $ - | $ - |
| PGI - 555/575 Market | $ - | $ 2,924.10 | $ 2,925.00 | $ 4,455.00 | $ 10,304.10 |
| PGI - One Market Plaza | $ - | $ 53,896.00 | $ (10.00) | $ 180.00 | $ 54,066.00 |
| Ponte Gadea CA, LLC. - 360 Post  m | $ - | $ - | $ - | $ - | $ - |
| Rubicon- 1128 Market | $ - | $ - | $ 2,889.60 | $ - | $ 2,889.60 |
| Rubicon - 300 Frank Ogawa Ave | $ - | $ 6,296.76 | $ - | $ - | $ 6,296.76 |
| Seagate Properties, Inc. - 80 Grand | $ - | $ - | $ - | $ - | $ - |
| Sequoia Living | $ - | $ - | $ - | $ - | $ - |
| Sequoias Living - WC | $ - | $ 11,299.20 | $ - | $ - | $ 11,299.20 |
| Sierra Maestra Properties - 153 Kearny m | $ 6,747.30 | $ - | $ - | $ - | $ 6,747.30 |
| Spring Fertility - 80 Grand | $ 1,657.81 | $ - | $ - | $ - | $ 1,657.81 |
| SSA - Latham Square | $ - | $ - | $ 11,223.72 | $ - | $ 11,223.72 |
| STG Group - 500 12th St | $ - | $ - | $ - | $ - | $ - |
| SWE, Ltd. - 1035 Market | $ - | $ 8,225.28 | $ 10,395.84 | $ - | $ 18,621.12 |
| SWE, Ltd. - 311 California | $ - | $ 6,941.44 | $ 8,676.80 | $ - | $ 15,618.24 |
| SWE, Ltd. - 785 Market Street | $ - | $ 6,105.84 | $ 7,632.30 | $ - | $ 13,738.14 |
| Swig - 501 2nd Street | $ 8,713.62 | $ 513.00 | $ - | $ - | $ 9,226.62 |
| Swig  - 220 Montgomery | $ - | $ (22,146.28) | $ 2,904.00 | $ 2,613.60 | $ (16,628.68) |
| Transdev - 1750 Broadway | $ - | $ 7,970.36 | $ - | $ - | $ 7,970.36 |

| | | | | | |
|---|---|---|---|---|---|
| Transwestern - 1019 Market | $ - | $ - | $ - | $ - | $ - |
| Tusker Corporation - 1635 Divisadero | $ - | $ 560.30 | $ - | $ - | $ 560.30 |
| Van Barton - 115 Sansome | $ - | $ 13,023.94 | $ 8,413.65 | $ 8,528.68 | $ 29,966.27 |
| WCI - 1023 Mission | $ - | $ 9,347.00 | $ 11,413.71 | $ 11,726.24 | $ 32,486.95 |
| Wellington Prop - 1438 Webster | $ - | $ - | $ - | $ - | $ - |
| YCS Investments - 170 Maiden Ln | $ - | $ 15,052.30 | $ - | $ 18,202.77 | $ 33,255.07 |
| TOTAL | $ 195,559.95 | $ 330,498.28 | $ 149,001.52 | $ 79,400.70 | $ 754,460.45 |