# EXHIBIT 4



**WCI/GC**
COMMERCIAL CONSTRUCTION
EMPLOYEE OWNED

**GENERAL ACCOUNT**
101 YGNACIO VALLEY RD
SUITE 105
WALNUT CREEK, CA 94596
(925) 256-5900

**FIRST REPUBLIC BANK**
1400 CIVIC DRIVE
WALNUT CREEK, CA 94596
11-8166/3210
40

202105

202105

**FIVE THOUSAND EIGHT HUNDRED FIFTY-ONE AND 44 / 100 DOLLARS**

PAY TO THE ORDER OF:

ProTech
111 Sutter Street
Suite 550
San Francisco, CA 94104

DATE
12/07/22

AMOUNT
5,851.44

GENERAL ACCOUNT

AUTHORIZED SIGNATURE

**transdev**

720 E. Butterfield Road, Suite 300
Lombard, IL 60148

BANK OF AMERICA
Dallas, Texas

88-130/1119

108714

CHECK NO. : 01202738

| DATE | AMOUNT |
|---|---|
| 2022-12-06 | $*****4,773.84 |

PAY FOUR THOUSAND SEVEN HUNDRED SEVENTY THREE AND 84/100********************************

VOID IF NOT CASHED IN 60 DAYS

TO THE ORDER OF : PROFESSIONAL TECHNICAL SECURITY SERVICES
111 SUTTER STREET, STE 550
SAN FRANCISCO CA 94104

AUTHORIZED SIGNATURES

MEMO :

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**300 F. Ogawa Plaza LP**
300 Frank H Ogawa Plaza
Oakland, CA 94612

First Republic Bank
111 Pine Street
San Francisco, CA

580

321081669

\*\*\*\* SIX THOUSAND TWO HUNDRED NINETY SIX AND 76/100 DOLLARS

PAY TO THE
ORDER OF

12/05/2022        $6,296.76\*\*\*

ProTech Professional Technical Security Services, Inc
111 Sutter St, Suite 550
San Francisco, CA    94104

MEMO: Invoice# 6483

Case: 22-30062   Doc# 365-4   Filed: 02/01/23   Entered: 02/01/23 10:07:39   Page 4 of 8

DOCUMENT BACKGROUND PATTERN MUST CHANGE COLOR FROM BLUE TO GREEN (LEFT TO RIGHT). DIAMOND PATTERN TRUE WATERMARK CAN BE SEEN WHEN HELD TO LIGHT.

**CBRE Global Investors ITF CalSTRS**

Pacific Plaza
4400 West 78th St Suite 200
Minneapolis MN 55435

Questions? Contact the Property Manager.

JP Morgan Chase Bank
One First National Plaza
Chicago IL 60670

70-2322/719

19089

**** THREE THOUSAND EIGHT HUNDRED NINETY NINE AND 40/100 DOLLARS

PAY TO THE ORDER OF

11/29/2022    $3,899.40***

PROFESSIONAL TECHNICAL SECURITY SERVICES INC
111 SUTTER ST STE 550
SAN FRANCISCO, CA  94104

RUB OR BREATHE ON RED SECURITY CHECK. RED IMAGE WILL DISAPPEAR IF CHECK IS AUTHENTIC. IF NOT, DO NOT ACCEPT.

**PACIFIC OAK SOR II OAKLAND CITY CENTER LLC**  Bank of America                                    504201

Jones Lang LaSalle Americas, Inc AAF
700 Oakmont Lane, 2nd Floor
Westmont, IL 60559

2-3/710

\*\*\*\* ONE HUNDRED FORTY AND 00/100 DOLLARS

TO THE
ORDER OF

11/21/2022          $140.00\*\*\*\*\*

PROFESSIONAL TECHNICAL SECURITY SVC
111 SUTTER STREET SUITE 550
SAN FRANCISCO, CA    94104




WARNING: THIS DOCUMENT CONTAINS SEVERAL DOCUMENT SECURITY FEATURES - DO NOT CASH IF THE WORD VOID IS VISIBLE · SEE REVERSE SIDE FOR LIST OF SECURITY FEATURES



**sequoia LIVING**℠

1525 Post Street
San Francisco, Ca 94109
The Sequoias - San Francisco
The Sequoias - Portola Valley
Western Park Apts.
Eastern Park Apts.
Town Park Towers
Tamalpais
The Woods
Viamonte Senior Living

UNION BANK OF CALIFORNIA
1675 Post Street San Francisco, CA 94115

16-49/1220

No. 0000009568

| VENDOR | DATE | AMOUNT |
|---|---|---|
| 18739 | 11/30/2022 | $ ***11,299.20 |

PAY  Eleven Thousand Two Hundred Ninety Nine And 20/100 Dollars

**VOID AFTER NINETY DAYS**

TO THE ORDER OF

PROFESSIONAL TECHNICAL SECURITY SERVICES
111 SUTTER ST STE 550
SAN FRANCISCO, CA 94104-4510

SIGNATURE HAS A BLUE-GREEN BACKGROUND · BORDER CONTAINS MICROPRINTING  MP



CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**TOWER BUILDING INVESTORS**
C/O THE FIVEY COMPANY
1970 BROADWAY, SUITE 810
OAKLAND, CA 94612

**Bank of the West**
2001 Broadway, Suite 100
Oakland, CA 94612
90-78/1211

20885

11/28/22

PAY TO THE ORDER OF   Protech Security                $ 2,188.80

**** TWO THOUSAND ONE HUNDRED EIGHTY EIGHT AND 80/100 DOLLARS

111 Sutter Street, Suite 550
San Francisco, CA  94104

MEMO

