**Entered on Docket
June 01, 2023
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**

Signed and Filed: June 1, 2023

_____
**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

Charles P. Maher (SBN 124748)
RINCON LAW, LLP
268 Bush St., Ste. 3335
San Francisco, CA 94104
Tel. 415-840-4199
Fax. 415-680-1712
cmaher@rinconlawllp.com

Counsel for
Janina M. Hoskins,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>    PTSS, INC.<br>        (*fka* Professional Technical<br>    Security Services, Inc.),<br>    a Delaware corporation<br>        *dba* ProTech Bay Area,<br><br>    Debtor. | Case No. 22-30062 HLB<br>Chapter 7<br>Hon. Hannah L. Blumenstiel |

## ORDER AUTHORIZING REIMBURSEMENT

Based on the *ex parte* application of Janina M. Hoskins, Chapter 7 Trustee, and her supporting declaration, it appearing that notice via NEF to counsel for the Internal Revenue Service and counsel for the United States Trustee is adequate, and that good cause exists, it is

ORDERED AS FOLLOWS:

1. The Trustee's application is approved.

2. The Trustee is authorized to pay PalAmerican Security (California) Inc. the sum of $73,138.31 owed by the Debtor to PalAmerican Security (California) Inc., pursuant to the Asset Purchase Agreement approved by this Court.

***END OF ORDER***